IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BENJAMIN JAY BARBER,

          Plaintiff,

    v.

EVGA CORPORATION,

          Defendant.

No. 3:22-cv-00135-MO

OPINION AND ORDER

MOSMAN, J.,

All filings from BENJAMIN JAY BARBER shall be reviewed by this court and ordered filed only if such filings are deemed not frivolous or repetitive.

Furthermore, the deputy clerks are instructed not to open any new cases filed by Mr. Barber unless authorized by a judge and should return all rejected filings to the relevant persons.

This Order is effective immediately and shall remain in effect until the court directs otherwise.

IT IS SO ORDERED.

DATED this ___ day of February, 2022.

MICHAEL W. MOSMAN
United States District Judge

1 – PRE-FILING RESTRAINT ORDER

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Benjamin Jay Barber, Jane Kay Cortez, and Julio Regal Florez-Cortez

**DEFENDANTS**
Housing Authority of Clackamas County and Quantum Residential

**(b)** County of Residence of First Listed Plaintiff   Clackamas   *(EXCEPT IN U.S. PLAINTIFF CASES)*

Clackamas

County of Residence of First Listed Defendant   Clackamas   *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Benjamin Jay Barber, pro se
10043 SE 32nd Ave
Milwaukie, OR 97222

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark ☐ 880 Defend Trade Secrets | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☒ 443 Housing/ Accommodations | ☐ 530 General | | | Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §§ 3601-3619; 29 U.S.C. § 794; 42 U.S.C. §§ 12131-12134; 42 U.S.C. §§ 1981, 1985
Brief description of cause:
Housing discrimination, retaliation, disability-accommodation denial, and race-based interference with housing-contracting rights.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ injunctive relief and damages   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE  03/31/2026

SIGNATURE OF ATTORNEY OF RECORD   *Benjamin Jay Barber*   *Jane Kay Cortez*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Benjamin Jay Barber, pro se
10043 SE 32nd Ave Milwaukie, OR 97222

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| Benjamin Jay Barber, Jane Kay Cortez, and Julio Regal Florez-Cortez **Plaintiffs,** <br><br> v. <br><br> Housing Authority of Clackamas County and Quantum Residential **Defendants.** | Civil Action No. _____ <br><br> **COMPLAINT** <br> **DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR VIOLATION OF THE FAIR HOUSING ACT, SECTION 504 OF THE REHABILITATION ACT, TITLE II OF THE AMERICANS WITH DISABILITIES ACT, 42 U.S.C. sections 1981 and 1983, AND RELATED OREGON HOUSING LAW**

Plaintiffs allege as follows:

### NATURE OF THE ACTION

1. This is a civil action arising from housing discrimination, race-based interference with housing-contracting rights, refusal to accommodate disability-related housing needs, retaliation for protected complaints and petitions, interference with fair-housing rights, denial of federally required notice and hearing protections, and related Oregon housing-law violations.

2. Plaintiffs seek emergency and permanent relief to prevent eviction and housing loss, require lawful voucher and accommodation processing, and recover damages caused by defendants' notice practices, application failures, documentation barriers, race-based housing obstruction, and retaliatory conduct.

3. The dispute centers on HACC's public-housing, displacement, Tenant Protection Voucher, and Housing Choice Voucher administration; the handling of plaintiffs' relocation from HACC-controlled housing; and the failure to process or honor plaintiffs' transfer and accommodation requests connected to Blossom Apartments, a HACC-linked relocation destination managed by Quantum Residential.

Complaint                                                                 Page 1

## JURISDICTION AND VENUE

**4.** This Court has federal-question jurisdiction under 28 U.S.C. section 1331 because Counts I through V arise under the Fair Housing Act, 42 U.S.C. sections 3601 through 3619, Section 504 of the Rehabilitation Act, 29 U.S.C. section 794, Title II of the Americans with Disabilities Act, 42 U.S.C. section 12132, 42 U.S.C. section 1981, 42 U.S.C. section 1983, 42 U.S.C. section 1437d(k), and 24 C.F.R. section 982.555.

**5.** This Court also has jurisdiction under 28 U.S.C. section 1343 because plaintiffs seek redress for deprivations of federal civil-rights protections under color of state law.

**6.** This Court has supplemental jurisdiction over Counts VI and VII under 28 U.S.C. section 1367 because those claims arise from the same nucleus of operative facts.

**7.** Venue is proper in this District under 28 U.S.C. section 1391 because the housing unit, the notices, the voucher administration, the application events, and the principal injuries all occurred in Clackamas County, Oregon.

## PARTIES

**8.** Plaintiffs are Benjamin Jay Barber, Jane Kay Cortez, and Julio Regal Florez-Cortez, members of the same displaced household whose housing stability, relocation process, and continued occupancy were affected by the challenged notices, lease-administration decisions, application failures, and voucher delays described below.

**9.** Plaintiffs allege disability-related housing needs affecting vision, neurodevelopmental functioning, cognition, memory, and mobility within the household.

**10.** Plaintiffs further allege physician-supported limitations affecting Jane Kay Cortez's ability to walk, comprehend decisions, and retain memories, increasing the need for stable and accessible housing conditions.

**11.** Plaintiffs also allege that Julio Regal Florez-Cortez could not write in any language and therefore required an oral or otherwise assisted hearing-request process.

**12.** Defendant Housing Authority of Clackamas County is a public housing authority and governmental housing provider operating public-housing, voucher, and relocation programs in Clackamas County, Oregon.

**13.** Defendant Quantum Residential managed or controlled the Blossom Apartments intake, application, or placement process and participated in housing access decisions affecting displaced

HACC households.

## GENERAL ALLEGATIONS

14. On August 5, 2024, HACC generated a lease amendment or add/remove-tenant document for the household.

15. On September 19, 2024, HACC issued a general information notice concerning Hillside Park Apartments Phase II and the coming displacement sequence.

16. On December 23, 2025, HACC issued both a 30-day lease termination notice without cause and a 90-day lease termination notice without cause addressed to Jane Kay Cortez at the subject residence.

17. On December 31, 2025, HACC issued a notice of eligibility and 90-day notice to a residential tenant to be displaced.

18. Plaintiffs allege that, instead of lawfully bifurcating Julio Regal Florez-Cortez from the lease after bifurcation was requested, HACC removed or excluded him from the tenancy and effectively evicted him through the same notice and lease-administration sequence.

19. On January 1, 2026, HACC generated another lease-amendment document tied to household composition and a VAWA-related sequence.

20. On January 8, 2026, HACC sent a Blossom-related notice stating in substance that if the letter was received, the Tenant Protection Voucher process had not yet started and that Ashley Ferron should be contacted to start that process.

21. Plaintiffs submitted Blossom-related paperwork in December 2025. According to the completed intake session, Quantum accepted the paper application in person, and plaintiffs separately notified HACC that same day about the application and about service-animal issues affecting the proposed tenancy.

22. Plaintiffs allege that Quantum failed to process or transmit the application to HACC and that neither HACC nor Quantum issued a timely approval, denial, ineligibility determination, or lawful written deficiency notice. Plaintiffs further allege that they were later told Quantum had never turned the application in to HACC despite the in-person paper submission.

23. On February 4, 2026, HACC issued a 30-day for-cause notice directed to Jane Kay Cortez and Benjamin Jay Barber.

**24.** On February 13, 2026, HACC issued a 30-Day Notice of Termination addressed directly to Julio Regal Florez-Cortez, effective March 19, 2026, stating that HACC was terminating his tenancy under the public housing lease.

**25.** Plaintiffs further allege that HACC told Julio Regal Florez-Cortez he could request a hearing in writing even though HACC knew or should have known that he was incapable of writing in any language, and that no hearing was provided after he requested one orally. Plaintiffs further allege that HACC policy materials allowed another written or oral request, making a written-only demand inconsistent with the transfer procedures identified in the workspace policy set.

**26.** On February 9, 2026, HACC issued an additional-information demand requiring extensive income, tax, banking, and asset documentation.

**27.** The associated email thread shows repeated escalations of documentation demands even after plaintiffs had already supplied tax and financial materials.

**28.** In that thread, HACC requested proof of tax filings for multiple businesses, crypto-account statements, all bank statements for household members, and other asset categories, and demanded production by March 4, 2026.

**29.** Plaintiffs allege that those requests were excessive, duplicative, selectively imposed, and used to delay relocation, voucher issuance, or both.

**30.** On February 26, 2026, HACC issued another written communication identified in the evidence review as a steering-related notice.

**31.** Preserved Gmail sent-mail headers and body snippets dated February 26, March 2, and March 9, 2026 confirm that Benjamin Jay Barber wrote to Kati Tilton, Ashley Ferron, and charity@magikcorp.com that Blossom had refused to process applications submitted to it for two months, refused to house a service animal, and engaged in discrimination on the basis of race, while HACC and Quantum continued to delay the processes needed to leave HACC-controlled housing. Plaintiffs further allege that charity@magikcorp.com was included as a non-HACC recipient associated with Quantum or the Blossom-side process. Exhibit R.

**32.** Plaintiffs further circulated third-party former-employee review material concerning Quantum that referenced reported retaliation after fair-housing complaints, use of "woke" terminology, and DEI-focused culture. Plaintiffs rely on that screenshot only as former-employee review material they circulated in support of their discrimination complaints, not as a direct corporate admission

by Quantum. Exhibit Q.

**33.** Plaintiffs allege that HACC knew of those complaints and continued the challenged documentation and relocation conduct afterward.

**34.** Plaintiffs further rely on published HACC and Clackamas County housing-policy materials, including a preserved SHS outcome-goal screenshot stating: "Advance housing equity by providing access to services and housing to Black, Indigenous and people of color at higher rates than their representation among those experiencing homelessness." Exhibit S. Plaintiffs also rely on related SHS-aligned RLRA and H4S materials concerning racial equity and on the county's published civil-rights and nondiscrimination materials stating that county programs must comply with civil-rights laws and may not discriminate on the basis of race. Plaintiffs rely on these materials as evidence of explicit race-conscious program design, policy environment, and motive context surrounding the challenged housing decisions.

**35.** Plaintiffs allege that Quantum participated in the Blossom housing-access process as a landlord-side participant in a county-linked relocation and voucher pipeline shaped by those published policy directives, landlord-partnership practices, and county-administered housing contracts, and that Quantum's refusal to process plaintiffs' application and housing opportunity occurred in that policy environment and on unequal racial terms. Plaintiffs further allege that other displaced households were moved into Blossom while plaintiffs' own application was never processed at all, and that plaintiffs spoke with a Black family who had been interviewed for Blossom even though plaintiffs' application did not move forward.

**36.** Ashley Ferron was identified as the contact to start the Tenant Protection Voucher process. Preserved complaint emails show Ashley Ferron remained copied on plaintiffs' written complaints through March 10, 2026, and by March 17 through March 20, 2026 the orientation and voucher emails were being sent by Kati Tilton. Plaintiffs further allege from the completed intake session that adverse treatment intensified after plaintiffs' protected complaints and threatened suit.

**37.** HACC stated on January 8, 2026 that the Tenant Protection Voucher process had not yet started, and orientation and voucher communications followed on March 17 through March 20, 2026. Plaintiffs further allege from the completed intake session that they had sought voucher assistance earlier and repeatedly followed up before those March communications.

**38.** On March 17, 2026, HACC circulated an inspection notice referencing a HUD NSPIRE inspection.

**39.** On March 17 through March 20, 2026, HACC and Benjamin Jay Barber exchanged emails about HCV orientation, voucher issuance, and accommodation.

**40.** In those emails, HACC first sent a two-bedroom subsidy worksheet and voucher issuance, then stated on March 19, 2026 that the two-bedroom voucher had been created and sent in error and that a one-bedroom voucher would instead be issued.

**41.** Benjamin Jay Barber responded that he had a scheduled appointment to obtain a reasonable accommodation for a two-bedroom, first-floor unit and that the one-bedroom arrangement was not workable because Jane Kay Cortez could not climb stairs, Benjamin Barber served as her main caregiver, the two could not reasonably share a bedroom because of privacy concerns, and Jane needed ongoing assistance with ADLs and IADLs due to intellectual impairment, along with the household's other mobility, work-from-home, and service-animal needs. By March 24, 2026, plaintiffs further had provider verification stating that Jane Kay Cortez met the fair-housing disability definition, that her dog Sarah alleviated disability symptoms, and that the accommodation request was disability-related and necessary for equal housing access.

**42.** On March 20, 2026, Kati Tilton wrote that the voucher could be reissued as a two-bedroom if plaintiffs were approved for a reasonable accommodation.

**43.** Plaintiffs allege that HACC nevertheless delayed or denied the accommodation and redirected the household from the expected two-bedroom, first-floor arrangement to a one-bedroom configuration that did not meet the household's no-stairs, caregiving, privacy, ADL/IADL support, work-from-home, mobility, and service-animal needs, even after provider verification was completed in late March 2026. HACC later denied the requested two-bedroom increase, stated that one household member could use the living room for sleep, but also stated that plaintiffs could use the one-bedroom voucher for a two-bedroom ground-floor unit within the affordability range. Plaintiffs therefore allege that HACC at least partially recognized the no-stairs or ground-floor component while still refusing an effective two-bedroom accommodation.

**44.** Plaintiffs further allege that defendants knew of disability-related needs affecting bedroom count, accessibility, service-animal use, caregiver status, dignitary privacy, and Julio Regal

Florez-Cortez's inability to submit a written hearing request, but still refused to process the housing transition in a timely and lawful manner.

**45.** Plaintiffs allege that defendants' conduct caused concrete injury including imminent eviction risk, delayed relocation, loss of housing opportunity, loss of time and income, emotional distress, and continuing instability for the household. Plaintiffs further give evidentiary notice that they rely in particular on Exhibit R for preserved Gmail proof of the February 26, March 2, and March 9, 2026 discrimination and retaliation complaints, on Exhibit Q for former-employee review material circulated as notice and context only, and on Exhibit S plus the published SHS, RLRA, H4S, and county civil-rights materials as proof of the county-linked program structure, race-conscious policy objectives, and policy environment in which the challenged Blossom and voucher decisions occurred.

## AUTHORITIES INCORPORATED INTO THIS PLEADING

**46.** The Fair Housing Act prohibits discrimination in the terms, conditions, privileges, services, or facilities connected to a dwelling because of disability and requires reasonable accommodations in rules, policies, practices, or services when necessary to afford equal opportunity to use and enjoy a dwelling.

**47.** The Fair Housing Act also prohibits coercion, intimidation, threats, and interference with persons who exercise or aid fair-housing rights.

**48.** Section 504 of the Rehabilitation Act prohibits disability discrimination by programs or activities receiving federal financial assistance.

**49.** Title II of the Americans with Disabilities Act prohibits disability discrimination by public entities in services, programs, and activities.

**50.** 42 U.S.C. section 1981 guarantees all persons the same right to make and enforce contracts as is enjoyed by white citizens, including housing-related application, lease, and placement opportunities.

**51.** The First Amendment protects complaints and petitions to government, including complaints about discrimination and threatened legal action, and state actors may not retaliate against a person for protected speech or petitioning activity.

**52.** Federal housing-program law requires notice and an opportunity for an informal hearing in covered participant disputes.

53. Oregon law independently prohibits disability discrimination and source-of-income discrimination in housing transactions and authorizes civil remedies.

54. Oregon law and HACC policy also govern the notice and termination process implicated by the challenged displacement and lease actions.

## COUNT I

### FAILURE TO PROVIDE REASONABLE ACCOMMODATION AND DISABILITY DISCRIMINATION

**Against HACC and Quantum under the Fair Housing Act, and against HACC only under Section 504 and Title II**

55. Plaintiffs reallege the preceding paragraphs.

56. Plaintiffs requested a two-bedroom, first-floor accommodation and related housing relief because Jane Kay Cortez required mobility and cognitive accommodations, could not climb stairs, needed Benjamin Jay Barber as her live-in caregiver and remote worker, could not reasonably share a bedroom with him because of privacy concerns, and required ongoing assistance with ADLs and IADLs, while the household also needed room for a scooter and service animal. HACC later stated that plaintiffs could use the one-bedroom voucher for a two-bedroom ground-floor unit within the affordability range, which supports the narrower allegation that HACC recognized the ground-floor component while leaving the two-bedroom voucher increase as the remaining denied accommodation. The HACC policy materials imported into the workspace also state that a couple with one child will ordinarily be issued a two-bedroom voucher.

57. Plaintiffs further allege that Julio Regal Florez-Cortez required an accessible means of requesting a hearing because he could not write in any language and therefore could not use a hearing-request procedure conditioned on written submission. Plaintiffs further rely on HACC policy materials stating that transfer requests may be accepted as another written or oral request.

58. HACC acknowledged in writing that the voucher could be reissued as a two-bedroom if the accommodation were approved, but had already reversed a two-bedroom issuance and replaced it with a one-bedroom issuance it claimed had been sent in error. Plaintiffs further rely on provider verification completed by March 24, 2026 stating that Jane Kay Cortez met the fair-housing disability definition, that her dog Sarah alleviated disability symptoms, and that the accommodation request was disability-related and necessary for equal housing access, with request text describing a two-bedroom first-floor unit because Jane could not climb stairs and

Complaint                                                                                     Page 8

needed caregiver privacy and ADL/IADL support from Benjamin Barber. Plaintiffs further rely on HACC's later denial of the two-bedroom increase while expressly allowing use of the one-bedroom voucher for a two-bedroom ground-floor unit within the affordability range. Plaintiffs therefore allege that first-floor placement was partially recognized, but the requested two-bedroom voucher was still withheld.

**59.** Plaintiffs allege that defendants failed to provide a prompt, interactive, and lawful accommodation process; initially denied the accommodation multiple times; only partially recognized the request by later allowing use of a one-bedroom voucher for a two-bedroom ground-floor unit rather than granting the requested two-bedroom increase; and still denied or delayed the remaining accommodation needed for Jane's stair, privacy, and caregiver-support needs.

**60.** Plaintiffs further allege that Quantum refused to process the Blossom application and refused to accommodate the household's service animal, thereby participating in disability-based housing discrimination under the Fair Housing Act.

**61.** These acts violated the Fair Housing Act, and as to HACC also violated Section 504 and Title II.

## COUNT II
### FAIR HOUSING RETALIATION AND INTERFERENCE
**Against HACC and Quantum**

**62.** Plaintiffs reallege the preceding paragraphs.

**63.** Plaintiffs engaged in protected activity by complaining to HACC and Quantum about race discrimination, disability discrimination, service-animal issues, unlawful housing administration, retaliation, and violations of fair-housing rights, including the February 26, March 2, and March 9, 2026 emails preserved in the Gmail sent-mail records and directed to Kati Tilton, Ashley Ferron, and charity@magikcorp.com, which plaintiffs allege was associated with Quantum or the Blossom-side process. Exhibit R. Plaintiffs further allege from the completed intake session that related complaints also reached county counsel.

**64.** Defendants knew of those complaints.

**65.** After those complaints, defendants escalated adverse conduct by issuing or maintaining notices to vacate, delaying voucher issuance, reversing a two-bedroom voucher, demanding

excessive documentation, refusing to process the Blossom application, and blocking or burdening relocation out of HACC-controlled housing.

66. Plaintiffs further allege, based on the completed intake session, that HACC personnel explicitly stated that Benjamin Jay Barber's threatened lawsuits were a reason for giving a 30-day notice to vacate, and that county counsel was later informed that plaintiffs contended the action was unlawful.

67. These acts violated the Fair Housing Act's anti-retaliation and anti-interference protections.

## COUNT III
## FIRST AMENDMENT RETALIATION
**Against HACC under 42 U.S.C. section 1983**

68. Plaintiffs reallege the preceding paragraphs.

69. Plaintiffs engaged in protected speech and petitioning activity by complaining to HACC, Quantum, and county legal staff about race discrimination, disability discrimination, housing steering, service-animal issues, threatened eviction, and violations of fair-housing and civil-rights law, including written emails on February 26, March 2, and March 9, 2026 preserved in the Gmail sent-mail records, and by stating an intent to sue under the Civil Rights Act. Exhibit R.

70. HACC acted under color of state law and knew of that protected speech and petitioning activity.

71. After that protected speech, HACC issued or maintained notices to vacate, escalated documentation demands, delayed voucher issuance, reversed a two-bedroom voucher, and burdened or denied accommodation and hearing access in ways that would chill a person of ordinary firmness from further complaints or petitions.

72. Plaintiffs allege that their protected speech and petitioning activity was a substantial or motivating factor in HACC's adverse actions.

73. These acts violated the First Amendment, actionable under 42 U.S.C. section 1983.

74. Plaintiffs are entitled to declaratory relief, injunctive relief, compensatory damages, attorney fees where authorized, and all other available remedies on this count.

## COUNT IV
## RACE DISCRIMINATION IN CONTRACTING
**Against Quantum under 42 U.S.C. section 1981**

**75.** Plaintiffs reallege the preceding paragraphs.

**76.** Plaintiffs sought to make and enforce a housing-related contract and voucher-assisted tenancy through the Blossom Apartments application and placement process.

**77.** Quantum controlled or materially participated in the intake, application, and placement process for that housing opportunity.

**78.** Plaintiffs allege that they submitted a paper Blossom application in December 2025, that Quantum accepted it in person, and that plaintiffs notified HACC the same day about the submission and service-animal issues, but that no timely approval, denial, ineligibility determination, or lawful written deficiency notice was ever issued. Plaintiffs further allege that they were later told Quantum had never turned the application in to HACC.

**79.** Plaintiffs complained in writing, including in Gmail-preserved emails dated February 26, March 2, and March 9, 2026 to Kati Tilton, Ashley Ferron, and charity@magikcorp.com, which plaintiffs allege was associated with Quantum or the Blossom-side process, that Blossom had refused to process their application for two months and had engaged in race discrimination. Exhibit R. Plaintiffs further allege that other displaced households were moved into Blossom while plaintiffs' application was never processed at all, and that plaintiffs spoke with a Black family who had been interviewed for Blossom even though plaintiffs' application did not move forward.

**80.** Plaintiffs further circulated third-party former-employee review material concerning Quantum that referenced reported retaliation after fair-housing complaints, use of "woke" terminology, and DEI-focused culture. Plaintiffs rely on that material as context for why they believed race discrimination was occurring and for the fact that they communicated those concerns, not as a direct admission by Quantum. Exhibit Q.

**81.** Plaintiffs further allege that official HACC and Clackamas County SHS, RLRA, H4S, and related policy materials, including Exhibit S, expressly use race-conscious housing-access goals, direct housing-program actors to lead with racial equity, center BIPOC households in program design, implement racial-equity practices across SHS functions, and monitor racialized outcomes, while the county's published civil-rights materials simultaneously state that these programs must comply with nondiscrimination law. Plaintiffs allege that Quantum acted as a participant in a county-linked housing-access and contracting pipeline shaped by those official policies,

landlord-partnership arrangements, and county-administered voucher or relocation processes.

82. Plaintiffs allege that Quantum refused to process or honor plaintiffs' housing application and opportunity on unequal racial terms, thereby impairing plaintiffs' right to make and enforce a housing-related contract. Plaintiffs rely on the county policy materials and former-employee review material as motive, notice, and context evidence supporting intentional race discrimination; plaintiffs do not rely on those materials alone as a substitute for proving that Quantum intentionally impaired plaintiffs' contractual housing opportunity because of race.

83. These acts violated 42 U.S.C. section 1981.

## COUNT V
### PROCEDURAL DUE PROCESS AND FEDERAL HEARING VIOLATIONS
**Against HACC**

84. Plaintiffs reallege the preceding paragraphs.

85. HACC acted under color of state law when administering public-housing, displacement, TPV, PBV, HCV, grievance, and hearing processes.

86. Plaintiffs had protected interests in continued housing benefits, lawful displacement procedures, and the notice and hearing protections attached to HACC-administered housing assistance.

87. HACC issued or maintained adverse notices and housing-administration decisions affecting plaintiffs' rights, obligations, welfare, or status without providing the clear, timely, and meaningful hearing process required by federal law, including the February 13, 2026 termination notice addressed to Julio Regal Florez-Cortez.

88. Plaintiffs allege that HACC conditioned Julio Regal Florez-Cortez's access to a hearing on a written request even though he was incapable of writing in any language and had specifically requested a hearing orally. Plaintiffs further rely on HACC policy materials stating that transfer requests may be accepted as another written or oral request.

89. Plaintiffs allege that no meaningful hearing or appeal was scheduled before the threatened loss of housing and that HACC failed to provide sufficient notice, document access, hearing access, accommodation in the hearing-request process, or a timely decision process.

90. These acts violated the Fourteenth Amendment, actionable under 42 U.S.C. section 1983, together with federal housing-program hearing protections.

## COUNT VI

### SUPPLEMENTAL OREGON HOUSING DISCRIMINATION CLAIMS

**Against HACC and Quantum**

**91.** Plaintiffs reallege the preceding paragraphs.

**92.** Defendants discriminated in housing-related terms, services, processing, and access on the basis of disability and source of income by refusing or delaying accommodation, failing to process the Blossom application, obstructing voucher-backed housing access, and imposing unreasonable or selectively administered intake barriers.

**93.** Plaintiffs further allege that Quantum participated in the refusal to process a voucher-linked application and in service-animal or accommodation-related discrimination at Blossom.

**94.** These acts violated Oregon housing discrimination law.

## COUNT VII

SUPPLEMENTAL OREGON NOTICE, LEASE, AND PROGRAM CLAIMS

**Against HACC**

**95.** Plaintiffs reallege the preceding paragraphs.

**96.** HACC issued or maintained termination and displacement notices while also controlling the relocation and voucher process needed to avoid unlawful housing loss.

**97.** Plaintiffs further allege that HACC destabilized the household through unlawful lease-administration and household-composition handling despite prior requests for bifurcation, restraining-order-related protections, and relocation assistance, and that HACC effectively evicted Julio Regal Florez-Cortez instead of lawfully handling the requested bifurcation process.

**98.** These acts violated Oregon notice, lease, and program requirements governing the tenancy and displacement process.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment against defendants as follows:

**A.** Temporary, preliminary, and permanent injunctive relief preventing eviction, lockout, or loss of housing assistance while these claims are resolved.

**B.** Declaratory relief that defendants' handling of the voucher, accommodation, grievance, hearing, application, lease, retaliation, and race-based housing-access issues was unlawful.

**C.** Declaratory relief that the preserved February 26, March 2, and March 9, 2026 discrimination complaints, the county-linked housing pipeline, and the cited SHS, RLRA, H4S, and county civil-rights policy materials may be considered as notice, motive, and program-structure evidence supporting plaintiffs' retaliation and race-contracting claims.

**D.** Injunctive relief requiring prompt processing of a two-bedroom accommodation, lawful voucher administration, lawful and nondiscriminatory processing of any Blossom or successor housing opportunity, and meaningful hearing access.

**E.** Compensatory damages for housing instability, lost work time, emotional distress, and relocation-related losses.

**F.** Punitive damages on the Fair Housing Act retaliation and interference claims, and on the 42 U.S.C. section 1981 claim to the extent permitted by law.

**G.** Costs, fees, and any further relief authorized by law.

**H.** Pre-judgment and post-judgment interest as permitted by law.

**I.** Such other and further relief as the Court deems just and proper.

<div align="center">

**JURY DEMAND**

</div>

Plaintiffs demand a trial by jury on all issues so triable.

<div align="center">

**SIGNATURE BLOCK**

</div>

Dated: 3—31—26

Respectfully submitted,

Benjamin Jay Barber, pro se

10043 SE 32nd Ave Milwaukie, OR 97222

Jane Kay Cortez, pro se

10043 SE 32nd Ave Milwaukie, OR 97222

Julio Regal Florez-Cortez, pro se

10043 SE 32nd Ave Milwaukie, OR 97222

# Exhibit Index

Curated filing packet exhibit order and starting page references.

| Exhibit | Description | Start | End |
|---|---|---|---|
| Exhibit A | HACC add to lease | 16 | 18 |
| Exhibit B | HACC phase2 2024 notice | 19 | 21 |
| Exhibit C | HACC 30-day notice without cause | 22 | 25 |
| Exhibit D | HACC 90-day notice without cause | 26 | 28 |
| Exhibit E | HACC notice of eligibility and 90-day displacement notice | 29 | 30 |
| Exhibit F | HACC VAWA-related lease amendment | 31 | 32 |
| Exhibit G | HACC January 2026 Blossom notice | 33 | 34 |
| Exhibit H | HACC February 4, 2026 for-cause notice | 35 | 42 |
| Exhibit I | HACC financial requests | 43 | 44 |
| Exhibit J | Additional information email thread export | 45 | 85 |
| Exhibit K | HACC steering-related notice | 86 | 88 |
| Exhibit L | HACC inspection notice | 89 | 91 |
| Exhibit M | HCV orientation email thread export | 92 | 155 |
| Exhibit N | Julio eviction notice | 156 | 157 |
| Exhibit O | Reasonable accommodation packet | 158 | 163 |
| Exhibit P | HACC reasonable-accommodation denial letter | 164 | 166 |
| Exhibit Q | Former-employee review screenshot | 167 | 168 |
| Exhibit R | Gmail preserved sent-mail headers and body snippets | 169 | 216 |
| Exhibit S | SHS race-conscious outcome goal screenshot | 217 | 218 |

# Exhibit A

## HACC add to lease

Use:
Lease amendment or add/remove-tenant record for the household.



**Housing Authority of Clackamas County**



## LEASE AMENDMENT – RENT ADJUSTMENT AND/OR ADD OR REMOVE TENANTS FROM LEASE

Annual ☐    Interim ☒        Unit ID **3099**

Jane Cortez
10043 SE 32nd Ave
Milwaukie, OR 97222

**Tenant's rent has been adjusted as follows based on the information provided by Tenant and due to a current income report:**

**Effective Date of New Rent: 10-1-2024 REVISED**        Previous Rent **$399.00**    New Rent **$603.00**

**If new rent is zero, amount of utility reimbursement N/A**

Tenants are parties to a lease with the landlord (hereafter "HACC") dated **2/1/2017** for the dwelling unit identified above. Tenants have requested to add one or more new Tenants to the lease or to remove one or more existing Tenants from the lease. HACC hereby allows the addition or removal of Tenants on the following terms:

☒ ADDITION OF TENANT(S) 1. New Tenant's name: **Benjamin Barber** 2. Date new Tenant will occupy the unit: **8/5/2024** 3. New Tenant has read the lease and all other documents executed therewith and agrees to be bound thereby. 4. New Tenant agrees that he/she will be jointly and individually responsible with the other Tenants for all obligations under the lease, from and after the earlier of the date set forth in Section 2 above or the date he/she occupies the unit. 5. All Tenants agree that upon termination of the lease and vacation of the unit HACC will issue any security deposit refund check in the names of all Tenants, including the new Tenant. 6. Nothing contained herein changes the obligations of the existing Tenants as contained in the lease or otherwise.

☐ REMOVAL OF EXISTING TENANT(S) 1. Departing Tenant's name:_2. Date departing Tenant will vacate the unit: __ 3. Departing Tenant acknowledges that the security deposit will stay with the unit and departing Tenant waives any claim against HACC as to such security deposit. 4. Departing Tenant acknowledges that he/she remains obligated for any rent, damages, or other amounts due under the lease arising prior to the later of the date set forth in Section 2 above or the date he/she vacates the unit. 5. HACC releases departing Tenant from any obligations under the lease arising after the later of the date set forth in Section 2 above or the date he/she vacates the unit.

All other terms and conditions of the Tenant's lease, except as herein modified, remain in effect and unchanged by this amendment.

Whenever the Housing Authority makes a determination of the amount of the family's contribution toward rent, Tenants have the right to request an explanation of the basis for the determination. This request must be written or called into our office within 10 days of the date of the Lease Amendment. If you do not agree with the determination, you have the right to request a hearing according to the Housing Authority grievance procedure.

By signing below the Tenants, including any new or departing Tenants, and the HACC, agree to be bound by the terms and conditions described herein as well as all other applicable terms and conditions of the lease.

Head of Household's Signature ___Jane Corta___ Date _8-31-24_

New or Departing Tenant's Signature _____ Date _____

Elena Sizmin, Occupancy Specialist
971-276-5692
elenasiz@clackamas.us

Mailed first class on: __8/27/2024__

Tenant's Annual Re-exam: **July**

If you or anyone in your family is a person with disabilities, and you require a specific accommodation in order to fully utilize our programs and services, please contact your Property Manager.

If you require assistance due to a language barrier, or if you have any questions, please contact your Property Manager.

**NOTICE!**                    **AVISO!**                    **ИЗВЕЩЕНИЕ!**

**This correspondence contains very important information about your housing! If you need assistance, please contact us immediately at 503-650-3134**

**¡Esta correspondencia contiene información muy importante acerca de su vivienda! Si usted necesita asistencia, por favor comunicarse con nosotros inmediatamente al 503-650-3133.**

**Это извещение содержит очень важную информацию о вашем жилье! Если Вам нужна помощь, пожалуйста срочно свяжитесь с нами 503-655-8202.**

# Exhibit B

## HACC phase2 2024 notice

Use:
General displacement and project notice.

☒ **HAND DELIVERED**
☐ **CERTIFIED MAIL**

**Hillside Park Apartments**
**Phase II**
**General Information Notice**

September 19, 2024

Dear Resident:

The Housing Authority of Clackamas County (HACC) has been granted permission from the U.S. Department of Housing and Urban Development (HUD) to dispose and or demolish the property you occupy located off Hillside Court in Milwaukie, OR 97222. This project will fall under the -Section 18 of the United States Housing Act of 1937 as amended by the Quality Housing Responsibility Act of 1998 (QHWRA) from the US Department of Housing and Urban Development (HUD).

This notice is to inform you will be displaced as a result of this proposed project. This notice also serves to inform you of your potential rights as a displaced person under federal laws. You may be eligible for relocation assistance if the project receives HUD approval and you are displaced as a result of the disposition or demolition of this project. You will be given the option to move to a newly constructed building on the previous site of Hillside Park Phase I or you will be given a Tenant Protection Voucher and given a notice to move. **We urge you not to move** anywhere at this time. (If you do elect to move for reasons of your choice, you will not be provided relocation assistance).

- This is NOT a notice to vacate the premises.
- This is NOT a notice of relocation eligibility.

If you are determined to be eligible for relocation assistance in the future, you may be eligible for the following assistance:

**RELOCATION ASSISTANCE**

Relocation Advisory Services
Including counseling and other assistance to help you find another place to live and prepare to move provided by DDV Consulting Services.

Advance Notice
You will receive at least 90 days advance written notice of the date you are required to move.

Moving Expenses
We will provide boxes and packing paper and will schedule movers to shuffle belongings, pack, move and unpack your belongs as needed. HACC will pay this vendor directly or you may elect to move yourself and be reimbursed at the rate provided under the HUD Fixed Residential Moving Schedule.

Moving Fees and Deposits
HACC will pay for move-in fees, deposits, and/or first and last month's rental payments, if required by a new landlord, for all residents relocated from Hillside Park.

Section 8 Replacement Voucher
HACC will apply to HUD for Section 8 replacement vouchers for everyone living at Hillside Park.

Please be advised that you should continue to pay your rent and meet all other obligations specified in your lease agreement. Failure to do so may be cause for eviction. If you choose to move or if you are evicted prior to receiving formal notice of your relocation eligibility you will not be eligible to receive relocation assistance. This letter is important and should be retained. You will be contacted soon. In the meantime, if you have any questions about our plans, please contact:

Darcy Vincent
673 N. V Street
Washougal, WA  98671
(971)246-1056
Sincerely,

*Darcy Vincent*

Darcy Vincent
Relocation Advisor

# Exhibit C

## HACC 30-day notice without cause

Use:
December 23, 2025 30-day lease termination notice without cause.





*Executive Director, Shannon Callahan*

| 90 Day Lease Termination Notice without Cause |
| --- |

December 23, 2025

Jane Cortez
10043 SE 32nd Ave
Milwaukie, OR 97222

## LEASE TERMINATION AND UNIT VACATE DATE: 03/31/2026

*Sent by First Class Mail and Posted to Front Door of Unit*

To: Jane Cortez and all other occupants or person(s) unknown claiming any right or interest in the Premises at 10043 SE 32nd Ave, Milwaukie, OR 97222.

**This letter is a formal notice that your lease with the Housing Authority of Clackamas County ("HACC") for the residence located at the address listed above, is being terminated.**

Pursuant to ORS 90.427, this no-cause lease termination notice is issued because in or about May 2026 HACC will be demolishing the building in which your housing unit is located. Your lease will be terminated on **03/31/2026**, and you must vacate your unit by **11:59 PM** on the date indicated above, which is a minimum of 90 days after delivery of this notice.

This notice is given without stated cause. You do not have a right to cure the reason for the termination. HACC need not prove the reason for the termination in court action.

Any individual with a disability who needs accommodation or assistance at any time with this notice should contact the 504 Coordinator at 503-655-8267 or email at HACC@clackamas.us or by mail at PO BOX 1310, Oregon City, OR 97045. Reasonable Accommodation forms are on our website here:  https://www.clackamas.us/housingauthority/section8.html.

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street, Oregon City, OR, 97045-0510 · Phone (503) 655-8267
· Fax (503) 655-8676 · TDD 503-655-8639 |  www.clackamas.us/housingauthority



We recommend you contact Resident Services if you need help understanding this notice.

- Elizabeth Miller at 971-201-0467 or email emiller@clackamas.us
- Jemila Hart at 503-702-1587 or email jemilaHar@clackamas.us

---

**Notice of Tenant Rights**

You have the right to make such a reply to this notice as you may wish.

You have the right to exam HACC's documents directly relevant to the termination or eviction.

You have the right to challenge the termination of your lease in court. Before a hearing in court, you have the right to request an informal settlement of grievance in accordance with HACC's Grievance Procedure. You have the right to be represented by an attorney. There is a Legal Aid office located at 520 SW 6th Ave, Suite 700, Portland, Oregon 97205. The telephone number is 503-224-4086.

HACC will accept requests for an informal settlement of grievance either orally or in writing (including emailed requests), to the HACC office within 10 business days from the date of this notice, by 01/13/2026.

---

**Veterans:** If the recipient of this document is a veteran of the armed forces, assistance may be available from a county veterans' service officer or community action agency. Contact information for a local county veterans' service officer and community action agency may be obtained by calling a 2-1-1 information service.

---

**Domestic Violence:** If the incident(s) described in this notice are in any way related to domestic violence, please contact our office immediately. We will review any information provided by you and, with adequate documentation, rescind this notice.

---

**Warning Notice for Fixed-Term Tenancies:** The acts and/or omissions described above are a violation of your Rental Agreement. You are required to correct the violation as provided above. Continued violation may result in a termination of the tenancy pursuant to this notice and ORS 90.392. If you cure this violation as provided above, Owner/Agent may choose to terminate your tenancy at the end of the fixed term if there are three or more violations within a 12-month period preceding the end of the fixed term. Correcting the third or subsequent violations is not a defense to termination under.

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street, Oregon City, OR, 97045-0510 · Phone (503) 655-8267
· Fax (503) 655-8676 · TDD 503-655-8639 | **www.clackamas.us/housingauthority**



---

### SUBSIDIZED RESIDENTS ONLY

**HUD Disclosure:** If you remain in the leased unit on the date specified for termination, we will enforce the termination only by bringing a judicial action at which time you may present a defense. You have ten (10) days within which to discuss this eviction with the Landlord. The 10-day period commences on the earlier of the day this Notice is hand-delivered to your unit or the day after it is mailed. This discussion period does not extend the date for termination. The amount of rent due was calculated as of the date of this Notice. Persons with disabilities have the right to request reasonable accommodation to participate in the hearing process.

Reasonable accommodation for persons with disabilities may include qualified sign language interpreters; readers; accessible meeting locations; attendants, as appropriate; and a native speaker if the resident is not fluent in English.

---

## Landlord – Housing Authority of Clackamas County

**Charley Skee**
**Housing Portfolio Manager**
Office: 503-650-3439 | Cell: 971-413-8582
Email: cskee@clackamas.us | haccpm@clackamas.us

**Property Management Team:** 503-758-8911

---

| NOTICE! | AVISO! | ИЗВЕЩЕНИЕ! |
|---|---|---|

This correspondence contains very important information about your housing! If you need help understanding what this letter says, please contact 503-655-8267.

¡Esta correspondencia contiene información muy importante sobre su vivienda! Si necesita ayuda para entender lo que dice esta carta, por favor comuníquese al 503-655-8267.

Это письмо содержит очень важную информацию о вашем жилье! Если вам нужна помощь в понимании содержания этого письма, пожалуйста, позвоните по телефону 503-655-8267.

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street, Oregon City, OR, 97045-0510 · Phone (503) 655-8267
· Fax (503) 655-8676 · TDD 503-655-8639 | www.clackamas.us/housingauthority



# Exhibit D

## HACC 90-day notice without cause

Use:
December 23, 2025 90-day lease termination notice without cause.





*Executive Director, Shannon Callahan*

| 90 Day Lease Termination Notice without Cause |
|---|

December 23, 2025

Jane Cortez
10043 SE 32nd Ave
Milwaukie, OR 97222

### LEASE TERMINATION AND UNIT VACATE DATE: 03/31/2026

*Sent by First Class Mail and Posted to Front Door of Unit*

To: Jane Cortez and all other occupants or person(s) unknown claiming any right or interest in the Premises at 10043 SE 32nd Ave, Milwaukie, OR 97222.

**This letter is a formal notice that your lease with the Housing Authority of Clackamas County ("HACC") for the residence located at the address listed above, is being terminated.**

Pursuant to ORS 90.427, this no-cause lease termination notice is issued because in or about May 2026 HACC will be demolishing the building in which your housing unit is located. Your lease will be terminated on **03/31/2026**, and you must vacate your unit by **11:59 PM** on the date indicated above, which is a minimum of 90 days after delivery of this notice.

This notice is given without stated cause. You do not have a right to cure the reason for the termination. HACC need not prove the reason for the termination in court action.

Any individual with a disability who needs accommodation or assistance at any time with this notice should contact the 504 Coordinator at 503-655-8267 or email at HACC@clackamas.us or by mail at PO BOX 1310, Oregon City, OR 97045. Reasonable Accommodation forms are on our website here:  https://www.clackamas.us/housingauthority/section8.html.

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street, Oregon City, OR, 97045-0510 · Phone (503) 655-8267
· Fax (503) 655-8676 · TDD 503-655-8639 | **www.clackamas.us/housingauthority**



---

### SUBSIDIZED RESIDENTS ONLY

**HUD Disclosure:** If you remain in the leased unit on the date specified for termination, we will enforce the termination only by bringing a judicial action at which time you may present a defense. You have ten (10) days within which to discuss this eviction with the Landlord. The 10-day period commences on the earlier of the day this Notice is hand-delivered to your unit or the day after it is mailed. This discussion period does not extend the date for termination. The amount of rent due was calculated as of the date of this Notice. Persons with disabilities have the right to request reasonable accommodation to participate in the hearing process.

Reasonable accommodation for persons with disabilities may include qualified sign language interpreters; readers; accessible meeting locations; attendants, as appropriate; and a native speaker if the resident is not fluent in English.

---

## Landlord – Housing Authority of Clackamas County

**Charley Skee**
**Housing Portfolio Manager**
Office: 503-650-3439 | Cell: 971-413-8582
Email: cskee@clackamas.us | haccpm@clackamas.us

**Property Management Team:** 503-758-8911

---

|  NOTICE!  |  AVISO!  |  ИЗВЕЩЕНИЕ!  |

This correspondence contains very important information about your housing! If you need help understanding what this letter says, please contact 503-655-8267.

¡Esta correspondencia contiene información muy importante sobre su vivienda! Si necesita ayuda para entender lo que dice esta carta, por favor comuníquese al 503-655-8267.

Это письмо содержит очень важную информацию о вашем жилье! Если вам нужна помощь в понимании содержания этого письма, пожалуйста, позвоните по телефону 503-655-8267.

*Healthy Families. Strong Communities.*
P.O. Box 1510, 13930 S. Gain Street, Oregon City, OR, 97045-0510 · Phone (503) 655-8267
· Fax (503) 655-8676 · TDD 503-655-8639 | www.clackamas.us/housingauthority



# Exhibit E

## HACC notice of eligibility and 90-day displacement notice

Use:
December 31, 2025 displacement notice.

NOTICE OF ELIGIBILITY AND 90 DAY NOTICE

RESIDENTIAL TENANT TO BE DISPLACED

☐ **HAND DELIVERED**

☐ **CERTIFIED MAIL**

December 31, 2025

Jane Cortez
10043 SE 32nd Avenue
Milwaukie, OR 97222

Dear Jane:

Housing Authority of Clackamas County (HACC) has entered into an agreement to sell the property that you currently occupy at 10043 SE 32nd Ave in Milwaukie, OR 97222. The property is included in a Section 18 Disposition which will receive funding assistance from the US Department of Housing and Urban Development (HUD).

The purpose of this notice is to inform you that you will be displaced as a result of the proposed project. This notice also serves to inform you of your rights as a displaced person under a federal law known as the Uniform Relocation Assistance and Real Property Acquisition Policies Act (URA).

- **This is your Notice of Eligibility for relocation assistance.**
- **The effective date of your eligibility is February 14, 2024.**

(NOTE: Pursuant to Public Law 105-117, aliens not lawfully present in the United States are not eligible for relocation assistance, unless such ineligibility would result in exceptional hardship to a qualifying spouse, parent, or child. All persons seeking relocation assistance will be required to certify that they are a United States citizen or national, or an alien lawfully present in the United States.)

You have indicated that you will be renting at Blossom and Community and have begun the certification process to execute a lease. You will continue to receive site based rental assistance in your new home.

**You will be required to move by March 31, 2026 which is 90 days from the date of this notice.**

# Exhibit F

## HACC VAWA-related lease amendment

Use:
January 1, 2026 lease amendment tied to household composition.



Shannon Callahan, *Executive Director*
Housing Authority of
Clackamas County



EQUAL HOUSING
OPPORTUNITY

## LEASE AMENDMENT – RENT ADJUSTMENT AND/OR ADD OR REMOVE TENANTS FROM LEASE

Annual ☐    Interim ☒        Unit ID **3099**

Jane Cortez
10043 SE 32nd Ave
Milwaukie, OR 97222

Tenant's rent has been adjusted as follows based on the information available during the Tenant's recent re-examination:

**Effective Date of New Rent: 1-1-2026  Previous Rent $568.00    New Rent $568.00**

**If new rent is zero, amount of utility reimbursement N/A**

Tenants are parties to a lease with the landlord (hereafter "HACC") dated **4/4/2007** for the dwelling unit identified above. Tenants have requested to add one or more new Tenants to the lease or to remove one or more existing Tenants from the lease. HACC hereby allows the addition or removal of Tenants on the following terms:

☐ ADDITION OF TENANT(S) (S) 1. New Tenant name:__ 2. Date new Tenant will occupy the unit: ___3. New Tenant has read the lease and all other documents executed therewith and agrees to be bound thereby. 4. New Tenant agrees that he/she will be jointly and individually responsible with the other Tenants for all obligations under the lease, from and after the earlier of the date set forth in Section 2 above or the date he/she occupies the unit. 5. All Tenants agree that upon termination of the lease and vacation of the unit HACC will issue any security deposit refund check in the names of all Tenants, including the new Tenant. 6. Nothing contained herein changes the obligations of the existing Tenants as contained in the lease or otherwise.

☒ REMOVAL OF TENANT(S) 1. Departing Tenant name: **Benjamin Barber** 2. Date departing Tenant will vacate the unit: **1/1/2026** 3. Departing Tenant acknowledges that the security deposit will stay with the unit and departing Tenant waives any claim against HACC as to such security deposit. 4. Departing Tenant acknowledges that he/she remains obligated for any rent, damages, or other amounts due under the lease arising prior to the later of the date set forth in Section 2 above or the date he/she vacates the unit. 5. HACC releases departing Tenant from any obligations under the lease arising after the later of the date set forth in Section 2 above or the date he/she vacates the unit.

All other terms and conditions of the Tenant's lease, except as herein modified, remain in effect and unchanged by this amendment.

# Exhibit G

## HACC January 2026 Blossom notice

Use:
January 8, 2026 Blossom and TPV communication.

 

**Housing Authority of
Clackamas County**

Jane Cortez
10043 SE 32nd Avenue
Milwaukie, OR 97222

## IMPORTANT: ACTION REQUIRED

Dear Jane Cortez,

We are writing to share important information about your housing options and what to do next.
You have been referred to Blossom and Community Apartments for a unit. The property team has let us know they have tried to contact you, but have not been successful in reaching you to schedule a time to come in and complete the application for the unit currently on hold for you.

We understand this is a stressful and uncertain time. Many people want to keep their options open. However, a unit at Blossom and Community Apartments cannot be held as a backup option. You will need to choose one path:

> **Option 1:** Move forward with an apartment at Blossom and Community Apartments, **or**
> **Option 2:** Look for housing on the open market using a Tenant Protection Voucher.

### Please keep the following in mind:

- You must submit an application for a unit at Blossom and Community Apartments **by the end of the day on 01/08/2026.**
- If you do not start the application by this date, your referral will be marked inactive, and a unit will no longer be available to you at Blossom and Community Apartments.
- We also want to be transparent; we cannot promise the two buildings being developed will be ready before Hillside Park residents are required to move.

### What to do next:

- If you want to move forward with Blossom and Community Apartments, please contact them to schedule a time to complete an application **by 01/08/2026:**
  Blossom and Community Apartments
  (503) 961-6194 or Blossom@quantumres.com

- If you want to look for housing using a Tenant Protection Voucher, please contact Ashley Ferron to start that process. **If you received this letter,** the Tenant Protection Voucher process has not yet started for you:
  Ashley Ferron
  (503) 867-7487 or HACC-Relocation@Clackamas.us

We know these decisions can feel overwhelming. Please take time to review your options, and reach out if you have questions or need help. We are here to support you.

Sincerely,

**Ashley Ferron**
Housing Authority of Clackamas County

# Exhibit H

## HACC February 4, 2026 for-cause notice

Use:
February 4, 2026 30-day for-cause notice.



**Health, Housing & Human Services**
CLACKAMAS COUNTY

February 4, 2026

*Executive Director, Shannon Callahan*

Jane Cortez and Benjamin Barber
10043 SE 32nd Avenue
Milwaukie, OR 97222

### 30 Day for Cause Lease Termination Notice with Option to Cure

Option to cure immediately upon delivery of this notice,
or
Vacate premises by: March 10, 2026

To: Jane Cortez and Benjamin Barber, and all other Occupants or persons unknown claiming any right or interest in the Premises.

**This letter is a formal notice that you are in violation of your Lease, Section 7(B)(vii), in the following ways:**

On or about January 29, 2026, you or someone in your household violated your Lease by engaging in inappropriate and sexually explicit communication with Housing Authority staff.

Specifically, Benjamin Barber emailed a Housing Authority staff member and attached a screenshot of a private conversation between two individuals discussing sexual and romantic preferences. In that same email he wrote, "Let me know if you need me to make some sex tapes."

Additionally, the email included an image of a woman in a suggestive context.

Furthermore, in that same email chain, he included unnecessary and explicit references to sexual activity, including commentary regarding engaging in sexual activity within a shared living space.

This conduct is unwelcome, inappropriate, and unprofessional, and it is not permitted in communications with Housing Authority staff. The communication was sexual in nature and constitutes harassing and otherwise inappropriate behavior. Such conduct creates an intimidating and hostile environment and interferes with the Housing Authority's ability to conduct business in a safe, respectful, and professional manner.

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street, Oregon City, OR, 97045-0510 · Phone (503) 655-8267
· Fax (503) 655-8676 · TDD 503-655-8639 | www.clackamas.us/housingauthority

If you or anyone in your family is a person with disabilities, and you require a specific accommodation in order to fully utilize our programs and services, please contact your Property Manager.

---

| **NOTICE!** | **AVISO!** | **ИЗВЕЩЕНИЕ!** |

This correspondence contains very important information about your housing! If you need help understanding what this letter says, please contact 503-655-8267. If you or anyone in your family is a person with disabilities, and you need a reasonable accommodation to access any of our programs, please visit our website: https://www.clackamas.us/housingauthority/residents.html.

¡Esta correspondencia contiene información muy importante sobre su vivienda! Si necesita ayuda para entender lo que dice esta carta, por favor comuníquese al 503-655-8267. Si usted o alguien en su familia tiene una discapacidad y necesita una adaptación razonable para acceder a cualquiera de nuestros programas, por favor visite nuestro sitio web: https://www.clackamas.us/housingauthority/residents.html.

Это письмо содержит очень важную информацию о вашем жилье! Если вам нужна помощь в понимании содержания этого письма, пожалуйста, позвоните по телефону 503-655-8267. Если вы или кто-либо из членов вашей семьи является человеком с инвалидностью и вам необходимо разумное приспособление для доступа к любой из наших программ, пожалуйста, посетите наш веб-сайт: https://www.clackamas.us/housingauthority/residents.html.

## Landlord – Housing Authority of Clackamas County

*Charley Skee*                         2/4/2026

**Signed**                              **Date**

**Charley Skee**
**Housing Portfolio Manager**
971-413-8582
cskee@clackamas.us



| NOTICE OF OCCUPANCY RIGHTS UNDER THE VIOLENCE AGAINST WOMEN ACT HUD-5380: Housing Rights for Victims | U.S. Department of Housing and Urban Development OMB Approval No. 2577-0286 Expires 1/31/2028 |
|---|---|

### Protections for Victims of Domestic Violence, Dating Violence, Sexual Assault or Stalking

**When should I receive this form?** A covered housing provider must provide a copy of the Notice of Occupancy Rights Under The Violence Against Women Act (Form HUD-5380) and the Certification of Domestic Violence, Dating Violence, Sexual Assault, or Stalking (Form HUD-5382) when you are admitted as a tenant, when you receive an eviction or termination notice and prior to termination of tenancy, or when you are denied as an applicant. A covered housing provider may provide these forms at additional times.

**What is the Violence Against Women Act ("VAWA")?** This notice describes protections that may apply to you as an applicant or a tenant under a housing program covered by a federal law called the Violence Against Women Act ("VAWA"). VAWA provides housing protections for victims of domestic violence, dating violence, sexual assault or stalking. VAWA protections must be in leases and other program documents, as applicable. VAWA protections may be raised at any time. You do not need to know the type or name of the program you are participating in or applying to in order to seek VAWA protections.

**What if I require this information in a language other than English?** To read this information in Spanish or another language, please contact The Housing Authority at 503-655-8267 or hacc@clackamas.us.

or go to

You can read translated VAWA forms at

https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4. If you speak or read in a language other than English, your covered housing provider must give you language assistance regarding your VAWA protections (for example, oral interpretation and/or written translation).

**What do the words in this notice mean?**
- *VAWA violence/abuse* means one or more incidents of domestic violence, dating violence, sexual assault, or stalking.
- *Victim* means any victim of *VAWA violence/abuse*.
- *Affiliated person* means the tenant's spouse, parent, sibling, or child; or any individual, tenant, or lawful occupant living in the tenant's household; or anyone for whom the tenant acts as parent/guardian.
- *Covered housing program*[1] includes the following HUD programs:
  - Public Housing
  - Tenant-based vouchers (TBV, also known as Housing Choice Vouchers or HCV) and Project-based Vouchers (PBV) Section 8 programs
  - Section 8 Project-Based Rental Assistance (PBRA)
  - Section 8 Moderate Rehabilitation Single Room Occupancy
  - Section 202 Supportive Housing for the Elderly
  - Section 811 Supportive Housing for Persons with Disabilities
  - Section 221(d)(3)/(d)(5) Multifamily Rental Housing
  - Section 236 Multifamily Rental Housing
  - Housing Opportunities for Persons With AIDS (HOPWA) program
  - HOME Investment Partnerships (HOME) program
  - The Housing Trust Fund
  - Emergency Solutions Grants (ESG) program
  - Continuum of Care program
  - Rural Housing Stability Assistance program
- *Covered housing provider* means the individual or entity under a covered housing program that is responsible for providing or overseeing the VAWA protection in a specific situation. The covered housing provider may be a public housing agency, project sponsor, housing owner, mortgagor, housing manager, State or local government, public agency, or a nonprofit or for-profit organization as the lessor.

---

[1] For information about non-HUD covered housing programs under VAWA, see Interagency Statement on the Violence Against Women Act's Housing Provisions at https://www.hud.gov/sites/dfiles/PA/documents/InteragencyVAWAHousingStmnt092024.pdf.

Form HUD-5380

Page **1** of **5**

NOTICE OF OCCUPANCY RIGHTS UNDER  U.S. Department of Housing and Urban Development
THE VIOLENCE AGAINST WOMEN ACT  OMB Approval No. 2577-0286
HUD-5380: Rights for Survivors  Expires 1/31/2028

| Covered Housing Program(s) | Reasonable Time for Remaining Household Members to Continue to Receive Assistance, Establish Eligibility, or Move. |
|---|---|
| HOME and Housing Trust Fund, Continuum of Care Program (except for permanent supportive housing), ESG program, Section 221(d)(3) Program, Section 221(d)(5) Program, Rural Housing Stability Assistance Program | Because these programs do not provide housing or assistance based on just one person's status or characteristics, the remaining tenant(s), or family member(s) in the CoC program, can keep receiving assistance or living in the assisted housing as applicable. |
| Permanent supportive housing funded by the Continuum of Care Program | The remaining household member(s) can receive rental assistance until expiration of the lease that is in effect when the qualifying member is evicted. |
| Housing Choice Voucher, Project-based Voucher, and Public Housing programs (for Special Purpose Vouchers (e.g., HUD-VASH, FUP, FYI, etc.), see also program specific guidance) | If the person removed was the only tenant who established eligible citizenship/immigration status, the remaining household member(s) must be given 30 calendar days from the date of the lease bifurcation to establish program eligibility or find alternative housing. For HUD-VASH, if the veteran is removed, the remaining family member(s) can keep receiving assistance or living in the assisted housing as applicable. If the veteran was the only tenant who established eligible citizenship/immigration status, the remaining household member(s) must be given 30 calendar days to establish program eligibility or find alternative housing. |
| Section 202/811 PRAC and SPRAC | The remaining household member(s) must be given 90 calendar days from the date of the lease bifurcation or until the lease expires, whichever is first, to establish program eligibility or find alternative housing. |
| Section 202/8 | The remaining household member(s) must be given 90 calendar days from the date of the lease bifurcation or when the lease expires, whichever is first, to establish program eligibility or find alternative housing. If the person removed was the only tenant who established eligible citizenship/immigration status, the remaining household member(s) must be given 30 calendar days from the date of the lease bifurcation to establish program eligibility or find alternative housing. |
| Section 236 (including RAP); Project-based Section 8 and Mod Rehab/SRO | The remaining household member(s) must be given 30 calendar days from the date of the lease bifurcation to establish program eligibility or find alternative housing. |
| HOPWA | The remaining household member(s) must be given no less than 90 calendar days, and not more than one year, from the date of the lease bifurcation to establish program eligibility or find alternative housing. The date is set by the HOPWA Grantee or Project Sponsor. |

  Form HUD-5380

NOTICE OF OCCUPANCY RIGHTS UNDER
THE VIOLENCE AGAINST WOMEN ACT
HUD-5380: Rights for Survivors

U.S. Department of Housing and Urban Development
OMB Approval No. 2577-0286
Expires 1/31/2028

**How do other laws apply?** VAWA does not limit the covered housing provider's duty to honor court orders about access to or control of the property, or civil protection orders issued to protect a victim of VAWA abuse/violence. Additionally, VAWA does not limit the covered housing provider's duty to comply with a court order with respect to the distribution or possession of property among household members during a family break up. The covered housing provider must follow all applicable fair housing and civil rights requirements.

**Can I request a reasonable accommodation?** If you have a disability, your covered housing provider must provide reasonable accommodations to rules, policies, practices, or services that may be necessary to allow you to equally benefit from VAWA protections (for example, giving you more time to submit documents or assistance with filling out forms). You may request a reasonable accommodation at any time, even for the first time during an eviction. If a provider is denying a specific reasonable accommodation because it is not reasonable, your covered housing provider must first engage in the interactive process with you to identify possible alternative accommodations. To request a reasonable accommodation, please contact the Housing Authority at 503-655-8267 or hacc@clackamas.us
. Your covered housing provider must also ensure effective communication with individuals with disabilities.

**Have your protections under VAWA been denied?** If you believe that the covered housing provider has violated these rights, you may seek help by contacting the Seattle Regional Office of Fair Housing and Equal Opportunity: 206-220-5170 . You can also find additional information on filing VAWA complaints at https://www.hud.gov/VAWA and https://www.hud.gov/program_offices/fair_housing_equal_opp/VAWA. To file a VAWA complaint, visit https://www.hud.gov/fairhousing/fileacomplaint.

**Need further help?**
° For additional information on VAWA and to find help in your area, visit https://www.hud.gov/vawa.
° To talk with a housing advocate, contact the Legal Aid Services of Oregon at 503-224-4086

**Public reporting burden** for this collection of information is estimated to range from 45 to 90 minutes per each covered housing provider's response, depending on the program. This includes time to print and distribute the form. Comments concerning the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to the Reports Management Officer, QDAM, Department of Housing and Urban Development, 451 7th Street, SW, Washington, D.C. 20410. This notice is required for covered housing programs under section 41411 of VAWA and 24 CFR 5.2003. Covered housing providers must give this notice to applicants and tenants to inform them of the VAWA protections as specified in section 41411(d)(2). This is a model notice, and no information is being collected. A Federal agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid Office of Management and Budget control number.

Form HUD-5380

U.S. Department of Housing and Urban Development
OMB Approval No. 2577-0286
Exp. 1/31/2028

## CERTIFICATION OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING

*Confidentiality Note:* Any personal information you share in this form will be maintained by your covered housing provider according to the confidentiality provisions below.

**Purpose of Form:** If you are a tenant of or applicant for housing assisted under a covered housing program, or if you are applying for or receiving transitional housing or rental assistance under a covered housing program, and ask for protection under the Violence Against Women Act ("VAWA"), you may use this form to comply with a covered housing provider's request for written documentation of your status as a "victim". This form is accompanied by a "Notice of Occupancy Rights Under the Violence Against Women Act," Form HUD-5380.

**VAWA protects individuals and families regardless of a victim's age, sex, or marital status.**

You are not expected **and cannot be asked or required** to claim, document, or prove victim status or VAWA violence/abuse other than as stated in "Notice of Occupancy Rights Under the Violence Against Women Act," Form HUD-5380.

This form is **one of your available options** for responding to a covered housing provider's written request for documentation of victim status or the incident(s) of VAWA violence/abuse. If you choose, you may submit one of the types of third-party documentation described in Form HUD-5380, in the section titled, "What do I need to document that I am a victim?". Your covered housing provider must give you at least 14 business days (weekends and holidays do not count) to respond to their written request for this documentation.

**Will my information be kept confidential?** Whenever you ask for or about VAWA protections, your covered housing provider must keep any information you provide about the VAWA violence/abuse or the fact you (or a household member) are a victim, including the information on this form, strictly confidential. This information should be securely and separately kept from your other tenant files. This information can only be accessed by an employee/agent of your covered housing provider if (1) access is required for a specific reason, (2) your covered housing provider explicitly authorizes that person's access for that reason, **and** (3) the authorization complies with applicable law. This information will not be given to anyone else or put in a database shared with anyone else, unless your covered housing provider (1) gets your written permission to do so for a limited time, (2) is required to do so as part of an eviction or termination hearing, **or** (3) is required to do so by law.

In addition, your covered housing provider must keep your address strictly confidential to ensure that it is not disclosed to a person who committed or threatened to commit VAWA violence/abuse against you (or a household member).

**What if I require this information in a language other than English?** To read this in Spanish or another language, please contact The Housing Authority at 503-655-8267 or hacc@clackamas.us.

or go to

. You can read translated VAWA forms at https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4. If you speak or read in a language other than English, your covered housing provider must give you language assistance regarding your VAWA protections (for example, oral interpretation and/or written translation).

**Can I request a reasonable accommodation?** If you have a disability, your covered housing provider must provide reasonable accommodations to rules, policies, practices, or services that may be necessary to allow you to equally benefit from VAWA protections (for example, giving you more time to submit documents or assistance with filling out forms). You may request a reasonable accommodation at any time, even for the first time during an eviction. If a provider is denying a specific reasonable accommodation because it is not reasonable, your covered housing provider must first engage in the interactive process with you to identify possible alternative accommodations. Your covered housing provider must also ensure effective communication with individuals with disabilities.

Page 1 of 3

Form HUD-5382

**Applicable definitions of domestic violence, dating violence, sexual assault, or stalking:**

*Domestic violence* includes felony or misdemeanor crimes of violence committed by a current or former spouse or intimate partner of the victim, by a person with whom the victim shares a child in common, by a person who lives with or has lived with the victim as a spouse or intimate partner, by a person similarly situated to a spouse of the victim under the domestic or family violence laws of the jurisdiction, or by any other person against an adult or youth victim who is protected from that person's acts under the domestic or family violence laws of the jurisdiction.

Spouse or intimate partner of the victim includes a person who is or has been in a social relationship of a romantic or intimate nature with the victim, as determined by the length of the relationship, the type of the relationship, and the frequency of interaction between the persons involved in the relationship.

*Dating violence* means violence committed by a person:

(1) Who is or has been in a social relationship of a romantic or intimate nature with the victim; **and**

(2) Where the existence of such a relationship shall be determined based on a consideration of the following factors: (i) The length of the relationship; (ii) The type of relationship; and (iii) The frequency of interaction between the persons involved in the relationship.

*Sexual assault* means any nonconsensual sexual act proscribed by Federal, tribal, or State law, including when the victim lacks capacity to consent.

*Stalking* means engaging in a course of conduct directed at a specific person that would cause a reasonable person to:

(1) Fear for the person's individual safety or the safety of others **or**

(2) Suffer substantial emotional distress.

**Certification of Applicant or Tenant:** By signing below, I am certifying that the information provided on this form is true and correct to the best of my knowledge and recollection, and that one or more members of my household is or has been a victim of domestic violence, dating violence, sexual assault, or stalking as described in the applicable definitions above.

| | |
|---|---|
| **Signature** | **Date** |

**Public Reporting Burden** for this collection of information is estimated to average 20 minutes per response. This includes the time for collecting, reviewing, and reporting. Comments concerning the accuracy of this burden estimate and any suggestions for reducing this burden can be sent to the Reports Management Officer, QDAM, Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410. Housing providers in programs covered by VAWA may request certification that the applicant or tenant is a victim of VAWA violence/abuse. A Federal agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid Office of Management and Budget control number.

# Exhibit I

## HACC financial requests

Use:
February 9, 2026 additional-information demand.

 

**Housing Authority of
Clackamas County**

February 9, 2026

Jane Cortez
10043 SE 32nd Avenue
Milwaukie, OR 97222

RE: Additional information required

Dear Jane:

After reviewing the packet of information you provided, it was determined that you or a member of your household need to provide the following item(s):

1. Tax Form – 1040 – Verified complete, filed, and accepted by the Internal Revenue Service (IRS)

2. Tax Form(s) – All profit and loss forms related to the information reported in your tax submissions - Verified Complete, filed, and accepted by the Internal Revenue Service (IRS)

Please get this information back to our office at the address listed below so we can continue to assess your household's eligibility for the program and the potential issuance of a Tenant Protection Voucher

For portability families, failure to supply required information can cause a delay in your assistance.

For families on a preference voucher or coming off the waiting list, failure to supply required information can cause your application to be filed inactive.

Please call me if you have any questions or concerns regarding this letter.

Sincerely,

Kati Tilton
Operations Manager

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street • Oregon City, OR, 97045 • Phone (503) 655-8267 • Fax (503) 655-8676 • TDD (503) 655-8639

**www.clackamas.us/housingauthority**

# Exhibit J

## Additional information email thread export

Use:
Escalating email documentation demands and complaints about Blossom processing, service-animal issues, and discrimination.

## Exhibit J Curated Contents

Curated source path: /home/barberb/HACC/workspace/temporary-cli-session-migration/prior-research-results/full-evidence-review-run/chronology/formal_complaint_recommended_filing _packet/candidate_email_exhibits/10_Exhibit_J_Email_Thread_Export_starworks5_additional_ info_import

Included items:

README.md

representative_messages/J-12_message.eml

representative_messages/J-13_message.eml

representative_messages/J-14_message.eml

representative_messages/J-15_message.eml

representative_messages/J-16_message.eml

retained_attachments/J-1_Additional-Information-Needed-02.09.2026.pdf

retained_attachments/J-5_Additional-Information-Needed-02.25.2026.pdf

retained_attachments/J-12_Image_260226_173823.jpeg

retained_attachments/J-12_Image_260226_173852.jpeg

retained_attachments/J-15_Image_260309_103446.jpeg

## README.md

File: README.md

# Candidate Exhibit J

Title: Email Thread Export: starworks5 additional info import
Representative saved messages copied: 12
Retained attachments copied: 19
Excluded withheld decision entries: 16
Excluded duplicate copies: 8
Excluded low-signal images: 8

This folder contains the curated materials that remain after excluding duplicate copies already represented by retained materials and excluding low-signal generic images unless later found substantive.

**representative_messages/J-12_message.eml**

File: J-12_message.eml

From: benjamin barber <starworks5@gmail.com>

To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley" <AFerron@clackamas.us>, charity@magikcorp.com

Cc:

Date: Thu, 26 Feb 2026 17:48:44 -0800

Subject: Re: Additional Information Needed


Body:

I have previously indicated to quantum residential and your office my
Intent to sue under the civil rights act, and I have previously indicated
my intention to leave Clackamas county, and blossom has already refused to
process applications submitted to them for 2 months, and has refused to
house a service animal, and has engaged in discrimination on the basis of
race.

I have been trying to move elsewhere but your organizations have not been
providing the opportunity to do so, and has been intentionally delaying the
processes necessary to do so such as demanding financial documents for
companies that have not existed for 10 years eg "nerd party", and demanding
that I share a one bedroom apartment, and providing unsuitable conditions
that present legal conflicts of interest, rather than let us leave the
control of Clackamas county and its proxy organizations

On Wed, Feb 25, 2026 at 1:37█PM benjamin barber <starworks5@gmail.com>
wrote:

> All of this work is open source and donated to the Linux Foundation, a
> nonprofit organization that produces free and open source software, where I
> am a technical steering committee member.
>
> https://en.wikipedia.org/wiki/Linux_Foundation
>
> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291
>
> On Wed, Feb 25, 2026 at 1:18█PM benjamin barber <starworks5@gmail.com>
> wrote:
>
>> Jillian Birkbeck is supposed to finish the work started here

**representative_messages/J-12_message.eml**

>> On Wed, Feb 25, 2026 at 12:53■PM benjamin barber <starworks5@gmail.com>
>> wrote:
>>
>>>
>>>
>>> On Wed, Feb 25, 2026 at 12:47■PM benjamin barber <starworks5@gmail.com>
>>> wrote:
>>>
>>>>
>>>>
>>>> On Wed, Feb 25, 2026 at 11:38■AM benjamin barber <starworks5@gmail.com>
>>>> wrote:
>>>>
>>>>>
>>>>> On Wed, Feb 25, 2026 at 11:23■AM benjamin barber <starworks5@gmail.com>
>>>>> wrote:
>>>>>
>>>>>> Apparently you have problems paying attention to dates, and reading
>>>>>> the documents you found.
>>>>>>
>>>>>> Check your vote was for the 2020 election and no longer exists that
>>>>>> was where I worked with steve bannon and jack maxey on finding fake voters,
>>>>>> dead voters.
>>>>>>
>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House of
>>>>>> Representatives for district 36 and worked on the Americans elect political
>>>>>> party
>>>>>>
>>>>>> Justice dao is a dba name alias
>>>>>>
>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>> Birkbeck  to work on personality software and bioengineering software (
>>>>>> respectively) so I don't have to file a w2, and didn't exist long enough to
>>>>>> even file taxes to begin with
>>>>>>
>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>> which was the source of the money.
>>>>>>
>>>>>> I don't have a personal bank account, after I was debarked from Chase

**representative_messages/J-12_message.eml**

>>>>>> after sending to a federal judge handling the Google anti trust case the
>>>>>> records of them continuing to engage in antitrust, then I did a targeted
>>>>>> audit of a dozen banks sending each of them a request to open a bank
>>>>>> account with the intention of creating a business to go after dei programs,
>>>>>> to see if they were complying with the debanking regulations put forth by
>>>>>> the comptroller of currency.

>>>>>>
>>>>>> I can provide you with a Coinbase account statements but don't have
>>>>>> any of the other forms of assets, and there was 1000 dollars from a
>>>>>> hackathon from a company storacha to the company hallucinate llc in a form
>>>>>> 1099

>>>>>>
>>>>>> Which means the only records responsive to that request is the
>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc

>>>>>>
>>>>>>
>>>>>> On Wed, Feb 25, 2026 at 9:51■AM Tilton, Kati <KTilton@clackamas.us>
>>>>>> wrote:

>>>>>>
>>>>>>> Hi Benjamin,

>>>>>>>
>>>>>>>
>>>>>>> Thank you for providing this information. It is very helpful.

>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> After further review of the documents you have provided, it appears
>>>>>>> that there are additional businesses registered to your home address. As
>>>>>>> part of the eligibility process, we must verify all income sources and
>>>>>>> assets for all household members. To this point, please provide the
>>>>>>> following:

>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Verification of income:

>>>>>>>
>>>>>>>     - Proof of tax filings 2025 for the following businesses (1040
>>>>>>>     for any income you earned, Schedules 1, C, K-1 and form 8995):

>>>>>>>

**representative_messages/J-12_message.eml**

```
>>>>>>>
>>>>>>>   - Bird Brain, LLC
>>>>>>>     - Check Your Vote
>>>>>>>     - JusticeDAO, LLC
>>>>>>>     - Nerd Party
>>>>>>>     - Typology, LLC
>>>>>>>     - Worldwide Software, LLC
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Verification of assets:
>>>>>>>
>>>>>>>   - Crypto account statements for the last six months
>>>>>>>   - All bank statements for the last 90 days for all household
>>>>>>>   members for personal and business banking. This includes statements for
>>>>>>>   domestic and foreign accounts.
>>>>>>>   - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>   communication)
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Verification of assets if applicable:
>>>>>>>
>>>>>>>   - Investment accounts
>>>>>>>   - IRAs
>>>>>>>   - Stocks
>>>>>>>   - Settlements
>>>>>>>   - Stipends
>>>>>>>   - Life Insurance
>>>>>>>   - Retirement Accounts
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>> will mail the attached letter today.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Thank you,
```

**representative_messages/J-12_message.eml**

>>>>>>>

>>>>>>>

>>>>>>> Kati

>>>>>>>

>>>>>>>

>>>>>>>

>>>>>>> Kati Tilton

>>>>>>>

>>>>>>> 971-201-8582

>>>>>>>

>>>>>>> Operations Manager, Housing Authority of Clackamas County

>>>>>>>

>>>>>>>

>>>>>>>

>>>>>>> *From:* benjamin barber <starworks5@gmail.com>

>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM

>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>

>>>>>>> *Subject:* Re: Additional Information Needed

>>>>>>>

>>>>>>>

>>>>>>>

>>>>>>> *Warning: External email. Be cautious opening attachments and links.*

>>>>>>> * ----------------------------- *

>>>>>>>

>>>>>>>

>>>>>>> -----------------------------

>>>>>>>

>>>>>>> I decided to resubmit it to the IRS rather than try to deal with

>>>>>>> their broken web portal

>>>>>>>

>>>>>>>

>>>>>>>

>>>>>>> On Mon, Feb 9, 2026 at 11:08█AM benjamin barber <

>>>>>>> starworks5@gmail.com> wrote:

>>>>>>>

>>>>>>> https://youtu.be/yoZ9_tNFobc

>>>>>>>

>>>>>>> Here is a video showing that I cannot get past the face verification

>>>>>>> (probably because of my eyes not tracking, to get into the ID.ME

## representative_messages/J-12_message.eml

>>>>>>> portal needed to get into the IRS Website.

>>>>>>>

>>>>>>>

**representative_messages/J-13_message.eml**

File: J-13_message.eml

From: benjamin barber <starworks5@gmail.com>

To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley" <AFerron@clackamas.us>, charity@magikcorp.com

Cc:

Date: Thu, 26 Feb 2026 17:51:39 -0800

Subject: Re: Additional Information Needed


Body:

[image: image.png]


On Thu, Feb 26, 2026 at 5:48█PM benjamin barber <starworks5@gmail.com> wrote:


> I have previously indicated to quantum residential and your office my

> Intent to sue under the civil rights act, and I have previously indicated

> my intention to leave Clackamas county, and blossom has already refused to

> process applications submitted to them for 2 months, and has refused to

> house a service animal, and has engaged in discrimination on the basis of

> race.

>

> I have been trying to move elsewhere but your organizations have not been

> providing the opportunity to do so, and has been intentionally delaying the

> processes necessary to do so such as demanding financial documents for

> companies that have not existed for 10 years eg "nerd party", and demanding

> that I share a one bedroom apartment, and providing unsuitable conditions

> that present legal conflicts of interest, rather than let us leave the

> control of Clackamas county and its proxy organizations

>

>

>

> On Wed, Feb 25, 2026 at 1:37█PM benjamin barber <starworks5@gmail.com>

> wrote:

>

>> All of this work is open source and donated to the Linux Foundation, a

>> nonprofit organization that produces free and open source software, where I

>> am a technical steering committee member.

>>

>> https://en.wikipedia.org/wiki/Linux_Foundation

**representative_messages/J-13_message.eml**

>>

>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291

>>

>> On Wed, Feb 25, 2026 at 1:18█PM benjamin barber <starworks5@gmail.com>

>> wrote:

>>

>>> Jillian Birkbeck is supposed to finish the work started here

>>> On Wed, Feb 25, 2026 at 12:53█PM benjamin barber <starworks5@gmail.com>

>>> wrote:

>>>

>>>>

>>>>

>>>> On Wed, Feb 25, 2026 at 12:47█PM benjamin barber <starworks5@gmail.com>

>>>> wrote:

>>>>

>>>>>

>>>>>

>>>>> On Wed, Feb 25, 2026 at 11:38█AM benjamin barber <starworks5@gmail.com>

>>>>> wrote:

>>>>>

>>>>>>

>>>>>> On Wed, Feb 25, 2026 at 11:23█AM benjamin barber <

>>>>>> starworks5@gmail.com> wrote:

>>>>>>

>>>>>>> Apparently you have problems paying attention to dates, and reading

>>>>>>> the documents you found.

>>>>>>>

>>>>>>> Check your vote was for the 2020 election and no longer exists that

>>>>>>> was where I worked with steve bannon and jack maxey on finding fake voters,

>>>>>>> dead voters.

>>>>>>>

>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House of

>>>>>>> Representatives for district 36 and worked on the Americans elect political

>>>>>>> party

>>>>>>>

>>>>>>> Justice dao is a dba name alias

>>>>>>>

>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian

>>>>>>> Birkbeck  to work on personality software and bioengineering software (

**representative_messages/J-13_message.eml**

>>>>>>> respectively) so I don't have to file a w2, and didn't exist long enough to
>>>>>>> even file taxes to begin with
>>>>>>>
>>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>>> which was the source of the money.
>>>>>>>
>>>>>>> I don't have a personal bank account, after I was debarked from
>>>>>>> Chase after sending to a federal judge handling the Google anti trust case
>>>>>>> the records of them continuing to engage in antitrust, then I did a
>>>>>>> targeted audit of a dozen banks sending each of them a request to open a
>>>>>>> bank account with the intention of creating a business to go after dei
>>>>>>> programs, to see if they were complying with the debanking regulations put
>>>>>>> forth by the comptroller of currency.
>>>>>>>
>>>>>>> I can provide you with a Coinbase account statements but don't have
>>>>>>> any of the other forms of assets, and there was 1000 dollars from a
>>>>>>> hackathon from a company storacha to the company hallucinate llc in a form
>>>>>>> 1099
>>>>>>>
>>>>>>> Which means the only records responsive to that request is the
>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>>
>>>>>>>
>>>>>>> On Wed, Feb 25, 2026 at 9:51█AM Tilton, Kati <KTilton@clackamas.us>
>>>>>>> wrote:
>>>>>>>
>>>>>>>> Hi Benjamin,
>>>>>>>>
>>>>>>>>
>>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> After further review of the documents you have provided, it appears
>>>>>>>> that there are additional businesses registered to your home address. As
>>>>>>>> part of the eligibility process, we must verify all income sources and
>>>>>>>> assets for all household members. To this point, please provide the
>>>>>>>> following:
>>>>>>>>

**representative_messages/J-13_message.eml**

>>>>>>>>
>>>>>>>>
>>>>>>>> Verification of income:
>>>>>>>>
>>>>>>>>   - Proof of tax filings 2025 for the following businesses (1040
>>>>>>>>   for any income you earned, Schedules 1, C, K-1 and form 8995):
>>>>>>>>
>>>>>>>>
>>>>>>>>   - Bird Brain, LLC
>>>>>>>>      - Check Your Vote
>>>>>>>>      - JusticeDAO, LLC
>>>>>>>>      - Nerd Party
>>>>>>>>      - Typology, LLC
>>>>>>>>      - Worldwide Software, LLC
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Verification of assets:
>>>>>>>>
>>>>>>>>   - Crypto account statements for the last six months
>>>>>>>>   - All bank statements for the last 90 days for all household
>>>>>>>>   members for personal and business banking. This includes statements for
>>>>>>>>   domestic and foreign accounts.
>>>>>>>>   - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>>   communication)
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Verification of assets if applicable:
>>>>>>>>
>>>>>>>>   - Investment accounts
>>>>>>>>   - IRAs
>>>>>>>>   - Stocks
>>>>>>>>   - Settlements
>>>>>>>>   - Stipends
>>>>>>>>   - Life Insurance
>>>>>>>>   - Retirement Accounts
>>>>>>>>
>>>>>>>>

**representative_messages/J-13_message.eml**

>>>>>>>>
>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>>> will mail the attached letter today.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Thank you,
>>>>>>>>
>>>>>>>>
>>>>>>>> Kati
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Kati Tilton
>>>>>>>>
>>>>>>>> 971-201-8582
>>>>>>>>
>>>>>>>> Operations Manager, Housing Authority of Clackamas County
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>
>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM
>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>
>>>>>>>> *Subject:* Re: Additional Information Needed
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> *Warning: External email. Be cautious opening attachments and
>>>>>>>> links.*
>>>>>>>> * ---------------------------- *
>>>>>>>>
>>>>>>>>
>>>>>>>> ----------------------------
>>>>>>>>
>>>>>>>> I decided to resubmit it to the IRS rather than try to deal with
>>>>>>>> their broken web portal
>>>>>>>>
>>>>>>>>

**representative_messages/J-13_message.eml**

>>>>>>>>
>>>>>>>> On Mon, Feb 9, 2026 at 11:08■AM benjamin barber <
>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>
>>>>>>>> https://youtu.be/yoZ9_tNFobc
>>>>>>>>
>>>>>>>> Here is a video showing that I cannot get past the face
>>>>>>>> verification (probably because of my eyes not tracking, to get into the
>>>>>>>> ID.ME portal needed to get into the IRS Website.
>>>>>>>>
>>>>>>>>

**representative_messages/J-14_message.eml**

File: J-14_message.eml
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley" <AFerron@clackamas.us>, charity@magikcorp.com
Cc:
Date: Mon, 02 Mar 2026 12:29:53 -0800
Subject: Re: Additional Information Needed


Body:
On Thu, Feb 26, 2026 at 5:51■PM benjamin barber <starworks5@gmail.com>
wrote:


> [image: image.png]
>
> On Thu, Feb 26, 2026 at 5:48■PM benjamin barber <starworks5@gmail.com>
> wrote:
>
>> I have previously indicated to quantum residential and your office my
>> Intent to sue under the civil rights act, and I have previously indicated
>> my intention to leave Clackamas county, and blossom has already refused to
>> process applications submitted to them for 2 months, and has refused to
>> house a service animal, and has engaged in discrimination on the basis of
>> race.
>>
>> I have been trying to move elsewhere but your organizations have not been
>> providing the opportunity to do so, and has been intentionally delaying the
>> processes necessary to do so such as demanding financial documents for
>> companies that have not existed for 10 years eg "nerd party", and demanding
>> that I share a one bedroom apartment, and providing unsuitable conditions
>> that present legal conflicts of interest, rather than let us leave the
>> control of Clackamas county and its proxy organizations
>>
>>
>>
>> On Wed, Feb 25, 2026 at 1:37■PM benjamin barber <starworks5@gmail.com>
>> wrote:
>>
>>> All of this work is open source and donated to the Linux Foundation, a
>>> nonprofit organization that produces free and open source software, where I

**representative_messages/J-14_message.eml**

>>> am a technical steering committee member.

>>>

>>> https://en.wikipedia.org/wiki/Linux_Foundation

>>>

>>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291

>>>

>>> On Wed, Feb 25, 2026 at 1:18■PM benjamin barber <starworks5@gmail.com>

>>> wrote:

>>>

>>>> Jillian Birkbeck is supposed to finish the work started here

>>>> On Wed, Feb 25, 2026 at 12:53■PM benjamin barber <starworks5@gmail.com>

>>>> wrote:

>>>>

>>>>>

>>>>>

>>>>> On Wed, Feb 25, 2026 at 12:47■PM benjamin barber <starworks5@gmail.com>

>>>>> wrote:

>>>>>

>>>>>>

>>>>>>

>>>>>> On Wed, Feb 25, 2026 at 11:38■AM benjamin barber <

>>>>>> starworks5@gmail.com> wrote:

>>>>>>

>>>>>>>

>>>>>>> On Wed, Feb 25, 2026 at 11:23■AM benjamin barber <

>>>>>>> starworks5@gmail.com> wrote:

>>>>>>>

>>>>>>>> Apparently you have problems paying attention to dates, and reading

>>>>>>>> the documents you found.

>>>>>>>>

>>>>>>>> Check your vote was for the 2020 election and no longer exists that

>>>>>>>> was where I worked with steve bannon and jack maxey on finding fake voters,

>>>>>>>> dead voters.

>>>>>>>>

>>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House

>>>>>>>> of Representatives for district 36 and worked on the Americans elect

>>>>>>>> political party

>>>>>>>>

>>>>>>>> Justice dao is a dba name alias

**representative_messages/J-14_message.eml**

>>>>>>>>
>>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>>>> Birkbeck  to work on personality software and bioengineering software (
>>>>>>>> respectively) so I don't have to file a w2, and didn't exist long enough to
>>>>>>>> even file taxes to begin with
>>>>>>>>
>>>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>>>> which was the source of the money.
>>>>>>>>
>>>>>>>> I don't have a personal bank account, after I was debarked from
>>>>>>>> Chase after sending to a federal judge handling the Google anti trust case
>>>>>>>> the records of them continuing to engage in antitrust, then I did a
>>>>>>>> targeted audit of a dozen banks sending each of them a request to open a
>>>>>>>> bank account with the intention of creating a business to go after dei
>>>>>>>> programs, to see if they were complying with the debanking regulations put
>>>>>>>> forth by the comptroller of currency.
>>>>>>>>
>>>>>>>> I can provide you with a Coinbase account statements but don't have
>>>>>>>> any of the other forms of assets, and there was 1000 dollars from a
>>>>>>>> hackathon from a company storacha to the company hallucinate llc in a form
>>>>>>>> 1099
>>>>>>>>
>>>>>>>> Which means the only records responsive to that request is the
>>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Feb 25, 2026 at 9:51■AM Tilton, Kati <KTilton@clackamas.us>
>>>>>>>> wrote:
>>>>>>>>
>>>>>>>>> Hi Benjamin,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> After further review of the documents you have provided, it
>>>>>>>>> appears that there are additional businesses registered to your home
>>>>>>>>> address. As part of the eligibility process, we must verify all income

**representative_messages/J-14_message.eml**

>>>>>>>>> sources and assets for all household members. To this point, please provide

>>>>>>>>> the following:

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Verification of income:

>>>>>>>>>

>>>>>>>>>    - Proof of tax filings 2025 for the following businesses (1040

>>>>>>>>>    for any income you earned, Schedules 1, C, K-1 and form 8995):

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>    - Bird Brain, LLC

>>>>>>>>>      - Check Your Vote

>>>>>>>>>      - JusticeDAO, LLC

>>>>>>>>>      - Nerd Party

>>>>>>>>>      - Typology, LLC

>>>>>>>>>      - Worldwide Software, LLC

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Verification of assets:

>>>>>>>>>

>>>>>>>>>    - Crypto account statements for the last six months

>>>>>>>>>    - All bank statements for the last 90 days for all household

>>>>>>>>>    members for personal and business banking. This includes statements for

>>>>>>>>>    domestic and foreign accounts.

>>>>>>>>>    - 2025 Winnings (you noted Hackathon winnings in your

>>>>>>>>>    communication)

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Verification of assets if applicable:

>>>>>>>>>

>>>>>>>>>    - Investment accounts

>>>>>>>>>    - IRAs

>>>>>>>>>    - Stocks

>>>>>>>>>    - Settlements

>>>>>>>>>    - Stipends

>>>>>>>>>    - Life Insurance

**representative_messages/J-14_message.eml**

>>>>>>>>>    - Retirement Accounts

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We

>>>>>>>>> will mail the attached letter today.

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Thank you,

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Kati

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Kati Tilton

>>>>>>>>>

>>>>>>>>> 971-201-8582

>>>>>>>>>

>>>>>>>>> Operations Manager, Housing Authority of Clackamas County

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>

>>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM

>>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>

>>>>>>>>> *Subject:* Re: Additional Information Needed

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> *Warning: External email. Be cautious opening attachments and

>>>>>>>>> links.*

>>>>>>>>> * ----------------------------- *

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> -----------------------------

>>>>>>>>>

>>>>>>>>> I decided to resubmit it to the IRS rather than try to deal with

**representative_messages/J-14_message.eml**

>>>>>>>>> their broken web portal

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> On Mon, Feb 9, 2026 at 11:08■AM benjamin barber <

>>>>>>>>> starworks5@gmail.com> wrote:

>>>>>>>>>

>>>>>>>>> https://youtu.be/yoZ9_tNFobc

>>>>>>>>>

>>>>>>>>> Here is a video showing that I cannot get past the face

>>>>>>>>> verification (probably because of my eyes not tracking, to get into the

>>>>>>>>> ID.ME portal needed to get into the IRS Website.

>>>>>>>>>

>>>>>>>>>

## representative_messages/J-15_message.eml

File: J-15_message.eml

From: benjamin barber <starworks5@gmail.com>

To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley" <AFerron@clackamas.us>, charity@magikcorp.com

Cc:

Date: Mon, 09 Mar 2026 10:34:52 -0700

Subject: Re: Additional Information Needed


Body:

On Mon, Mar 2, 2026 at 12:29█PM benjamin barber <starworks5@gmail.com> wrote:


>

>

> On Thu, Feb 26, 2026 at 5:51█PM benjamin barber <starworks5@gmail.com>

> wrote:

>

>> [image: image.png]

>>

>> On Thu, Feb 26, 2026 at 5:48█PM benjamin barber <starworks5@gmail.com>

>> wrote:

>>

>>> I have previously indicated to quantum residential and your office my

>>> Intent to sue under the civil rights act, and I have previously indicated

>>> my intention to leave Clackamas county, and blossom has already refused to

>>> process applications submitted to them for 2 months, and has refused to

>>> house a service animal, and has engaged in discrimination on the basis of

>>> race.

>>>

>>> I have been trying to move elsewhere but your organizations have not

>>> been providing the opportunity to do so, and has been intentionally

>>> delaying the processes necessary to do so such as demanding financial

>>> documents for companies that have not existed for 10 years eg "nerd party",

>>> and demanding that I share a one bedroom apartment, and providing

>>> unsuitable conditions that present legal conflicts of interest, rather than

>>> let us leave the control of Clackamas county and its proxy organizations

>>>

>>>

>>>

**representative_messages/J-15_message.eml**

>>> On Wed, Feb 25, 2026 at 1:37█PM benjamin barber <starworks5@gmail.com>
>>> wrote:
>>>
>>>> All of this work is open source and donated to the Linux Foundation, a
>>>> nonprofit organization that produces free and open source software, where I
>>>> am a technical steering committee member.
>>>>
>>>> https://en.wikipedia.org/wiki/Linux_Foundation
>>>>
>>>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291
>>>>
>>>> On Wed, Feb 25, 2026 at 1:18█PM benjamin barber <starworks5@gmail.com>
>>>> wrote:
>>>>
>>>>> Jillian Birkbeck is supposed to finish the work started here
>>>>> On Wed, Feb 25, 2026 at 12:53█PM benjamin barber <starworks5@gmail.com>
>>>>> wrote:
>>>>>
>>>>>>
>>>>>>
>>>>>> On Wed, Feb 25, 2026 at 12:47█PM benjamin barber <
>>>>>> starworks5@gmail.com> wrote:
>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On Wed, Feb 25, 2026 at 11:38█AM benjamin barber <
>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Feb 25, 2026 at 11:23█AM benjamin barber <
>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>
>>>>>>>>> Apparently you have problems paying attention to dates, and
>>>>>>>>> reading the documents you found.
>>>>>>>>>
>>>>>>>>> Check your vote was for the 2020 election and no longer exists
>>>>>>>>> that was where I worked with steve bannon and jack maxey on finding fake
>>>>>>>>> voters, dead voters.
>>>>>>>>>

**representative_messages/J-15_message.eml**

>>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House
>>>>>>>> of Representatives for district 36 and worked on the Americans elect
>>>>>>>> political party
>>>>>>>>
>>>>>>>> Justice dao is a dba name alias
>>>>>>>>
>>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>>>> Birkbeck  to work on personality software and bioengineering software (
>>>>>>>> respectively) so I don't have to file a w2, and didn't exist long enough to
>>>>>>>> even file taxes to begin with
>>>>>>>>
>>>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>>>> which was the source of the money.
>>>>>>>>
>>>>>>>> I don't have a personal bank account, after I was debarked from
>>>>>>>> Chase after sending to a federal judge handling the Google anti trust case
>>>>>>>> the records of them continuing to engage in antitrust, then I did a
>>>>>>>> targeted audit of a dozen banks sending each of them a request to open a
>>>>>>>> bank account with the intention of creating a business to go after dei
>>>>>>>> programs, to see if they were complying with the debanking regulations put
>>>>>>>> forth by the comptroller of currency.
>>>>>>>>
>>>>>>>> I can provide you with a Coinbase account statements but don't
>>>>>>>> have any of the other forms of assets, and there was 1000 dollars from a
>>>>>>>> hackathon from a company storacha to the company hallucinate llc in a form
>>>>>>>> 1099
>>>>>>>>
>>>>>>>> Which means the only records responsive to that request is the
>>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Feb 25, 2026 at 9:51■AM Tilton, Kati <KTilton@clackamas.us>
>>>>>>>> wrote:
>>>>>>>>
>>>>>>>>> Hi Benjamin,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>>>

**representative_messages/J-15_message.eml**

>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> After further review of the documents you have provided, it
>>>>>>>>>> appears that there are additional businesses registered to your home
>>>>>>>>>> address. As part of the eligibility process, we must verify all income
>>>>>>>>>> sources and assets for all household members. To this point, please provide
>>>>>>>>>> the following:
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Verification of income:
>>>>>>>>>>
>>>>>>>>>>    - Proof of tax filings 2025 for the following businesses
>>>>>>>>>>    (1040 for any income you earned, Schedules 1, C, K-1 and form 8995):
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>    - Bird Brain, LLC
>>>>>>>>>>      - Check Your Vote
>>>>>>>>>>      - JusticeDAO, LLC
>>>>>>>>>>      - Nerd Party
>>>>>>>>>>      - Typology, LLC
>>>>>>>>>>      - Worldwide Software, LLC
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Verification of assets:
>>>>>>>>>>
>>>>>>>>>>    - Crypto account statements for the last six months
>>>>>>>>>>    - All bank statements for the last 90 days for all household
>>>>>>>>>>    members for personal and business banking. This includes statements for
>>>>>>>>>>    domestic and foreign accounts.
>>>>>>>>>>    - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>>>>    communication)
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Verification of assets if applicable:
>>>>>>>>>>
>>>>>>>>>>    - Investment accounts

### representative_messages/J-15_message.eml

>>>>>>>>>>   - IRAs
>>>>>>>>>>   - Stocks
>>>>>>>>>>   - Settlements
>>>>>>>>>>   - Stipends
>>>>>>>>>>   - Life Insurance
>>>>>>>>>>   - Retirement Accounts
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>>>>> will mail the attached letter today.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thank you,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Kati
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Kati Tilton
>>>>>>>>>>
>>>>>>>>>> 971-201-8582
>>>>>>>>>>
>>>>>>>>>> Operations Manager, Housing Authority of Clackamas County
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>
>>>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM
>>>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>
>>>>>>>>>> *Subject:* Re: Additional Information Needed
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> *Warning: External email. Be cautious opening attachments and
>>>>>>>>>> links.*
>>>>>>>>>> * ---------------------------- *

**representative_messages/J-15_message.eml**

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> ----------------------------

>>>>>>>>>>

>>>>>>>>>> I decided to resubmit it to the IRS rather than try to deal with

>>>>>>>>>> their broken web portal

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> On Mon, Feb 9, 2026 at 11:08█AM benjamin barber <

>>>>>>>>>> starworks5@gmail.com> wrote:

>>>>>>>>>>

>>>>>>>>>> https://youtu.be/yoZ9_tNFobc

>>>>>>>>>>

>>>>>>>>>> Here is a video showing that I cannot get past the face

>>>>>>>>>> verification (probably because of my eyes not tracking, to get into the

>>>>>>>>>> ID.ME portal needed to get into the IRS Website.

>>>>>>>>>>

>>>>>>>>>>

## representative_messages/J-16_message.eml

File: J-16_message.eml

From: benjamin barber <starworks5@gmail.com>

To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley" <AFerron@clackamas.us>, charity@magikcorp.com

Cc:

Date: Mon, 09 Mar 2026 11:06:56 -0700

Subject: Re: Additional Information Needed


Body:

Remaining issues, 3rd floor and stairs does not accommodate a mobility scooter and mobility impaired person, 1 bedroom is not large enough, no 2 bedrooms available, as of yet the unit is not ready, and still no Tenant protection voucher. They said they have breed restrictions, but did not list the breeds specifically, or have objective criteria other than not noisy or dangerous


On Mon, Mar 9, 2026 at 10:34■AM benjamin barber <starworks5@gmail.com> wrote:

>

>

> On Mon, Mar 2, 2026 at 12:29■PM benjamin barber <starworks5@gmail.com>
> wrote:

>

>>

>>

>> On Thu, Feb 26, 2026 at 5:51■PM benjamin barber <starworks5@gmail.com>
>> wrote:

>>

>>> [image: image.png]

>>>

>>> On Thu, Feb 26, 2026 at 5:48■PM benjamin barber <starworks5@gmail.com>
>>> wrote:

>>>

>>>> I have previously indicated to quantum residential and your office my
>>>> Intent to sue under the civil rights act, and I have previously indicated
>>>> my intention to leave Clackamas county, and blossom has already refused to
>>>> process applications submitted to them for 2 months, and has refused to
>>>> house a service animal, and has engaged in discrimination on the basis of

### representative_messages/J-16_message.eml

>>>> race.

>>>>

>>>> I have been trying to move elsewhere but your organizations have not

>>>> been providing the opportunity to do so, and has been intentionally

>>>> delaying the processes necessary to do so such as demanding financial

>>>> documents for companies that have not existed for 10 years eg "nerd party",

>>>> and demanding that I share a one bedroom apartment, and providing

>>>> unsuitable conditions that present legal conflicts of interest, rather than

>>>> let us leave the control of Clackamas county and its proxy organizations

>>>>

>>>>

>>>>

>>>> On Wed, Feb 25, 2026 at 1:37■PM benjamin barber <starworks5@gmail.com>

>>>> wrote:

>>>>

>>>>> All of this work is open source and donated to the Linux Foundation, a

>>>>> nonprofit organization that produces free and open source software, where I

>>>>> am a technical steering committee member.

>>>>>

>>>>> https://en.wikipedia.org/wiki/Linux_Foundation

>>>>>

>>>>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291

>>>>>

>>>>> On Wed, Feb 25, 2026 at 1:18■PM benjamin barber <starworks5@gmail.com>

>>>>> wrote:

>>>>>

>>>>>> Jillian Birkbeck is supposed to finish the work started here

>>>>>> On Wed, Feb 25, 2026 at 12:53■PM benjamin barber <

>>>>>> starworks5@gmail.com> wrote:

>>>>>>

>>>>>>>

>>>>>>>

>>>>>>> On Wed, Feb 25, 2026 at 12:47■PM benjamin barber <

>>>>>>> starworks5@gmail.com> wrote:

>>>>>>>

>>>>>>>>

>>>>>>>>

>>>>>>>> On Wed, Feb 25, 2026 at 11:38■AM benjamin barber <

>>>>>>>> starworks5@gmail.com> wrote:

**representative_messages/J-16_message.eml**

\>>>>>>>>

\>>>>>>>>>

\>>>>>>>>> On Wed, Feb 25, 2026 at 11:23■AM benjamin barber <

\>>>>>>>>> starworks5@gmail.com> wrote:

\>>>>>>>>>

\>>>>>>>>>> Apparently you have problems paying attention to dates, and

\>>>>>>>>>> reading the documents you found.

\>>>>>>>>>>

\>>>>>>>>>> Check your vote was for the 2020 election and no longer exists

\>>>>>>>>>> that was where I worked with steve bannon and jack maxey on finding fake

\>>>>>>>>>> voters, dead voters.

\>>>>>>>>>>

\>>>>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House

\>>>>>>>>>> of Representatives for district 36 and worked on the Americans elect

\>>>>>>>>>> political party

\>>>>>>>>>>

\>>>>>>>>>> Justice dao is a dba name alias

\>>>>>>>>>>

\>>>>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian

\>>>>>>>>>> Birkbeck  to work on personality software and bioengineering software (

\>>>>>>>>>> respectively) so I don't have to file a w2, and didn't exist long enough to

\>>>>>>>>>> even file taxes to begin with

\>>>>>>>>>>

\>>>>>>>>>> I already provided you the 2025 form 1120 for worldwide software

\>>>>>>>>>> which was the source of the money.

\>>>>>>>>>>

\>>>>>>>>>> I don't have a personal bank account, after I was debarked from

\>>>>>>>>>> Chase after sending to a federal judge handling the Google anti trust case

\>>>>>>>>>> the records of them continuing to engage in antitrust, then I did a

\>>>>>>>>>> targeted audit of a dozen banks sending each of them a request to open a

\>>>>>>>>>> bank account with the intention of creating a business to go after dei

\>>>>>>>>>> programs, to see if they were complying with the debanking regulations put

\>>>>>>>>>> forth by the comptroller of currency.

\>>>>>>>>>>

\>>>>>>>>>> I can provide you with a Coinbase account statements but don't

\>>>>>>>>>> have any of the other forms of assets, and there was 1000 dollars from a

\>>>>>>>>>> hackathon from a company storacha to the company hallucinate llc in a form

\>>>>>>>>>> 1099

\>>>>>>>>>>

**representative_messages/J-16_message.eml**

>>>>>>>>> Which means the only records responsive to that request is the

>>>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> On Wed, Feb 25, 2026 at 9:51■AM Tilton, Kati <

>>>>>>>>> KTilton@clackamas.us> wrote:

>>>>>>>>>

>>>>>>>>> Hi Benjamin,

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Thank you for providing this information. It is very helpful.

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> After further review of the documents you have provided, it

>>>>>>>>> appears that there are additional businesses registered to your home

>>>>>>>>> address. As part of the eligibility process, we must verify all income

>>>>>>>>> sources and assets for all household members. To this point, please provide

>>>>>>>>> the following:

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Verification of income:

>>>>>>>>>

>>>>>>>>>    - Proof of tax filings 2025 for the following businesses

>>>>>>>>>    (1040 for any income you earned, Schedules 1, C, K-1 and form 8995):

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>    - Bird Brain, LLC

>>>>>>>>>      - Check Your Vote

>>>>>>>>>      - JusticeDAO, LLC

>>>>>>>>>      - Nerd Party

>>>>>>>>>      - Typology, LLC

>>>>>>>>>      - Worldwide Software, LLC

>>>>>>>>>

>>>>>>>>>

>>>>>>>>>

>>>>>>>>> Verification of assets:

>>>>>>>>>

### representative_messages/J-16_message.eml

>>>>>>>>>>   - Crypto account statements for the last six months
>>>>>>>>>>   - All bank statements for the last 90 days for all household
>>>>>>>>>>   members for personal and business banking. This includes statements for
>>>>>>>>>>   domestic and foreign accounts.
>>>>>>>>>>   - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>>>>   communication)
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Verification of assets if applicable:
>>>>>>>>>>
>>>>>>>>>>   - Investment accounts
>>>>>>>>>>   - IRAs
>>>>>>>>>>   - Stocks
>>>>>>>>>>   - Settlements
>>>>>>>>>>   - Stipends
>>>>>>>>>>   - Life Insurance
>>>>>>>>>>   - Retirement Accounts
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>>>>> will mail the attached letter today.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thank you,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Kati
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Kati Tilton
>>>>>>>>>>
>>>>>>>>>> 971-201-8582
>>>>>>>>>>
>>>>>>>>>> Operations Manager, Housing Authority of Clackamas County
>>>>>>>>>>

**representative_messages/J-16_message.eml**

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>

>>>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM

>>>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>

>>>>>>>>>> *Subject:* Re: Additional Information Needed

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> *Warning: External email. Be cautious opening attachments and

>>>>>>>>>> links.*

>>>>>>>>>> * ---------------------------- *

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> -----------------------------

>>>>>>>>>>

>>>>>>>>>> I decided to resubmit it to the IRS rather than try to deal with

>>>>>>>>>> their broken web portal

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> On Mon, Feb 9, 2026 at 11:08■AM benjamin barber <

>>>>>>>>>> starworks5@gmail.com> wrote:

>>>>>>>>>>

>>>>>>>>>> https://youtu.be/yoZ9_tNFobc

>>>>>>>>>>

>>>>>>>>>> Here is a video showing that I cannot get past the face

>>>>>>>>>> verification (probably because of my eyes not tracking, to get into the

>>>>>>>>>> ID.ME portal needed to get into the IRS Website.

>>>>>>>>>>

>>>>>>>>>>

 **Health, Housing & Human Services** CLACKAMAS COUNTY

**Housing Authority of Clackamas County**

 EQUAL HOUSING OPPORTUNITY

February 9, 2026

Jane Cortez
10043 SE 32nd Avenue
Milwaukie, OR 97222

RE:  Additional information required

Dear Jane:

After reviewing the packet of information you provided, it was determined that you or a member of your household need to provide the following item(s):

1.  Tax Form – 1040 – Verified complete, filed, and accepted by the Internal Revenue Service (IRS)

2.  Tax Form(s) – All profit and loss forms related to the information reported in your tax submissions - Verified Complete, filed, and accepted by the Internal Revenue Service (IRS)

Please get this information back to our office at the address listed below so we can continue to assess your household's eligibility for the program and the potential issuance of a Tenant Protection Voucher

For portability families, failure to supply required information can cause a delay in your assistance.

For families on a preference voucher or coming off the waiting list, failure to supply required information can cause your application to be filed inactive.

Please call me if you have any questions or concerns regarding this letter.

Sincerely,

Kati Tilton
Operations Manager

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street • Oregon City, OR, 97045 • Phone (503) 655-8267 • Fax (503) 655-8676 • TDD (503) 655-8639

www.clackamas.us/housingauthority

 **Health, Housing & Human Services**
**CLACKAMAS COUNTY**

**Housing Authority of
Clackamas County**

 **EQUAL HOUSING OPPORTUNITY**

| NOTICE! | AVISO! | ИЗВЕЩЕНИЕ! |

**This correspondence contains very important information about your housing! If you need help understanding what this letter says, please contact your Occupancy Specialist.  Not sure who that is?  You can find our general contact information on our website: www.clackamas.us/housingauthority or you can call 503-655-8267.  If you or anyone in your family is a person with disabilities, and you need a reasonable accommodation to access any of our programs, please visit our website: www.clackamas.us/housingauthority/section8.html.**

**Información importante acerca de su subsidio de vivienda. Para asistencia en español, por favor comuníquese con su coordinador de servicios o llame al 503-655-8267. Si usted, o un miembro de su familia, es una persona con discapacidades y necesita de una adaptación razonable para poder acceder a nuestros programas, por favor visite nuestra página web: www.clackamas.us/housingauthority/section8.html.**

**Это приложение содержит очень важную информацию о вашем жилье! Если вам нужна помощь в понимании того, что написано в этом письме, обратитесь к вашему ведущему. Не уверен, кто это? Общую контактную информацию можно найти на нашем веб-сайте: http://www.clackamas.us/housingauthority или по телефону 503-655-8267. Если вы или кто-либо из членов вашей семьи является инвалидом и вам необходима услуга для доступа к какой-либо из наших программ, посетите наш веб-сайт: www.clackamas.us/housingauthority/section8.html.**

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street • Oregon City, OR, 97045 • Phone (503) 655-8267 • Fax (503) 655-8676 • TDD (503) 655-8639
www.clackamas.us/housingauthority



**Housing Authority of
Clackamas County**



EQUAL HOUSING
OPPORTUNITY

8711-239

February 25, 2026

Jane Cortez
10043 SE 32nd Avenue
Milwaukie, OR 97222

RE:  Additional information required

Dear Jane:

At your appointment today it was determined that you need to provide the following
item(s):

Verification of income:

- Proof of tax filings 2025 for the following businesses (1040 for any income you
  earned, Schedules 1, C, K-1 and form 8995):
- Bird Brain, LLC
- Check Your Vote
- JusticeDAO, LLC
- Nerd Party
- Typology, LLC
- Worldwide Software, LLC

Verification of assets:
- Crypto account statements for the last six months
- All bank statements for the last 90 days for all household members for personal
  and business banking. This includes statements for domestic and foreign
  accounts.
- 2025 Winnings (you noted Hackathon winnings in your communication)

Verification of assets if applicable:
- Investment accounts
- IRAs
- Stocks
- Settlements
- Stipends
- Life Insurance
- Retirement Accounts

Healthy Families. Strong Communities.

P.O. Box 1510, 13930 S. Gain Street • Oregon City, OR, 97045 • Phone (503) 655-8267 • Fax (503) 655-8676 • TDD (503) 655-8639

www.clackamas.us/housingauthority



**Housing Authority of Clackamas County**



Please get this information back to our office at the address listed below by **03/04/2026.**

For portability families, failure to supply required information can cause a delay in your assistance.

For families on a preference voucher or coming off the waiting list, failure to supply required information can cause your application to be filed inactive.

Please call me if you have any questions or concerns regarding this letter.

Sincerely,

Kati Tilton
Operations Manager
Ktilton@clackamas.us

**NOTICE!**          **AVISO!**          **ИЗВЕЩЕНИЕ!**

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street • Oregon City, OR, 97045 • Phone (503) 655-8267 • Fax (503) 655-8676 • TDD (503) 655-8639
www.clackamas.us/housingauthority



Housing Authority of
Clackamas County



EQUAL HOUSING
OPPORTUNITY

This correspondence contains very important information about your housing! If you need help understanding what this letter says, please contact your Occupancy Specialist.  Not sure who that is?  You can find our general contact information on our website: www.clackamas.us/housingauthority or you can call 503-655-8267.  If you or anyone in your family is a person with disabilities, and you need a reasonable accommodation to access any of our programs, please visit our website: www.clackamas.us/housingauthority/section8.html.

Información importante acerca de su subsidio de vivienda. Para asistencia en español, por favor comuníquese con su coordinador de servicios o llame al 503-655-8267. Si usted, o un miembro de su familia, es una persona con discapacidades y necesita de una adaptación razonable para poder acceder a nuestros programas, por favor visite nuestra página web: www.clackamas.us/housingauthority/section8.html.

Это приложение содержит очень важную информацию о вашем жилье! Если вам нужна помощь в понимании того, что написано в этом письме, обратитесь к вашему ведущему. Не уверен, кто это? Общую контактную информацию можно найти на нашем веб-сайте: http://www.clackamas.us/housingauthority или по телефону 503-655-8267. Если вы или кто-либо из членов вашей семьи является инвалидом и вам необходима услуга для доступа к какой-либо из наших программ, посетите наш веб-сайт: www.clackamas.us/housingauthority/section8.html.

retained_attachments/J-12_Image_260226_173823.jpeg



retained_attachments/J-12_Image_260226_173852.jpeg



retained_attachments/J-15_Image_260309_103446.jpeg



# Exhibit K

## HACC steering-related notice

Use:
February 26, 2026 notice tied to ongoing occupancy and relocation handling.



**Health, Housing & Human Services — CLACKAMAS COUNTY**

Housing Authority of
Clackamas County



Jane Cortez
10043 SE 32nd Avenue
Milwaukie, OR 97222

February 26, 2026

Dear Jane Cortez and all other,

**Our records show that you are still living in a unit at HILLSIDE PARK**
This is your final notice to move out of this unit by **3/31/2026**

All households were invited to apply for a **Tenant Protection Voucher** or a **Project-Based Voucher** to help with relocation. As of today, a Housing Assistance Payment (HAP) contract has not been finalized for your household.

## Your Assigned Replacement Unit

As explained earlier, households still in place as of **3/31/2026** would be assigned a replacement unit. You have been assigned the following unit:

**Unit Location:**
Easton Ridge Apartments
9009 SE Causey Ave, #11-K31
Happy Valley, OR 97086
503-654-1234

**You must apply for this unit and be approved.**
Please submit an application to the property immediately and be prepared to provide any documents they request to determine your eligibility.

## Important Information About the Vacate Deadline

You were previously notified on **10/13/2025** that any household still living in the unit after **3/31/2026** will have a **Forcible Entry and Detainer (eviction) case** filed in court.

If the Sheriff's Office is required to carry out a lockout:

- An eviction will become part of your record.
- You will not be eligible to use your Tenant Protection Voucher. X
- You will not be able to continue receiving rental assistance.

We want to prevent this from happening.

**RELOCATION ASSISTANCE:**

The relocation assistance that you are entitled to under the Uniform Relocation Assistance and Real Property Acquisitions Policies Act (URA) includes:

Relocation Advisory Services
Including counseling and other assistance to help you prepare to move provided by DDV Consulting Services. DDV can be reached by phone or email from 8-5PM M-F. Charity Joswick
503.270.6576

Reimbursement Credit Checks and Security Deposits
Your future security deposit and credit checks fees will be reimbursed, or you will be provided the funds to pay for them.

Payment for Moving Expenses
You may choose a payment for actual moving expenses, a fixed moving payment based on the URA Fixed Residential Moving Schedule, or we are happy to schedule movers to pack, move and unpack you belongs and pay this vendor directly.

**TENANT RESPONSIBILITIES:**

The same lease rules apply during this relocation period. You must comply with your lease; more specifically, but without limitation, you must comply with the required relocation documentation, the income certification process, vacating your unit according to the date specified herein, paying rent on time, and adhering to confirmed scheduled dates for moving.

If you have questions about this letter and your eligibility for relocation assistance, please contact me at 971.246.1056.

**Please remember that you will need to vacate the residence by <u>March 31, 2026</u> which is 90 days from the date of this letter.** So, I'm advising you approach these issues with a form of urgency.  This letter is important and should be retained for your records.

Sincerely,

Darcy Vincent
Relocation Coordinator

# Exhibit L

## HACC inspection notice

Use:
March 17, 2026 NSPIRE inspection notice.





March 17, 2026

*Executive Director, Shannon Callahan*

## NOTICE TO RESIDENTS
## HUD NSPIRE INSPECTION

Dear Residents,

The U.S. Department of Housing and Urban Development (HUD) will be conducting a property inspection at **Hillside Park** on:

## <u>Monday, March 23, 2026</u>
## <u>Between 8:00 AM and 5:00 PM</u>

This inspection is part of HUD's NSPIRE (National Standards for the Physical Inspection of Real Estate) program, which reviews the condition of housing units and common areas to ensure they meet federal health and safety standards.

### What residents should do to prepare:

- Ensure smoke detectors are not covered or disabled

- Make sure pathways to windows and doors are clear

- Secure pets during the inspection period

- Make sure all areas of the unit are accessible to inspectors

Management or HUD inspectors may enter your unit during this time even if you are not home.

If you have any questions, please contact the Public Housing Management team.

Thank you for your cooperation.

Public Housing Management Team
**Housing Authority of Clackamas County (HACC)**
Cell: 503-758-8911 – please text or leave a voicemail
Email: HACCPM@clackamas.us

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street, Oregon City, OR, 97045-0510 · Phone (503) 655-8267
· Fax (503) 655-8676 · TDD 503-655-8639 | www.clackamas.us/housingauthority





**MULTIFAMILY NW**
The Association Promoting Quality Rental Housing

OREGON
# 24-HOUR NOTICE
## INSPECTION/MAINTENANCE



DATE   03/17/2026   PROPERTY NAME / NUMBER   Hillside Park

RESIDENT NAME(S)   Jane K. Cortez          Julio Cortez

also all other Occupants or persons unknown claiming any right or interest in the Premises.

UNIT NUMBER ___ 3099 ___ STREET ADDRESS   10043 SE 32nd Av

CITY   Milwaukie                    STATE   OR   ZIP   97222

Pursuant to Oregon Landlord/Tenant law, **THIS IS TO NOTIFY YOU THAT ENTRY TO YOUR UNIT WILL BE MADE DURING REASONABLE**

TIMES: Starting on   03/23/2026   at   8:00 am   and entry will be completed by   03/23/2026   at   5:00 pm

☒ To inspect the unit.   ☐ For maintenance of:

***SEE ATTACHED***

HUD inspectors and HACC staff may be entering your home sometime during the above-listed date to perform an

inspection for the National Standards for the Physical Inspection of Real Estate program.

by   HUD and HACC staff                                    (company or individual's name).

☐ To exhibit unit to prospective or actual purchasers, mortgagees, or residents.

**The above is authorized by Owner/Agent to enter upon demand or in Resident's absence for inspection or until the repair/maintenance is completed.**

During all properly noticed entries, Resident shall keep all animals under control or remove from the unit.

**Actual notice of the proposed entry has been given Resident as follows:**

☐ Verbally to Resident at ___ TIME (am / pm) ___ on ___ DATE ___ **or**

☐ Left message on Resident's answering machine at ___ TIME (am / pm) ___ on ___ DATE ___ **or**

☒ Notice posted on door of unit at   5pm   on   03/17/2026   **or**

☒ Notice mailed to Resident by first class mail on   03/17/2026   (add 3 days for mailing only) **or**

☐ Notice given by other method allowed by written rental agreement at ___ TIME (am / pm) ___ on ___ DATE ___

Identify method: ___

THANK YOU FOR YOUR COOPERATION          OWNER/AGENT  X _Jane K. Cortez_

                                        ADDRESS   13930 S Gain St, PO BOX 1510

                                        Oregon City, OR 97045

                                        TELEPHONE   (503) 758-8911

                                        EMAIL   haccpm@clackamas.us

Form M013 OR Copyright © 2023 Multifamily NW. NOT TO BE REPRODUCED WITHOUT WRITTEN PERMISSION. Revised 5/18/2023.

☐ ON SITE    ☐ RESIDENT    ☐ MAIN OFFICE (IF REQUIRED)

# Exhibit M

## HCV orientation email thread export

Use:
Orientation, voucher issuance, bedroom-size reversal, and
reasonable-accommodation emails.

## Exhibit M Curated Contents

Curated source path: /home/barberb/HACC/workspace/temporary-cli-session-migration/prior-research-results/full-evidence-review-run/chronology/formal_complaint_recommended_filing _packet/candidate_email_exhibits/13_Exhibit_M_Email_Thread_Export_starworks5_ktilton_ori entation_import

Included items:

README.md

representative_messages/M-3_message.eml

representative_messages/M-4_message.eml

representative_messages/M-7_message.eml

representative_messages/M-8_message.eml

representative_messages/M-9_message.eml

representative_messages/M-10_message.eml

representative_messages/M-11_message.eml

retained_attachments/M-3_Cortez-TRSW-3.18.26.pdf

retained_attachments/M-4_TRSW---JC---03.19.2026.pdf

retained_attachments/M-4_VO---JC---03.19.2026.pdf

retained_attachments/M-7_Orientation---Required-Signatures-03.19.2026.pdf

retained_attachments/M-10_output.pdf

retained_attachments/M-8_Image_260320_142045.jpeg

retained_attachments/M-8_Image_260320_142321.jpeg

retained_attachments/M-8_Image_260320_142448.jpeg

## README.md

File: README.md

# Candidate Exhibit M

Title: Email Thread Export: starworks5 ktilton orientation import
Representative saved messages copied: 9
Retained attachments copied: 14
Excluded withheld decision entries: 8
Excluded duplicate copies: 7
Excluded low-signal images: 1

This folder contains the curated materials that remain after excluding duplicate copies
already represented by retained materials and excluding low-signal generic images unless
later found substantive.

## representative_messages/M-3_message.eml

File: M-3_message.eml
From: "Tilton, Kati" <KTilton@clackamas.us>
To: benjamin barber <starworks5@gmail.com>
Cc:
Date: Wed, 18 Mar 2026 20:33:26 +0000
Subject: RE: HCV Orientation

Body:
Hello,

Please see the attached documents we will be reviewing with you/your family. A hard copy of these documents will be left at your door sometime today.

Here is the zoom link for the meeting tomorrow, March 19th at 11am:

Join Zoom Meeting
https://clackamascounty.zoom.us/j/85247243073
Meeting ID: 852 4724 3073

---

One tap mobile
+12532158782,,85247243073# US (Tacoma)
+13462487799,,85247243073# US (Houston)

---

Join by SIP
• 85247243073@zoomcrc.com<mailto:85247243073@zoomcrc.com>
Join instructions
https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxmiZ7
ApY5HB196yWe28aASeC_Da8Qb9VQfI

If you experience any technical difficulties tomorrow, please let me know by email.

Thank you,

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

**representative_messages/M-3_message.eml**

From: benjamin barber <starworks5@gmail.com>
Sent: Tuesday, March 17, 2026 5:35 PM
To: Tilton, Kati <KTilton@clackamas.us>
Subject: Re: HCV Orientation

Warning: External email. Be cautious opening attachments and links.

yeah, I'll do the zoom meeting from 11am-12pm On Tue, Mar 17, 2026 at 12:30PM Tilton, Kati <KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote: Hello, For your convenience, we would like to schedule a virtual HCV orientation with your household on Thursday, March 19th. The two time slots avai ■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■

<https://login-us.mimecast.com/u/login/?gta=apps&link=cybergraph-report/eyJhbGciOiJSU0Et
T0FFUC0yNTYiLCJlbmMiOiJBMjU2R0NNIn0.Yeu-D3Dg6A5kBfIoqdArJ86s4jPp7pqoFDtUnhy6c0-
4MQnOPB5d4G1L1IvjdirKlzzmZcWjnuYjhMNZX99jkcNGMq5quPi-cEDh1mB00gVNUZQZ5HnKnjgO3iw5Le7toGg
mydv4qj8kH2SXM_e7yUt22yeQ7u7XrPeYY5UPbpipSyaz4j3ZROHsfB8UbrurwUiaMxJ8KnwbJCU4hzzjRp9Rkqf
mPMjcu0Yvfety5N3_O28wadUIILXU14OKLlFUoC0XDC5_gdxvFD7WCB3xIub0vHgrSNlp6BlNe06N61SNslhNgy3
OjKdGHbeInvgZHbRARSW6Yv43GnJGkUN0dQ.EYpWHNSNitjlHCmW.J3xa0IGssbx4K6xHgQU7d_jZn5FKaWYuct‹
mZyRyBJ-MeEGC4evaQ3cPRb67hlF5_y2JLmIyEbCfm-yobcdPgo2epmsYO61RN81qCqmb8SHNYHx-_YHthjQLVIc
K_VK99wdNRCiLBvl8WL4y41OsGNPGxuUfBOgtK4j9plBKcoWLzPONKgtvX8NdH-j34AfaPY8L-

## representative_messages/M-3_message.eml

2d_wsBguD5NZN99X66HnIlGmFNLmcNYEuPN-4rQ2CBr0f-
CwmjPK2tvnQq4RUxpuDB1m3PUvLYiJjp2I4wylcY7mrnl-QUiq_vKh-
IXQogLxarBHJI8neWBzu-4HiwBzb_esqiEpKrE20MgDNCatGlexX6RlFQM7aEU39ghcRsmnLcb-za79ehb4WON7B
6BLC92JT4pNwGaGNNmN1V8HbOioftnMcCOCNUUIQJLsOr-p3qmxGaO.UwVK2wdhN68QRQeIZ6OdwQ>

CGBANNERINDICATOR

yeah, I'll do the zoom meeting from 11am-12pm

On Tue, Mar 17, 2026 at 12:30█PM Tilton, Kati
<KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote:
Hello,

For your convenience, we would like to schedule a virtual HCV orientation with your household on Thursday, March 19th. The two time slots available are 10am-11am or 11am-12pm. Once we know your preference for time, we will electronically send you the packet of information that we will review during the orientation, and a zoom link.

Thank you,

Kati

Kati Tilton, Operations Manager
Clackamas County Housing Authority
13930 S. Gain St.
Oregon City, OR 97045
Primary: 971-201-8582
Secondary: 503-650-3436
Office: 503-655-8267
www.clackamas.us<http://www.clackamas.us>
Clackamas County Hours of Operation:
Monday-Thursday 7am-6pm

### representative_messages/M-4_message.eml

File: M-4_message.eml
From: "Tilton, Kati" <KTilton@clackamas.us>
To: benjamin barber <starworks5@gmail.com>
Cc:
Date: Thu, 19 Mar 2026 17:27:27 +0000
Subject: RE: HCV Orientation

Body:
Good morning,

Please see the updated documents that we will be reviewing today. The subsidy worksheet
and voucher issuance for a 2bdrm was created and sent in error. The attached are for a
one-bedroom voucher that will be issued today.

Thank you,

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: Tilton, Kati
Sent: Wednesday, March 18, 2026 1:33 PM
To: 'benjamin barber' <starworks5@gmail.com>
Subject: RE: HCV Orientation

Hello,

Please see the attached documents we will be reviewing with you/your family. A hard copy
of these documents will be left at your door sometime today.

Here is the zoom link for the meeting tomorrow, March 19th at 11am:

Join Zoom Meeting
https://clackamascounty.zoom.us/j/85247243073
Meeting ID: 852 4724 3073

---
One tap mobile
+12532158782,,85247243073# US (Tacoma)

**representative_messages/M-4_message.eml**

+13462487799,,85247243073# US (Houston)

---

Join by SIP

• 85247243073@zoomcrc.com<mailto:85247243073@zoomcrc.com>

Join instructions

https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxmiZ7
ApY5HB196yWe28aASeC_Da8Qb9VQfI

If you experience any technical difficulties tomorrow, please let me know by email.

Thank you,

Kati

Kati Tilton

971-201-8582

Operations Manager, Housing Authority of Clackamas County

From: benjamin barber <starworks5@gmail.com<mailto:starworks5@gmail.com>>
Sent: Tuesday, March 17, 2026 5:35 PM
To: Tilton, Kati <KTilton@clackamas.us<mailto:KTilton@clackamas.us>>
Subject: Re: HCV Orientation

Warning: External email. Be cautious opening attachments and links.

---

---

yeah, I'll do the zoom meeting from 11am-12pm On Tue, Mar 17, 2026 at 12:30PM Tilton,
Kati <KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote: Hello, For your
convenience, we would like to schedule a virtual HCV orientation with your household on
Thursday, March 19th. The two time slots avai ■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**representative_messages/M-4_message.eml**



<https://login-us.mimecast.com/u/login/?gta=apps&link=cybergraph-report/eyJhbGciOiJSU0Et
T0FFUC0yNTYiLCJlbmMiOiJBMjU2R0NNIn0.Yeu-D3Dg6A5kBfIoqdArJ86s4jPp7pqoFDtUnhy6c0-
4MQnOPB5d4G1L1IvjdirKlzzmZcWjnuYjhMNZX99jkcNGMq5quPi-cEDh1mB00gVNUZQZ5HnKnjgO3iw5Le7toGg
mydv4qj8kH2SXM_e7yUt22yeQ7u7XrPeYY5UPbpipSyaz4j3ZROHsfB8UbrurwUiaMxJ8KnwbJCU4hzzjRp9Rkqf
mPMjcu0Yvfety5N3_O28wadUIILXU14OKLlFUoC0XDC5_gdxvFD7WCB3xIub0vHgrSNlp6BlNe06N61SNslhNgy3
OjKdGHbeInvgZHbRARSW6Yv43GnJGkUN0dQ.EYpWHNSNitjlHCmW.J3xa0IGssbx4K6xHgQU7d_jZn5FKaWYuct-
mZyRyBJ-MeEGC4evaQ3cPRb67hlF5_y2JLmIyEbCfm-yobcdPgo2epmsYO61RN81qCqmb8SHNYHx-_YHthjQLVIc
K_VK99wdNRCiLBvl8WL4y41OsGNPGxuUfBOgtK4j9plBKcoWLzPONKgtvX8NdH-j34AfaPY8L-
2d_wsBguD5NZN99X66HnIlGmFNLmcNYEuPN-4rQ2CBr0f-
CwmjPK2tvnQq4RUxpuDB1m3PUvLYiJjp2I4wylcY7mrnl-QUiq_vKh-
IXQogLxarBHJI8neWBzu-4HiwBzb_esqiEpKrE20MgDNCatGlexX6RlFQM7aEU39ghcRsmnLcb-za79ehb4WON7B
6BLC92JT4pNwGaGNNmN1V8HbOioftnMcCOCNUUIQJLsOr-p3qmxGaO.UwVK2wdhN68QRQeIZ6OdwQ>

CGBANNERINDICATOR

yeah, I'll do the zoom meeting from 11am-12pm

On Tue, Mar 17, 2026 at 12:30█PM Tilton, Kati
<KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote:
Hello,

For your convenience, we would like to schedule a virtual HCV orientation with your
household on Thursday, March 19th. The two time slots available are 10am-11am or
11am-12pm. Once we know your preference for time, we will electronically send you the
packet of information that we will review during the orientation, and a zoom link.

Thank you,

Kati

Kati Tilton, Operations Manager

**representative_messages/M-4_message.eml**

Clackamas County Housing Authority
13930 S. Gain St.
Oregon City, OR 97045
Primary: 971-201-8582
Secondary: 503-650-3436
Office: 503-655-8267
www.clackamas.us<http://www.clackamas.us>
Clackamas County Hours of Operation:
Monday-Thursday 7am-6pm

## representative_messages/M-7_message.eml

File: M-7_message.eml
From: "Tilton, Kati" <KTilton@clackamas.us>
To: benjamin barber <starworks5@gmail.com>
Cc:
Date: Thu, 19 Mar 2026 20:43:19 +0000
Subject: RE: HCV Orientation

Body:
Hello,

Thank you for attending orientation today. Please have Jane sign the attached documents and return to us. You are welcome to send these back electronically for your convenience. I will confirm when received.

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: Tilton, Kati
Sent: Thursday, March 19, 2026 10:27 AM
To: 'benjamin barber' <starworks5@gmail.com>
Subject: RE: HCV Orientation

Good morning,

Please see the updated documents that we will be reviewing today. The subsidy worksheet and voucher issuance for a 2bdrm was created and sent in error. The attached are for a one-bedroom voucher that will be issued today.

Thank you,

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: Tilton, Kati

**representative_messages/M-7_message.eml**

Sent: Wednesday, March 18, 2026 1:33 PM
To: 'benjamin barber' <starworks5@gmail.com<mailto:starworks5@gmail.com>>
Subject: RE: HCV Orientation

Hello,

Please see the attached documents we will be reviewing with you/your family. A hard copy of these documents will be left at your door sometime today.

Here is the zoom link for the meeting tomorrow, March 19th at 11am:

Join Zoom Meeting
https://clackamascounty.zoom.us/j/85247243073
Meeting ID: 852 4724 3073

---

One tap mobile
+12532158782,,85247243073# US (Tacoma)
+13462487799,,85247243073# US (Houston)

---

Join by SIP
• 85247243073@zoomcrc.com<mailto:85247243073@zoomcrc.com>
Join instructions
https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxmiZ7
ApY5HB196yWe28aASeC_Da8Qb9VQfI

If you experience any technical difficulties tomorrow, please let me know by email.

Thank you,

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: benjamin barber <starworks5@gmail.com<mailto:starworks5@gmail.com>>
Sent: Tuesday, March 17, 2026 5:35 PM
To: Tilton, Kati <KTilton@clackamas.us<mailto:KTilton@clackamas.us>>
Subject: Re: HCV Orientation

### representative_messages/M-7_message.eml

Warning: External email. Be cautious opening attachments and links.

yeah, I'll do the zoom meeting from 11am-12pm On Tue, Mar 17, 2026 at 12:30PM Tilton, Kati <KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote: Hello, For your convenience, we would like to schedule a virtual HCV orientation with your household on Thursday, March 19th. The two time slots avai



<https://login-us.mimecast.com/u/login/?gta=apps&link=cybergraph-report/eyJhbGciOiJSU0Et
T0FFUC0yNTYiLCJlbmMiOiJBMjU2R0NNIn0.Yeu-D3Dg6A5kBfIoqdArJ86s4jPp7pqoFDtUnhy6c0-
4MQnOPB5d4G1L1IvjdirKlzzmZcWjnuYjhMNZX99jkcNGMq5quPi-cEDh1mB00gVNUZQZ5HnKnjgO3iw5Le7toGg
mydv4qj8kH2SXM_e7yUt22yeQ7u7XrPeYY5UPbpipSyaz4j3ZROHsfB8UbrurwUiaMxJ8KnwbJCU4hzzjRp9Rkqf
mPMjcu0Yvfety5N3_O28wadUIILXU14OKLlFUoC0XDC5_gdxvFD7WCB3xIub0vHgrSNlp6BlNe06N61SNslhNgy3
OjKdGHbeInvgZHbRARSW6Yv43GnJGkUN0dQ.EYpWHNSNitjlHCmW.J3xa0IGssbx4K6xHgQU7d_jZn5FKaWYuct-
mZyRyBJ-MeEGC4evaQ3cPRb67hlF5_y2JLmIyEbCfm-yobcdPgo2epmsYO61RN81qCqmb8SHNYHx-_YHthjQLVIc
K_VK99wdNRCiLBvl8WL4y41OsGNPGxuUfBOgtK4j9plBKcoWLzPONKgtvX8NdH-j34AfaPY8L-
2d_wsBguD5NZN99X66HnIlGmFNLmcNYEuPN-4rQ2CBr0f-
CwmjPK2tvnQq4RUxpuDB1m3PUvLYiJjp2I4wylcY7mrnl-QUiq_vKh-
IXQogLxarBHJI8neWBzu-4HiwBzb_esqiEpKrE20MgDNCatGlexX6RlFQM7aEU39ghcRsmnLcb-za79ehb4WON7B
6BLC92JT4pNwGaGNNmN1V8HbOioftnMcCOCNUUIQJLsOr-p3qmxGaO.UwVK2wdhN68QRQeIZ6OdwQ>

## representative_messages/M-7_message.eml

CGBANNERINDICATOR

yeah, I'll do the zoom meeting from 11am-12pm

On Tue, Mar 17, 2026 at 12:30█PM Tilton, Kati
<KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote:
Hello,

For your convenience, we would like to schedule a virtual HCV orientation with your
household on Thursday, March 19th. The two time slots available are 10am-11am or
11am-12pm. Once we know your preference for time, we will electronically send you the
packet of information that we will review during the orientation, and a zoom link.

Thank you,

Kati

Kati Tilton, Operations Manager
Clackamas County Housing Authority
13930 S. Gain St.
Oregon City, OR 97045
Primary: 971-201-8582
Secondary: 503-650-3436
Office: 503-655-8267
www.clackamas.us<http://www.clackamas.us>
Clackamas County Hours of Operation:
Monday-Thursday 7am-6pm

**representative_messages/M-8_message.eml**

File: M-8_message.eml
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <KTilton@clackamas.us>
Cc:
Date: Fri, 20 Mar 2026 14:24:59 -0700
Subject: Re: HCV Orientation

Body:
As mentioned in the call I cannot release property on the premises because
much of it belongs to Julio Cortez so I cannot sign the other document you
sent here, as I would be guilty of conversion. Also attached is the
scheduled appointment to get a reasonable accommodation for a 2 bedroom unit

On Thu, Mar 19, 2026 at 1:43■PM Tilton, Kati <KTilton@clackamas.us> wrote:

> Hello,
>
>
> Thank you for attending orientation today. Please have Jane sign the
> attached documents and return to us. You are welcome to send these back
> electronically for your convenience. I will confirm when received.
>
>
> Kati
>
>
>
> Kati Tilton
>
> 971-201-8582
>
> Operations Manager, Housing Authority of Clackamas County
>
>
>
> *From:* Tilton, Kati
> *Sent:* Thursday, March 19, 2026 10:27 AM
> *To:* 'benjamin barber' <starworks5@gmail.com>
> *Subject:* RE: HCV Orientation

**representative_messages/M-8_message.eml**

>

>

>

> Good morning,

>

>

>

> Please see the updated documents that we will be reviewing today. The

> subsidy worksheet and voucher issuance for a 2bdrm was created and sent in

> error. The attached are for a one-bedroom voucher that will be issued

> today.

>

>

> Thank you,

>

>

> Kati

>

>

>

> Kati Tilton

>

> 971-201-8582

>

> Operations Manager, Housing Authority of Clackamas County

>

>

>

> *From:* Tilton, Kati

> *Sent:* Wednesday, March 18, 2026 1:33 PM

> *To:* 'benjamin barber' <starworks5@gmail.com>

> *Subject:* RE: HCV Orientation

>

>

>

> Hello,

>

>

>

### representative_messages/M-8_message.eml

> Please see the attached documents we will be reviewing with you/your
> family. A hard copy of these documents will be left at your door sometime
> today.
>
>
>
> *Here is the zoom link for the meeting tomorrow, March 19th at 11am: *
>
>
>
> Join Zoom Meeting
>
> https://clackamascounty.zoom.us/j/85247243073
>
> Meeting ID: 852 4724 3073
>
> ---
>
> One tap mobile
>
> +12532158782,,85247243073# US (Tacoma)
>
> +13462487799,,85247243073# US (Houston)
>
> ---
>
> Join by SIP
>
> • 85247243073@zoomcrc.com
>
> Join instructions
>
>
> https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxmi
Z7ApY5HB196yWe28aASeC_Da8Qb9VQfI
>
>
>
> If you experience any technical difficulties tomorrow, please let me know

**representative_messages/M-8_message.eml**

> by email.
>
>
>
> Thank you,
>
>
>
> Kati
>
>
>
> Kati Tilton
>
> 971-201-8582
>
> Operations Manager, Housing Authority of Clackamas County
>
>
>
> *From:* benjamin barber <starworks5@gmail.com>
> *Sent:* Tuesday, March 17, 2026 5:35 PM
> *To:* Tilton, Kati <KTilton@clackamas.us>
> *Subject:* Re: HCV Orientation
>
>
>
> *Warning: External email. Be cautious opening attachments and links.*
> * ------------------------------ *
>
>
> ------------------------------
>
> yeah, I'll do the zoom meeting from 11am-12pm
>
>
>
> On Tue, Mar 17, 2026 at 12:30█PM Tilton, Kati <KTilton@clackamas.us>
> wrote:

**representative_messages/M-8_message.eml**

>
> Hello,
>
>
>
> For your convenience, we would like to schedule a virtual HCV orientation
> with your household on Thursday, March 19th. The two time slots available
> are 10am-11am or 11am-12pm. Once we know your preference for time, we will
> electronically send you the packet of information that we will review
> during the orientation, and a zoom link.
>
>
>
> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?ent
ry=gmail&source=g>Thank
> you,
>
>
>
> Kati
>
>
>
> Kati Tilton, Operations Manager
>
> Clackamas County Housing Authority
>
> 13930 S. Gain St.
> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?ent
ry=gmail&source=g>
>
> Oregon City, OR 97045
> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?ent
ry=gmail&source=g>
>
> Primary: 971-201-8582
>
> Secondary: 503-650-3436
>
> Office: 503-655-8267

## representative_messages/M-8_message.eml

>

> www.clackamas.us

>

> Clackamas County Hours of Operation:

>

> Monday-Thursday 7am-6pm

>

>

>

>

## representative_messages/M-9_message.eml

File: M-9_message.eml
From: "Tilton, Kati" <KTilton@clackamas.us>
To: benjamin barber <starworks5@gmail.com>
Cc:
Date: Fri, 20 Mar 2026 22:54:20 +0000
Subject: RE: HCV Orientation

Body:
Hello,

I will send the release of claim to our property manager to see what options are available moving forward. Please have Jane sign the voucher and return to us so that we may start the port process for you. The voucher can be reissued as a two-bedroom if you are approved for a reasonable accommodation.

Thank you,

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: benjamin barber <starworks5@gmail.com>
Sent: Friday, March 20, 2026 2:25 PM
To: Tilton, Kati <KTilton@clackamas.us>
Subject: Re: HCV Orientation

Warning: External email. Be cautious opening attachments and links.

_____

_____

As mentioned in the call I cannot release property on the premises because much of it belongs to Julio Cortez so I cannot sign the other document you sent here, as I would be guilty of conversion. Also attached is the scheduled appointment to get a reasonable accommodation for a ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

**representative_messages/M-9_message.eml**



<https://login-us.mimecast.com/u/login/?gta=apps&link=cybergraph-report/eyJhbGciOiJSU0Et
T0FFUC0yNTYiLCJlbmMiOiJBMjU2R0NNIn0.PNLB1En4QfZSkVDmTZGvhgmtG1pTKE9mJ-
5C5g15XyWThtOUoqosA1lVzZggmtirka-1duXNDacYFcnt8CcfBwH0TY1SuCGTB_dAqxoJBCRL0ZoshpVA-
MGDalL6DofPXxMfwFC-EPP6RiYE3PaAmtkRtKfmasNKn09Sjgr26hWMnOBQxRTq-
rc1pnOL8k4rFhtdPsvfVDu_U2Amijt-VclqeGTxxPDO4rev7xpYRTtnYAJe9tBnF5XIJiqpqbSYuuqkYUy3VENnU
StIw3dzU_pN1dXFunknOsNmlwOhpD41iuOIuq7k5euZJF2DTq9x2s_wJE-
N41m4I4s4cagtUg.qejfw2JB6auLqDIC.cr3HVFHiT28PeVLcdF5DS18VKE_FR6GwpSK6K0gsr6HBZkWf4d4Xlvf
ucQB_SiMsRXkBIMmhyf1wVyIqvXQxDmlZB-FyVuKZ9u5IpZ8_xRj7X80CgqNtD1YEOoorC9WnJNx_q6h6ApHuJQ(
rjd-
0PSBMeexAPQzJdCJQqHPCpifdDb8SYu6o9PLGwSS_9pKt56l8ynklzsTAhurf76KPfrz9GnoMdjI3NAVSdgGF7IF
H0EluHJ5fG4ddkMQEgQwr8MYuOFLzv0VKpH0z-PM2ZpSo3Yjw9xXdEwCFYQAt9hhfHZd-XwO1Wblo3gdvabTxEJ
SLbPoCBKXjM3NAJYL2QY8sbaLbONGJ-0iKfNejx7BV6iqRCN20cHcFCLN9axyGvFjzL3iwi342QrWx1-
6RP43bIjUsZ-1ZeFFla-6FnoeZfQMNOvP6n0A.JQptqwTMkbAqr0cokxkdlQ>

CGBANNERINDICATOR

[cid:image001.jpg@01DCB87E.98707850]
[cid:image002.jpg@01DCB87E.98707850]

[cid:image003.jpg@01DCB87E.98707850]

As mentioned in the call I cannot release property on the premises because much of it belongs to Julio Cortez so I cannot sign the other document you sent here, as I would be guilty of conversion. Also attached is the scheduled appointment to get a reasonable accommodation for a 2 bedroom unit

**representative_messages/M-9_message.eml**

On Thu, Mar 19, 2026 at 1:43∎PM Tilton, Kati
<KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote:
Hello,

Thank you for attending orientation today. Please have Jane sign the attached documents and return to us. You are welcome to send these back electronically for your convenience. I will confirm when received.

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: Tilton, Kati
Sent: Thursday, March 19, 2026 10:27 AM
To: 'benjamin barber' <starworks5@gmail.com<mailto:starworks5@gmail.com>>
Subject: RE: HCV Orientation

Good morning,

Please see the updated documents that we will be reviewing today. The subsidy worksheet and voucher issuance for a 2bdrm was created and sent in error. The attached are for a one-bedroom voucher that will be issued today.

Thank you,

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: Tilton, Kati
Sent: Wednesday, March 18, 2026 1:33 PM
To: 'benjamin barber' <starworks5@gmail.com<mailto:starworks5@gmail.com>>
Subject: RE: HCV Orientation

Hello,

## representative_messages/M-9_message.eml

Please see the attached documents we will be reviewing with you/your family. A hard copy of these documents will be left at your door sometime today.

Here is the zoom link for the meeting tomorrow, March 19th at 11am:

Join Zoom Meeting

https://clackamascounty.zoom.us/j/85247243073<https://clackamascounty.zoom.us/j/85247243073>

Meeting ID: 852 4724 3073

---

One tap mobile

+12532158782,,85247243073# US (Tacoma)

+13462487799,,85247243073# US (Houston)

---

Join by SIP

• 85247243073@zoomcrc.com<mailto:85247243073@zoomcrc.com>

Join instructions

https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxmiZ7ApY5HB196yWe28aASeC_Da8Qb9VQfI<https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxmiZ7ApY5HB196yWe28aASeC_Da8Qb9VQfI>

If you experience any technical difficulties tomorrow, please let me know by email.

Thank you,

Kati

Kati Tilton
971-201-8582
Operations Manager, Housing Authority of Clackamas County

From: benjamin barber <starworks5@gmail.com<mailto:starworks5@gmail.com>>
Sent: Tuesday, March 17, 2026 5:35 PM
To: Tilton, Kati <KTilton@clackamas.us<mailto:KTilton@clackamas.us>>
Subject: Re: HCV Orientation

Warning: External email. Be cautious opening attachments and links.

———————————————————

———————————————————

**representative_messages/M-9_message.eml**

yeah, I'll do the zoom meeting from 11am-12pm

On Tue, Mar 17, 2026 at 12:30█PM Tilton, Kati
<KTilton@clackamas.us<mailto:KTilton@clackamas.us>> wrote:
Hello,

For your convenience, we would like to schedule a virtual HCV orientation with your
household on Thursday, March 19th. The two time slots available are 10am-11am or
11am-12pm. Once we know your preference for time, we will electronically send you the
packet of information that we will review during the orientation, and a zoom link.

Thank you,

Kati

Kati Tilton, Operations Manager

Clackamas County Housing Authority

13930 S. Gain St.<https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+Cit
y,+OR+97045?entry=gmail&source=g>

Oregon City, OR 97045<https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon
+City,+OR+97045?entry=gmail&source=g>

Primary: 971-201-8582

Secondary: 503-650-3436

Office: 503-655-8267

www.clackamas.us<http://www.clackamas.us>

Clackamas County Hours of Operation:

Monday-Thursday 7am-6pm

**representative_messages/M-10_message.eml**

File: M-10_message.eml
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <KTilton@clackamas.us>
Cc:
Date: Fri, 20 Mar 2026 16:02:01 -0700
Subject: Re: HCV Orientation

Body:
https://www.oregon.gov/odhs/providers-partners/community-services-supports/Documents/fcsp-standards.pdf

Caregiver application form.

On Fri, Mar 20, 2026 at 2:24■PM benjamin barber <starworks5@gmail.com>
wrote:

>
>
>
> As mentioned in the call I cannot release property on the premises because
> much of it belongs to Julio Cortez so I cannot sign the other document you
> sent here, as I would be guilty of conversion. Also attached is the
> scheduled appointment to get a reasonable accommodation for a 2 bedroom unit
>
> On Thu, Mar 19, 2026 at 1:43■PM Tilton, Kati <KTilton@clackamas.us> wrote:
>
>> Hello,
>>
>>
>> Thank you for attending orientation today. Please have Jane sign the
>> attached documents and return to us. You are welcome to send these back
>> electronically for your convenience. I will confirm when received.
>>
>>
>> Kati
>>
>>
>> Kati Tilton

**representative_messages/M-10_message.eml**

>>

>> 971-201-8582

>>

>> Operations Manager, Housing Authority of Clackamas County

>>

>>

>>

>> *From:* Tilton, Kati

>> *Sent:* Thursday, March 19, 2026 10:27 AM

>> *To:* 'benjamin barber' <starworks5@gmail.com>

>> *Subject:* RE: HCV Orientation

>>

>>

>>

>> Good morning,

>>

>>

>>

>> Please see the updated documents that we will be reviewing today. The

>> subsidy worksheet and voucher issuance for a 2bdrm was created and sent in

>> error. The attached are for a one-bedroom voucher that will be issued

>> today.

>>

>>

>> Thank you,

>>

>>

>> Kati

>>

>>

>>

>> Kati Tilton

>>

>> 971-201-8582

>>

>> Operations Manager, Housing Authority of Clackamas County

>>

>>

>>

**representative_messages/M-10_message.eml**

>> *From:* Tilton, Kati

>> *Sent:* Wednesday, March 18, 2026 1:33 PM

>> *To:* 'benjamin barber' <starworks5@gmail.com>

>> *Subject:* RE: HCV Orientation

>>

>>

>>

>> Hello,

>>

>>

>>

>> Please see the attached documents we will be reviewing with you/your

>> family. A hard copy of these documents will be left at your door sometime

>> today.

>>

>>

>>

>> *Here is the zoom link for the meeting tomorrow, March 19th at 11am: *

>>

>>

>>

>> Join Zoom Meeting

>>

>> https://clackamascounty.zoom.us/j/85247243073

>>

>> Meeting ID: 852 4724 3073

>>

>> ---

>>

>> One tap mobile

>>

>> +12532158782,,85247243073# US (Tacoma)

>>

>> +13462487799,,85247243073# US (Houston)

>>

>> ---

>>

>> Join by SIP

>>

**representative_messages/M-10_message.eml**

>> • 85247243073@zoomcrc.com

>>

>> Join instructions

>>

>>

>> https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxm
iZ7ApY5HB196yWe28aASeC_Da8Qb9VQfI

>>

>>

>>

>> If you experience any technical difficulties tomorrow, please let me know
>> by email.

>>

>>

>>

>> Thank you,

>>

>>

>>

>> Kati

>>

>>

>>

>> Kati Tilton

>>

>> 971-201-8582

>>

>> Operations Manager, Housing Authority of Clackamas County

>>

>>

>>

>> *From:* benjamin barber <starworks5@gmail.com>

>> *Sent:* Tuesday, March 17, 2026 5:35 PM

>> *To:* Tilton, Kati <KTilton@clackamas.us>

>> *Subject:* Re: HCV Orientation

>>

>>

>>

>> *Warning: External email. Be cautious opening attachments and links.*

**representative_messages/M-10_message.eml**

>> * ---------------------------- *

>>

>>

>> ----------------------------

>>

>> yeah, I'll do the zoom meeting from 11am-12pm

>>

>>

>>

>> On Tue, Mar 17, 2026 at 12:30█PM Tilton, Kati <KTilton@clackamas.us>

>> wrote:

>>

>> Hello,

>>

>>

>>

>> For your convenience, we would like to schedule a virtual HCV orientation

>> with your household on Thursday, March 19th. The two time slots

>> available are 10am-11am or 11am-12pm. Once we know your preference for

>> time, we will electronically send you the packet of information that we

>> will review during the orientation, and a zoom link.

>>

>>

>>

>> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?entry=gmail&source=g>Thank

>> you,

>>

>>

>>

>> Kati

>>

>>

>>

>> Kati Tilton, Operations Manager

>>

>> Clackamas County Housing Authority

>>

>> 13930 S. Gain St.

**representative_messages/M-10_message.eml**

>> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?entry=gmail&source=g>

>>

>> Oregon City, OR 97045

>> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?entry=gmail&source=g>

>>

>> Primary: 971-201-8582

>>

>> Secondary: 503-650-3436

>>

>> Office: 503-655-8267

>>

>> www.clackamas.us

>>

>> Clackamas County Hours of Operation:

>>

>> Monday-Thursday 7am-6pm

>>

>>

>>

>>

**representative_messages/M-11_message.eml**

File: M-11_message.eml
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <KTilton@clackamas.us>
Cc:
Date: Fri, 20 Mar 2026 16:09:59 -0700
Subject: Re: HCV Orientation


Body:
On Fri, Mar 20, 2026 at 3:55█PM Tilton, Kati <KTilton@clackamas.us> wrote:

> Hello,
>
>
>
> I will send the release of claim to our property manager to see what
> options are available moving forward. Please have Jane sign the voucher and
> return to us so that we may start the port process for you. The voucher can
> be reissued as a two-bedroom if you are approved for a reasonable
> accommodation.
>
>
>
> Thank you,
>
> Kati
>
>
>
> Kati Tilton
>
> 971-201-8582
>
> Operations Manager, Housing Authority of Clackamas County
>
>
>
> *From:* benjamin barber <starworks5@gmail.com>
> *Sent:* Friday, March 20, 2026 2:25 PM
> *To:* Tilton, Kati <KTilton@clackamas.us>

### representative_messages/M-11_message.eml

> *Subject:* Re: HCV Orientation
>
>
>
> *Warning: External email. Be cautious opening attachments and links.*
> * ---------------------------- *
>
>
> ---------------------------
>
>
>
>
>
>
>
> As mentioned in the call I cannot release property on the premises because
> much of it belongs to Julio Cortez so I cannot sign the other document you
> sent here, as I would be guilty of conversion. Also attached is the
> scheduled appointment to get a reasonable accommodation for a 2 bedroom unit
>
>
>
> On Thu, Mar 19, 2026 at 1:43█PM Tilton, Kati <KTilton@clackamas.us> wrote:
>
> Hello,
>
>
> Thank you for attending orientation today. Please have Jane sign the
> attached documents and return to us. You are welcome to send these back
> electronically for your convenience. I will confirm when received.
>
>
> Kati
>
>
>
> Kati Tilton
>

**representative_messages/M-11_message.eml**

> 971-201-8582
>
> Operations Manager, Housing Authority of Clackamas County
>
>
>
> *From:* Tilton, Kati
> *Sent:* Thursday, March 19, 2026 10:27 AM
> *To:* 'benjamin barber' <starworks5@gmail.com>
> *Subject:* RE: HCV Orientation
>
>
>
> Good morning,
>
>
>
> Please see the updated documents that we will be reviewing today. The
> subsidy worksheet and voucher issuance for a 2bdrm was created and sent in
> error. The attached are for a one-bedroom voucher that will be issued
> today.
>
>
> Thank you,
>
>
> Kati
>
>
>
> Kati Tilton
>
> 971-201-8582
>
> Operations Manager, Housing Authority of Clackamas County
>
>
>
> *From:* Tilton, Kati

**representative_messages/M-11_message.eml**

> *Sent:* Wednesday, March 18, 2026 1:33 PM

> *To:* 'benjamin barber' <starworks5@gmail.com>

> *Subject:* RE: HCV Orientation

>

>

>

> Hello,

>

>

>

> Please see the attached documents we will be reviewing with you/your

> family. A hard copy of these documents will be left at your door sometime

> today.

>

>

>

> *Here is the zoom link for the meeting tomorrow, March 19th at 11am: *

>

>

>

> Join Zoom Meeting

>

> https://clackamascounty.zoom.us/j/85247243073

>

> Meeting ID: 852 4724 3073

>

> ---

>

> One tap mobile

>

> +12532158782,,85247243073# US (Tacoma)

>

> +13462487799,,85247243073# US (Houston)

>

> ---

>

> Join by SIP

>

> • 85247243073@zoomcrc.com

**representative_messages/M-11_message.eml**

>
> Join instructions
>
>
> https://clackamascounty.zoom.us/meetings/85247243073/invitations?signature=EFFrt1huxmi
Z7ApY5HB196yWe28aASeC_Da8Qb9VQfI
>
>
>
> If you experience any technical difficulties tomorrow, please let me know
> by email.
>
>
>
> Thank you,
>
>
>
> Kati
>
>
>
> Kati Tilton
>
> 971-201-8582
>
> Operations Manager, Housing Authority of Clackamas County
>
>
>
> *From:* benjamin barber <starworks5@gmail.com>
> *Sent:* Tuesday, March 17, 2026 5:35 PM
> *To:* Tilton, Kati <KTilton@clackamas.us>
> *Subject:* Re: HCV Orientation
>
>
>
> *Warning: External email. Be cautious opening attachments and links.*
> * --------------------------- *

**representative_messages/M-11_message.eml**

> 
> 
> ----------------------------
> 
> yeah, I'll do the zoom meeting from 11am-12pm
> 
> 
> 
> On Tue, Mar 17, 2026 at 12:30■PM Tilton, Kati <KTilton@clackamas.us>
> wrote:
> 
> Hello,
> 
> 
> 
> For your convenience, we would like to schedule a virtual HCV orientation
> with your household on Thursday, March 19th. The two time slots available
> are 10am-11am or 11am-12pm. Once we know your preference for time, we will
> electronically send you the packet of information that we will review
> during the orientation, and a zoom link.
> 
> 
> 
> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?entry=gmail&source=g>Thank
> you,
> 
> 
> 
> Kati
> 
> 
> 
> Kati Tilton, Operations Manager
> 
> Clackamas County Housing Authority
> 
> 13930 S. Gain St.
> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?ent

## representative_messages/M-11_message.eml

ry=gmail&source=g>

>

> Oregon City, OR 97045

> <https://www.google.com/maps/search/13930+S.+Gain+St.+%0D%0A+Oregon+City,+OR+97045?ent
ry=gmail&source=g>

>

> Primary: 971-201-8582

>

> Secondary: 503-650-3436

>

> Office: 503-655-8267

>

> www.clackamas.us

>

> Clackamas County Hours of Operation:

>

> Monday-Thursday 7am-6pm

>

>

>

>

 

**Housing Authority of Clackamas County**

3/18/2026

NAME: Jane Cortez
Address: 10043 SE 32nd Avenue, Milwaukie OR 97222

RE: Maximum Rent Estimate

Dear Voucher Participant,

In order to help you in your search for a place to live, we are providing the following information:
**Your Family qualifies for a 2bd Voucher Size. The maximum rent for a unit for your family is impacted by the bedroom size and by the type of utilities assigned to the unit and who is responsible for paying for the utilities.**

The following estimations are based on your family Voucher Size and Clackamas County's Payment Standard. **These estimations do not account for the Higher Zip Code Areas.** These amounts were calculated per the income and family composition you provided us during the intake process. If this information has changed, please contact us.

| Estimates are based on Tenant paying all the Utilities for an Electric unit (Electricity, water, sewer, and garbage) | Estimated Maximum Rents Allowed |
|---|---|
| Using 30% of your Adjusted Monthly Income | $1,691 |
| Using 40% of your Adjusted Monthly Income | $1,883 |

If you find a unit that is smaller than your voucher size, please contact your voucher specialist to provide you with an updated maximum rent. Your maximum rent will decrease if you rent a unit smaller than your voucher size.

HACC will provide an updated estimate once you submit a Request for Tenancy Approval (RFTA) based on the contract rent and utility information provided by the landlord.

If you have any questions or anyone in your family is a person with disabilities, and you require a specific accommodation in order to fully utilize our programs and services, please contact the housing authority at (503) 655-8267.

Sincerely,

HACC Eligibility Team

**NOTICE!   AVISO!   ИЗВЕЩЕНИЕ!**

**This correspondence contains very important information about your housing! If you need help understanding what this letter says, please contact us.**

**¡Esta correspondencia contiene información muy importante acerca de su vivienda! Si usted necesita asistencia, por favor comunicarse con nosotros al 503-655-8267**

**Это извещение содержит очень важную информацию о вашем жилье! Если Вам нужна помощь, пожалуйста срочно свяжитесь с нами 503-655-8267.**

# Housing Authority of Clackamas County (HACC)
## Tenant Rent and Subsidy Worksheet (TRSW)

Name: Jane Cortez　　　　　　　　　　　　　　　　Date 3/18/2026

| TENANT INCOME CALCULATION | |
|---|---|
| Monthly Adjusted Income: | $1,918 |
| 30% of Monthly Adjusted Income: | $575 |
| 40% of Monthly Adjusted Income: | $767 |

### ESTIMATED MAXIMUM CONTRACT RENTS

**Using 30% of Adjusted Monthly Income**

| | | |
|---|---|---|
| 1. Voucher Payment Standard | 2bd-Regular | $1,923 |
| | | minus |
| 2. Utility Allowance | 2bd | $232 |
| | | equals |
| 3. Estimated Max Contract Rent Allowed | | $1,691 |

**Using 40% of Adjusted Monthly Income**

| | |
|---|---|
| 1. Max Rent Burden Allowed | $2,115 |
| | minus |
| 2. Utility Allowance | $232 |
| | equals |
| 3. Estimated Max Contract Rent Allowed | $1,883 |

### ESTIMATED HOUSING ASSISTANCE PAYMENT (HAP)

| | |
|---|---|
| A. Payment Standard | $1,923 |
| | minus |
| B. 30% of Monthly Adjusted Income | $575 |
| | equals |
| C. HACC Estimated HAP Portion | 1,348 |

### MAX RENT BURDEN CALCULATION

| | |
|---|---|
| D. HACC Estimated HAP Portion | $1,348 |
| | plus |
| E. 40% of Monthly Adjusted Income | $767 |
| | equals |
| F. Max Rent Burden Allowed | $2,115 |

### ESTIMATED TENANT PORTION OF RENT

Your rent would be the greater of line L or line O

| | |
|---|---|
| J. Contract rent asked for (may not exceed line I) | |
| | minus |
| K. Estimated Housing Authority Voucher subsidy (line C) | $　　　1,348.00 |
| | equals |
| L. Estimated tenant rent to owner<br>　　OR | |
| M. 30% of monthly adjusted income (line B) | $575 |
| | minus |
| N. Utility allowance for the rental unit (use the worksheet) | $232.00 |
| | equals |
| O. Estimated rent to owner | |

# Housing Authority of Clackamas County (HACC)
## Tenant Rent and Subsidy Worksheet (TRSW)
### High Rent Payment Standards (97034, 97035, 97068, 97086, and 97070)

Name: Jane Cortez                                                    Date 3/18/2026

| TENANT INCOME CALCULATION | |
|---|---|
| Monthly Adjusted Income: | $1,918 |
| 30% of Monthly Adjusted Income: | $575 |
| 40% of Monthly Adjusted Income: | $767 |

### ESTIMATED MAXIMUM CONTRACT RENTS

**Using 30% of Adjusted Monthly Income**

| | | |
|---|---|---|
| 1. Voucher Payment Standard | 2bd-HighZip | $1,984 |
| | | minus |
| 2. Utility Allowance | 2bd | $232 |
| | | equals |
| 3. Estimated Max Contract Rent Allowed | | $1,752 |

**Using 40% of Adjusted Monthly Income**

| | |
|---|---|
| 1. Max Rent Burden Allowed | $2,176 |
| | minus |
| 2. Utility Allowance | $232 |
| | equals |
| 3. Estimated Max Contract Rent Allowed | $1,944 |

### ESTIMATED HOUSING ASSISTANCE PAYMENT (HAP)

| | |
|---|---|
| A. Payment Standard | $1,984 |
| | minus |
| B. 30% of Monthly Adjusted Income | $575 |
| | equals |
| C. HACC Estimated HAP Portion | 1,409 |

### MAX RENT BURDEN CALCULATION

| | |
|---|---|
| D. HACC Estimated HAP Portion | $1,409 |
| | plus |
| E. 40% of Monthly Adjusted Income | $767 |
| | equals |
| F. Max Rent Burden Allowed | $2,176 |

### ESTIMATED TENANT PORTION OF RENT

Your rent would be the greater of line L or line O

| | | |
|---|---|---|
| J. Contract rent asked for (may not exceed line I) | | |
| | minus | |
| K. Estimated Housing Authority Voucher subsidy (line C) | $ | 2,377.00 |
| | equals | |
| L. Estimated tenant rent to owner OR | | |
| M. 30% of monthly adjusted income (line B) | | $575 |
| | minus | |
| N. Utility allowance for the rental unit (use the worksheet) | | $232.00 |
| | equals | |
| O. Estimated rent to owner | | |

# Housing Authority of Clackamas County (HACC)
## Tenant Rent and Subsidy Worksheet (TRSW)

Name: Jane Cortez                                                    Date 3/19/2026

| TENANT INCOME CALCULATION | |
|---|---|
| Monthly Adjusted Income: | $1,918 |
| 30% of Monthly Adjusted Income: | $575 |
| 40% of Monthly Adjusted Income: | $767 |

### ESTIMATED MAXIMUM CONTRACT RENTS

#### Using 30% of Adjusted Monthly Income

| | | |
|---|---|---|
| 1. Voucher Payment Standard | 1bd-Regular | $1,688 |
| | | minus |
| 2. Utility Allowance | 1bd | $203 |
| | | equals |
| 3. Estimated Max Contract Rent Allowed | | $1,485 |

#### Using 40% of Adjusted Monthly Income

| | |
|---|---|
| 1. Max Rent Burden Allowed | $1,880 |
| | minus |
| 2. Utility Allowance | $203 |
| | equals |
| 3. Estimated Max Contract Rent Allowed | $1,677 |

### ESTIMATED HOUSING ASSISTANCE PAYMENT (HAP)

| | |
|---|---|
| A. Payment Standard | $1,688 |
| | minus |
| B. 30% of Monthly Adjusted Income | $575 |
| | equals |
| C. HACC Estimated HAP Portion | 1,113 |

### MAX RENT BURDEN CALCULATION

| | |
|---|---|
| D. HACC Estimated HAP Portion | $1,113 |
| | plus |
| E. 40% of Monthly Adjusted Income | $767 |
| | equals |
| F. Max Rent Burden Allowed | $1,880 |

### ESTIMATED TENANT PORTION OF RENT

Your rent would be the greater of line L or line O

| | |
|---|---|
| J. Contract rent asked for (may not exceed line I) | |
| | minus |
| K. Estimated Housing Authority Voucher subsidy (line C) | $ 1,113.00 |
| | equals |
| L. Estimated tenant rent to owner OR | |
| M. 30% of monthly adjusted income (line B) | $575 |
| | minus |
| N. Utility allowance for the rental unit (use the worksheet) | $203.00 |
| | equals |
| O. Estimated rent to owner | |

# Housing Authority of Clackamas County (HACC)
## Tenant Rent and Subsidy Worksheet (TRSW)
### High Rent Payment Standards (97034, 97035, 97068, 97086, and 97070)

Name: Jane Cortez                                      Date 3/19/2026

### TENANT INCOME CALCULATION

| | |
|---|---|
| Monthly Adjusted Income: | $1,918 |
| 30% of Monthly Adjusted Income: | $575 |
| 40% of Monthly Adjusted Income: | $767 |

### ESTIMATED MAXIMUM CONTRACT RENTS

#### Using 30% of Adjusted Monthly Income

| | | |
|---|---|---|
| 1. Voucher Payment Standard | 1bd-HighZip | $1,741 |
| | | minus |
| 2. Utility Allowance | 1bd | $203 |
| | | equals |
| 3. Estimated Max Contract Rent Allowed | | $1,538 |

#### Using 40% of Adjusted Monthly Income

| | |
|---|---|
| 1. Max Rent Burden Allowed | $1,933 |
| | minus |
| 2. Utility Allowance | $203 |
| | equals |
| 3. Estimated Max Contract Rent Allowed | $1,730 |

### ESTIMATED HOUSING ASSISTANCE PAYMENT (HAP)

| | |
|---|---|
| A. Payment Standard | $1,741 |
| | minus |
| B. 30% of Monthly Adjusted Income | $575 |
| | equals |
| C. HACC Estimated HAP Portion | 1,166 |

### MAX RENT BURDEN CALCULATION

| | |
|---|---|
| D. HACC Estimated HAP Portion | $1,166 |
| | plus |
| E. 40% of Monthly Adjusted Income | $767 |
| | equals |
| F. Max Rent Burden Allowed | $1,933 |

### ESTIMATED TENANT PORTION OF RENT

Your rent would be the greater of line L or line O

| | | |
|---|---|---|
| J. Contract rent asked for (may not exceed line I) | | |
| | minus | |
| K. Estimated Housing Authority Voucher subsidy (line C) | $ | 2,377.00 |
| | equals | |
| L. Estimated tenant rent to owner OR | | |
| M. 30% of monthly adjusted income (line B) | | $575 |
| | minus | |
| N. Utility allowance for the rental unit (use the worksheet) | | $203.00 |
| | equals | |
| O. Estimated rent to owner | | |

**1. Housing Choice Voucher Program**

A.  The public housing agency (PHA) has determined that the above named family (item 5) is eligible to participate in the housing choice voucher program. Under this program, the family chooses a decent, safe and sanitary unit to live in. If the owner agrees to lease the unit to the family under the housing choice voucher program, and if the PHA approves the unit, the PHA will enter into a housing assistance payments (HAP) contract with the owner to make monthly payments to the owner to help the family pay the rent.

B.  The PHA determines the amount of the monthly housing assistance payment to be paid to the owner. Generally, the monthly housing assistance payment by the PHA is the difference between the applicable payment standard and 30 percent of monthly adjusted family income. In determine the maximum initial housing assistance payment for the family, the PHA will use the payment standard in effect on the date the tenancy is approved by the PHA. The family may choose to rent a unit for more than the payment standard, but this choice does not change the amount of the PHA's assistance payment. The actual amount of the PHA's assistance payment will be determined using the gross rent for the unit selected by the family.

**2. Voucher**

A.  When issuing this voucher the PHA expects that if the family finds an approval unit, the PHA will have the money available to enter into a HAP contract with the owner. However, the PHA is under no obligation to the family, to any owner, or to any other person, to approve a tenancy. The PHA does not have any liability to any party by the issuance of this voucher.

B.  The voucher does not give the family any right to participate in the PHA's housing choice voucher program. The family becomes participant in the PHA's housing choice voucher program when the HAP contract between the PHA and the owner takes effect.

C.  During the initial or any extended term of this voucher, the PHA may require the family to report progress in leasing a unit at such intervals and times as determined by the PHA.

**3. PHA Approval or Disapproval of Unit or Lease**

A.  When the family finds a suitable unit where the owner is willing to participate in the program, the family must give the PHA the request for tenancy approval (of the form supplied by the PHA), signed by the owner and the family, and a copy of the lease, including the HUD-prescribed tenancy addendum. **Note: Both documents must be given to the PHA no later than the expiration date stated in item 3 or 4 on top of page one of this voucher.**

B.  The family must submit these documents in the manner that is required by the PHA. PHA policy may prohibit the family from submitting more than one request for tenancy approval at a time.

C.  The lease must include, word-for-word, all provisions of the tenancy addendum required by HUD and supplied by the PHA. This is done by adding the HUD tenancy addendum to the lease used by the owner. If there is a difference between any provisions of the HUD tenancy addendum and any provisions of the owner's lease, the provision of the HUD tenancy addendum shall control.

D.  After receiving the request for tenancy approval and a copy of the lease, the PHA will inspect the unit. The PHA may not give approval for the family to lease the unit or execute the HAP contract until the PHA has determined that all the following program requirements are met: the unit is eligible; the unit has been inspected by the PHA and passes the housing quality standards (HQS); the rent is reasonable; and the landlord and tenant have executed the lease including the HUD-prescribed tenancy addendum.

E.  If the PHA approves the unit, the PHA will notify the family and the owner, and will furnish two copies of the HAP contract to the owner.
  1.  The owner and the family must execute the lease.
  2.  The owner must sign both copies of the HAP contract and must furnish to the PHA a copy of the executed lease and both copies of the executed HAP contract.
  3.  The PHA will execute the HAP contract and return an executed copy to the owner.

F.  If the PHA determined that the unit or lease cannot be approved for any reason, the PHA will notify the owner and the family that:
  1.  The proposed unit or lease is disapproved for specified reasons, and
  2.  If the conditions requiring disapproval are remedied to the satisfaction of the PHA on or before the date specified by the PHA, the unit or lease will be approved.

**4. Obligations of the Family**

A.  When the family's unit is approved and the HAP contract is executed, the family must follow the rules listed below in order to continue participating in the housing choice voucher program.

B.  The family must:
  1.  Supply any information that the PHA or HUD determined to be necessary including evidence of citizenship or eligible immigration status, and information for use in a regularly schedule reexamination or interim reexamination of family income and composition.

    2. Disclose and verify social security numbers and sign and submit consent forms for obtaining information.
    3. Supply any information requested by the PHA to verify that the family is living in the unit or information related to family absence from the unit.
    4. Promptly notify the PHA in writing when the family is away from the unit for an extended period of time in accordance with PHA policies.
    5. Allow the PHA to inspect the unit at reasonable times and after reasonable notice.
    6. Notify the PHA and the owner in writing before moving out of the unit or terminating the lease.
    7. Use the assisted unit for residence by the family. The unit must be the family's only residence.
    8. Promptly notify the PHA in writing of the birth, adopting, or court-awarded custody of a child.
    9. Request PHA written approval to add any other family member as an occupant of the unit.
    10. Promptly notify the PHA in writing if any family member no longer lives in the unit. Give the PHA a copy of any owner eviction notice.
    11. Pay utility bills and provide and maintain any appliances that the owner is not required to provide under the lease.
C. Any information the family supplies must be true and complete.
D. The family (including each family member) must not:
    1. Own or have any interest in the unit (other than in a cooperative, or the owner of a manufactured home leasing a manufactured home space).
    2. Commit any serious or repeated violation of the lease.
    3. Commit fraud, bribery or any other corrupt or criminal act in connection with the program.
    4. Engage in drug-related criminal activity or violent criminal activity or other criminal activity that threatens the health, safety or right to peaceful enjoyment of other residents and persons residing in the immediate vicinity of the premises.
    5. Sublease or let the unit or assign the lease or transfer the unit.
    6. Receive housing choice voucher program housing assistance while receiving another housing subsidy, for the same unit or a different unit under any other Federal, State, or local housing assistance program.
    7. Damage the unit or premises (other than damage from ordinary wear and tear) or permit any guest to damage the unit or premises.
    8. Receive housing choice voucher program housing assistance while residing in a unit owned by a parent, child, grandparent, grandchild, sister, or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving rental of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.
    9. Engage in abuse of alcohol in a way that threatens the health, safety or right to peaceful enjoyment of the other residents and persons residing in the immediate vicinity of the premises.

## 5. Illegal Discrimination

If the family has reason to believe that, in its search for suitable housing, it has been discriminated against on the basis of age, race, color, religion, sex (including sexual orientation and gender identity), disability, national origin, or familial status, the family may file a housing discrimination complaint with any HUD Field Office in person, by mail, or by telephone. The PHA will give the family information on how to fill out and file a complaint.

## 6. Expiration and Extension of Voucher

The voucher will expire on the date stated in item 3 on the top of page one of the voucher unless the family requests an extension in writing and the PHA grants a written extension of the voucher in which case the voucher will expire on the date stated in item 4. At its discretion, the PHA may grant a family's request for one or more extensions of the initial term.

If the family needs and requests an extension of the initial voucher term as a reasonable accommodation, in accordance with part 8 of this title, to make the program accessible to a family member who is a person with disabilities, the PHA must extend the voucher term up to the term reasonably required for that purpose.

form **HUD-52646** (04/2023)



**Shannon Callahan, *Executive Director***
**Housing Authority of**
**Clackamas County**



EQUAL HOUSING
OPPORTUNITY

## RELEASE OF CLAIM TO PERSONAL PROPERTY

To: The Housing Authority of Clackamas County (HACC)

I hereby release all claims to the personal property located at (enter HACC address):

_____.

All property left behind at this address may be disposed of by Clackamas County Housing Authority (HACC) Maintenance Department by any means they see fit without compliance with any abandoned property procedures. Resident(s) agrees to release and satisfies all claims of whatever kind or nature, whether now known or unknown, Resident(s) and all minor occupants of the household have or may have against Owner/Agent, and its agents, employees, representatives, insurers, successors and assignees out of or related to the tenancy and/or the condition of the premises.

**Please note:** Charges may apply for the removal of, and disposal of personal property left on the premises (exterior and interior) of the address listed above.

_____          _____
HOH Signature                                           HOH Print Name


_____          _____
Cell Phone Number                                     Date

| FOR OFFICE USE ONLY | | |
|---|---|---|
| Keys Returned to HACC Date: | | (ROC Effective Date) |
| Abandoned Items Present on Premises: | YES or NO | |
| Disposal Fee:          T/C or N/C | Labor Cost: | T/C or N/C |



**Housing Authority of Clackamas County**



<div style="border:1px solid black">

# RECEIPT

</div>

I have received a copy of the brochure entitled "Protect Your Family from Lead in Your Home" dated March 2021.

_____                          _____
Signature                                           Date


_____
Print Name

# Voucher

**Housing Choice Voucher Program**

**U.S. Department of Housing
and Urban Development**

OMB No. 2577-0169
(exp. 04/30/2026)

**Office of Public and Indian Housing**

**OMB Burden Statement:** The public reporting burden for this information collection is estimated to be up to 0.05 hours, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This collection of information is required for participation in the housing choice voucher program. Assurances of confidentiality are not provided under this collection. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions to reduce this burden, to the Office of Public and Indian Housing, US. Department of Housing and Urban Development, Washington, DC 20410. HUD may not conduct and sponsor, and a person is not required to respond to, a collection of information unless the collection displays a valid control number.

**Privacy Act Statement.** The Department of Housing and Urban Development (HUD) is authorized to collect the information on this form by 24 CFR § 982.302. The information is used to authorize a family to look for an eligible unit and specifies the size of the unit. The information also sets forth the family's obligations under the Housing Choice Voucher Program. The Personally Identifiable Information (PII) data collected on this form are not stored or retrieved within a system of record.

| Please read **entire** document before completing form. Fill in all blanks below. Type or print clearly. | Voucher Number |
| --- | --- |
| | t0021264 |
| 1. Insert **unit size** in number of bedrooms. (This is the number of bedrooms for which the Family qualifies, and is used in determining the amount of assistance to be paid on behalf of the Family to the owner.) | 1.  Unit Size<br><br>1 |
| 2. **Date Voucher Issued (mm/dd/yyyy)** Insert actual date the Voucher is issued to the Family. | 2.  Issue Date (mm/dd/yyyy)<br><br>03/19/2026 |
| 3. **Date Voucher Expires (mm/dd/yyyy)** must be at least sixty days after date Voucher is issued. (See Section 6 of this form.) | 3. Expiration Date   (mm/dd/yyyy)<br><br>07/17/2026 |
| 4. **Date Extension Expires** (if applicable)(mm/dd/yyyy) (See Section 6. of this form) | 4. Date Extension Expires (mm/dd/yyyy) |

| 5.Name of Family Representative<br><br>Jane Cortez | 6.  Signature of Family Representative | Date Signed (mm/dd/yyyy) |
| --- | --- | --- |

| 7.Name of Public Housing Agency (PHA)<br><br>Housing Authority of Clackamas County | | |
| --- | --- | --- |

| 8.Name and Title of PHA Official<br><br>Ashley Ferron, PPRA Sr. | 9.  Signature of PHA Official | Date Signed (mm/dd/yyyy) |
| --- | --- | --- |

form **HUD-52646** (04/2023)

**1. Housing Choice Voucher Program**
- A. The public housing agency (PHA) has determined that the above named family (item 5) is eligible to participate in the housing choice voucher program. Under this program, the family chooses a decent, safe and sanitary unit to live in. If the owner agrees to lease the unit to the family under the housing choice voucher program, and if the PHA approves the unit, the PHA will enter into a housing assistance payments (HAP) contract with the owner to make monthly payments to the owner to help the family pay the rent.
- B. The PHA determines the amount of the monthly housing assistance payment to be paid to the owner. Generally, the monthly housing assistance payment by the PHA is the difference between the applicable payment standard and 30 percent of monthly adjusted family income. In determine the maximum initial housing assistance payment for the family, the PHA will use the payment standard in effect on the date the tenancy is approved by the PHA. The family may choose to rent a unit for more than the payment standard, but this choice does not change the amount of the PHA's assistance payment. The actual amount of the PHA's assistance payment will be determined using the gross rent for the unit selected by the family.

**2. Voucher**
- A. When issuing this voucher the PHA expects that if the family finds an approval unit, the PHA will have the money available to enter into a HAP contract with the owner. However, the PHA is under no obligation to the family, to any owner, or to any other person, to approve a tenancy. The PHA does not have any liability to any party by the issuance of this voucher.
- B. The voucher does not give the family any right to participate in the PHA's housing choice voucher program. The family becomes participant in the PHA's housing choice voucher program when the HAP contract between the PHA and the owner takes effect.
- C. During the initial or any extended term of this voucher, the PHA may require the family to report progress in leasing a unit at such intervals and times as determined by the PHA.

**3. PHA Approval or Disapproval of Unit or Lease**
- A. When the family finds a suitable unit where the owner is willing to participate in the program, the family must give the PHA the request for tenancy approval (of the form supplied by the PHA), signed by the owner and the family, and a copy of the lease, including the HUD-prescribed tenancy addendum. **Note: Both documents must be given to the PHA no later than the expiration date stated in item 3 or 4 on top of page one of this voucher.**
- B. The family must submit these documents in the manner that is required by the PHA. PHA policy may prohibit the family from submitting more than one request for tenancy approval at a time.
- C. The lease must include, word-for-word, all provisions of the tenancy addendum required by HUD and supplied by the PHA. This is done by adding the HUD tenancy addendum to the lease used by the owner. If there is a difference between any provisions of the HUD tenancy addendum and any provisions of the owner's lease, the provision of the HUD tenancy addendum shall control.
- D. After receiving the request for tenancy approval and a copy of the lease, the PHA will inspect the unit. The PHA may not give approval for the family to lease the unit or execute the HAP contract until the PHA has determined that all the following program requirements are met: the unit is eligible; the unit has been inspected by the PHA and passes the housing quality standards (HQS); the rent is reasonable; and the landlord and tenant have executed the lease including the HUD-prescribed tenancy addendum.
- E. If the PHA approves the unit, the PHA will notify the family and the owner, and will furnish two copies of the HAP contract to the owner.
  1. The owner and the family must execute the lease.
  2. The owner must sign both copies of the HAP contract and must furnish to the PHA a copy of the executed lease and both copies of the executed HAP contract.
  3. The PHA will execute the HAP contract and return an executed copy to the owner.
- F. If the PHA determined that the unit or lease cannot be approved for any reason, the PHA will notify the owner and the family that:
  1. The proposed unit or lease is disapproved for specified reasons, and
  2. If the conditions requiring disapproval are remedied to the satisfaction of the PHA on or before the date specified by the PHA, the unit or lease will be approved.

**4. Obligations of the Family**
- A. When the family's unit is approved and the HAP contract is executed, the family must follow the rules listed below in order to continue participating in the housing choice voucher program.
- B. The family must:
  1. Supply any information that the PHA or HUD determined to be necessary including evidence of citizenship or eligible immigration status, and information for use in a regularly schedule reexamination or interim reexamination of family income and composition.

Page 2 of 3
Previous editions obsolete

form **HUD-52646** (04/2023)

2. Disclose and verify social security numbers and sign and submit consent forms for obtaining information.
3. Supply any information requested by the PHA to verify that the family is living in the unit or information related to family absence from the unit.
4. Promptly notify the PHA in writing when the family is away from the unit for an extended period of time in accordance with PHA policies.
5. Allow the PHA to inspect the unit at reasonable times and after reasonable notice.
6. Notify the PHA and the owner in writing before moving out of the unit or terminating the lease.
7. Use the assisted unit for residence by the family. The unit must be the family's only residence.
8. Promptly notify the PHA in writing of the birth, adopting, or court-awarded custody of a child.
9. Request PHA written approval to add any other family member as an occupant of the unit.
10. Promptly notify the PHA in writing if any family member no longer lives in the unit. Give the PHA a copy of any owner eviction notice.
11. Pay utility bills and provide and maintain any appliances that the owner is not required to provide under the lease.

C. Any information the family supplies must be true and complete.
D. The family (including each family member) must not:
1. Own or have any interest in the unit (other than in a cooperative, or the owner of a manufactured home leasing a manufactured home space).
2. Commit any serious or repeated violation of the lease.
3. Commit fraud, bribery or any other corrupt or criminal act in connection with the program.
4. Engage in drug-related criminal activity or violent criminal activity or other criminal activity that threatens the health, safety or right to peaceful enjoyment of other residents and persons residing in the immediate vicinity of the premises.
5. Sublease or let the unit or assign the lease or transfer the unit.
6. Receive housing choice voucher program housing assistance while receiving another housing subsidy, for the same unit or a different unit under any other Federal, State, or local housing assistance program.
7. Damage the unit or premises (other than damage from ordinary wear and tear) or permit any guest to damage the unit or premises.
8. Receive housing choice voucher program housing assistance while residing in a unit owned by a parent, child, grandparent, grandchild, sister, or brother of any member of the family, unless the PHA has determined (and has notified the owner and the family of such determination) that approving rental of the unit, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.
9. Engage in abuse of alcohol in a way that threatens the health, safety or right to peaceful enjoyment of the other residents and persons residing in the immediate vicinity of the premises.

## 5. Illegal Discrimination

If the family has reason to believe that, in its search for suitable housing, it has been discriminated against on the basis of age, race, color, religion, sex (including sexual orientation and gender identity), disability, national origin, or familial status, the family may file a housing discrimination complaint with any HUD Field Office in person, by mail, or by telephone. The PHA will give the family information on how to fill out and file a complaint.

## 6. Expiration and Extension of Voucher

The voucher will expire on the date stated in item 3 on the top of page one of the voucher unless the family requests an extension in writing and the PHA grants a written extension of the voucher in which case the voucher will expire on the date stated in item 4. At its discretion, the PHA may grant a family's request for one or more extensions of the initial term.

If the family needs and requests an extension of the initial voucher term as a reasonable accommodation, in accordance with part 8 of this title, to make the program accessible to a family member who is a person with disabilities, the PHA must extend the voucher term up to the term reasonably required for that purpose.

form **HUD-52646** (04/2023)

## Appendix 3 – <u>Family Caregiver Support Program Intake Form</u>

**FAMILY CAREGIVER INTAKE FORM**                      Date: <u>03/20/2026</u>

---

**Caregiver Name:** Benjamin Barber    **DOB:** 06/07/1985    [x] Male [ ] Female

**Address:   Home:** 10043 SE 32nd ave    **Mailing:** _____

**City/St./ZIP:** Milwaukie, Or 97222    **City/St./ZIP** 97222

**Phone: Home/Cell:** 5038912814    **Work:** 9712700855    **E-mail:** starworks5@gmail.com

**Race**   *Check all that apply*

[x] White    [ ] Native Hawaiian/Pacific Islander    **Ethnicity**

[ ] Asian    [ ] American Indian/Alaska Native    **Client is Hispanic or Latino?**

[ ] Black    [ ] Unknown    [ ] Yes    [x] No    [ ] Unknown

**Referred by:** Housing Authority of Clackamas County

---

**Relationship to Care Recipient**                      [ ] <<Relationship Not Reported>>

*Caregiver of any age:* [ ] Husband    [ ] Wife    [x] Son    [ ] Son-in-Law    [ ] Daughter

[ ] Daughter-in-Law    [ ] Other Fam. Member    [ ] Non-Relative

*When Caregiver is* [ ] Grandparent    [ ] Other Elderly Relative

*Grandparent Status 55+:  How many children under age 18 does the caregiver care for?* _____

---

**Emergency Contact**

Name:    Benjamin Barber    Home Phone: 9712700855

Address:    10043 SE 32nd ave    Work Phone: _____

City/St.ZIP: Milwaukie, Oregon 97222    Cell Phone: _____

E-Mail:    starworks5@gmail.com

Relationship    [x] Child    [ ] Friend    [ ] Grandchild    [ ] Neighbor    [ ] Parent    [ ] Sibling

[ ] Spouse    [ ] Other Fam. Member    [ ] Not Related

---

**Care Recipient Information:**

Name:    Jane Kay Cortez    DOB: 7/21/1953

Address:    10043 SE 32nd ave    Gender: [ ] Male    [x] Female

City/St./ZIP:    Milwaukie, Oregon, 97222    Phone: 5038912814

Physician: _____    Phone: _____    Ext. _____

Does the care receiver have a dementia diagnosis? [ ] Yes [ ] No

**Health Status/Diagnosis**

<u>Cognitive disorder, BMI of 36.09, SCIATICA, BILATERAL SIDES, Moderate degenerative disk disease</u>

<u>Degenerative changes are present in the lumbar spine, limb length discrepancy osteoarthritis</u>

<u>in the hip joints that he joints, and in the lower lumbar spine, Osteoporosis,</u>

<u>shrunk from 59 to 54 Inches, Inability to walk long distances.</u>

---

## Benefits/Income

What is your average monthly income? **1918**

Poverty Level Guidelines: https://www.healthcare.gov/glossary/federal-poverty-level-FPL/

Is the care recipient a veteran? ☐ Yes ☒ No

Does the care recipient currently receive services or benefits? ☒ Yes ☐ No

Does the care giver currently receive services or benefits? ☐ Yes ☒ No

If yes, what services/benefits? _____

Are services being received by any other agencies such as county, state or other organization? ☐ Yes ☒ No

If yes, what agency? _____

## Living Situations

Does the caregiver live with the care recipient? Yes ☒ _No ☐

If No, then who does the care recipient live with?

_____

1. Who is the primary caregiver?   **Benjamin Barber**   Relation: _____**Son**_____

2. Is there a back-up/secondary caregiver? Who? _____

3. Are there cultural or ethnic preferences? **No** _____

4. What does the caregiver need help with the most? **cognition and mobility**

5. Quality of relationship? **good** _____

6. Length of caregiving? **6** _____Years _____ Months

7. Is the caregiver employed? **yes** _____

8. Is quality and amount of care satisfactory? **tes** _____

9. How is the health of the caregiver? **good (strambismus)** _____

10. Other support received by caregiver or care recipient? _____

11. Impact of caregiving (indicated + or -)   **+**___ Social __**+**__Financial ___**+**__ Work Strain _**+**____ Health
    __**+**___Family Relationship

18

| Caregiver Support Services | Caregiver Recipient Information |
|---|---|
| Please check all that apply for this caregiver | F=Full Assist, S=Substantial Assist, M=Minimal Assist, I=Independent |

**Caregiver Support Services**

- [ ] Caregiver Case Management
- [ ] Caregiver Counseling
- [ ] Caregiver Information and Assistance
- [ ] Caregiver Information Services
- [ ] Caregiver Respite
- [ ] Caregiver Supplemental Svcs.
- [ ] Caregiver Training
- [ ] Support Groups for Caregivers
  - Caregiver Self- Directed Care

- [X] Older Relative Case Management
- [X] Older Relative Counseling
- [X] Older Relative Information and Assistance
- [X] Older Relative Information Services
- [X] Older Relative Respite
- [X] Older Relative Supplemental Svcs.
- [X] Older Relative Training
- [X] Support Groups for Older Relatives
  - Older Relative Self Directed

**IADL**      [ ] No IADL Needs

| F | S | M | I | |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | Food Preparation |
| [ ] | [X] | [ ] | [ ] | Heavy Housework |
| [ ] | [X] | [ ] | [ ] | Housekeeping |
| [ ] | [X] | [ ] | [ ] | Managing Finances |
| [ ] | [X] | [ ] | [ ] | Medication Mgmt. |
| [ ] | [X] | [ ] | [ ] | Shopping |
| [ ] | [ ] | [X] | [ ] | Taking Medication |
| [ ] | [ ] | [X] | [ ] | Using Telephone |
| [X] | [ ] | [ ] | [ ] | Using Transportation |

**ADL**      [ ] No ADL Needs

| F | S | M | I | |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | Bathing |
| [ ] | [X] | [ ] | [ ] | Behavior |
| [ ] | [ ] | [X] | [ ] | Dressing |
| [ ] | [ ] | [ ] | [X] | Eating |
| [ ] | [ ] | [ ] | [X] | Eliminating |
| [ ] | [X] | [ ] | [ ] | Mobility/Walking |
| [ ] | [ ] | [X] | [ ] | Hygiene/Grooming |
| [ ] | [ ] | [X] | [ ] | Transferring |

**Action Plan**

- [X] Information and Assistance
- [X] Transportation
- Other (see below)
- Referred to:_____

- [X] Respite
- [X] Support Groups

- [X] Legal Consultation
- [X] Counseling

- [X] Ed/Training  [X] Case Management
- [X] Supplemental Services

**Follow-up needed:**
_____

19

## Appendix 3 – <u>Family Caregiver Support Program Intake Form</u>

**FAMILY CAREGIVER INTAKE FORM**                                    Date: 03/20/2026

---

Caregiver Name: Benjamin Barber          DOB: 06/07/1985          [x] Male  [ ] Female

Address:  Home: 10043 SE 32nd ave      Mailing: _____

City/St./ZIP: Milwaukie, Or 97222      City/St./ZIP 97222

Phone:Home/Cell: 5038912814    Work: 9712700855    E-mail: starworks5@gmail.com

**Race** *Check all that apply*

[x] White        [ ] Native Hawaiian/Pacific Islander      **Ethnicity**

[ ] Asian        [ ] American Indian/Alaska Native      **Client is Hispanic or Latino?**

[ ] Black        [ ] Unknown                            [ ] Yes    [x] No    [ ] Unknown

Referred by: Housing Authority of Clackamas County

---

**Relationship to Care Recipient**                    [ ] <<Relationship Not Reported>>

*Caregiver of any age:* [ ] Husband    [ ] Wife  [x] Son  [ ] Son-in-Law  [ ] Daughter

[ ] Daughter-in-Law    [ ] Other Fam. Member  [ ] Non-Relative

*When Caregiver is* [ ] Grandparent    [ ] Other Elderly Relative

*Grandparent Status 55+: How many children under age 18 does the caregiver care for?* _____

---

**Emergency Contact**

Name: Benjamin Barber                    Home Phone: 9712700855

Address: 10043 SE 32nd ave                Work Phone: _____

City/St.ZIP: Milwaukie, Oregon 97222      Cell Phone: _____

E-Mail: starworks5@gmail.com

Relationship  [x] Child      [ ] Friend      [ ] Grandchild    [ ] Neighbor  [ ] Parent  [ ] Sibling

[ ] Spouse    [ ] Other Fam. Member    [ ] Not Related

---

**Care Recipient Information:**

Name: Jane Kay Cortez          DOB: 7/21/1953

Address: 10043 SE 32nd ave        Gender: [ ] Male  [x] Female

City/St./ZIP: Milwaukie, Oregon, 97222      Phone: 5038912814

Physician: _____          Phone: _____    Ext. _____

Does the care receiver have a dementia diagnosis? [ ] Yes [ ] No

**Health Status/Diagnosis**

**Cognitive disorder, BMI of 36.09, SCIATICA, BILATERAL SIDES, Moderate degenerative disk disease Degenerative changes are present in the lumbar spine, limb length discrepancy osteoarthritis in the hip joints that he joints, and in the lower lumbar spine, Osteoporosis, shrunk from 59 to 54 Inches, Inability to walk long distances.**

17

## Benefits/Income

What is your average monthly income? **1918**

Poverty Level Guidelines: https://www.healthcare.gov/glossary/federal-poverty-level-FPL/

Is the care recipient a veteran? ☐ Yes ☒ No

Does the care recipient currently receive services or benefits? ☒ Yes ☐ No

Does the care giver currently receive services or benefits? ☐ Yes ☒ No

If yes, what services/benefits? _____

Are services being received by any other agencies such as county, state or other organization? ☐ Yes ☒ No

If yes, what agency? _____

### Living Situations

Does the caregiver live with the care recipient? Yes ☒ _No ☐

If No, then who does the care recipient live with?

_____

1. Who is the primary caregiver?  **Benjamin Barber**  Relation: **Son** _____
2. Is there a back-up/secondary caregiver? Who? _____
3. Are there cultural or ethnic preferences? **No** _____
4. What does the caregiver need help with the most? **cognition and mobility**
5. Quality of relationship? **good** _____
6. Length of caregiving? **6** Years _____ Months
7. Is the caregiver employed? **yes** _____
8. Is quality and amount of care satisfactory? **tes** _____
9. How is the health of the caregiver? **good (strambismus)** _____
10. Other support received by caregiver or care recipient? _____
11. Impact of caregiving (indicated + or -)  **+** ____ Social __**+**__ Financial __**+**__ Work Strain __**+**__ Health
    __**+**__ Family Relationship

18

| Caregiver Support Services | Caregiver Recipient Information | |
|---|---|---|
| Please check all that apply for this caregiver | F=Full Assist, S=Substantial Assist, M=Minimal Assist, I=Independent | |

**Caregiver Support Services**
Please check all that apply for this caregiver

- [ ] Caregiver Case Management
- [ ] Caregiver Counseling
- [ ] Caregiver Information and Assistance
- [ ] Caregiver Information Services
- [ ] Caregiver Respite
- [ ] Caregiver Supplemental Svcs.
- [ ] Caregiver Training
- [ ] Support Groups for Caregivers
  Caregiver Self- Directed Care

- [X] Older Relative Case Management
- [X] Older Relative Counseling
- [X] Older Relative Information and Assistance
- [X] Older Relative Information Services
- [X] Older Relative Respite
- [X] Older Relative Supplemental Svcs.
- [X] Older Relative Training
- [X] Support Groups for Older Relatives
  Older Relative Self Directed

**Caregiver Recipient Information**
F=Full Assist, S=Substantial Assist, M=Minimal Assist, I=Independent

**IADL**  [ ] No IADL Needs

| F | S | M | I | |
|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | Food Preparation |
| [ ] | [X] | [ ] | [ ] | Heavy Housework |
| [ ] | [X] | [ ] | [ ] | Housekeeping |
| [ ] | [X] | [ ] | [ ] | Managing Finances |
| [ ] | [X] | [ ] | [ ] | Medication Mgmt. |
| [ ] | [X] | [ ] | [ ] | Shopping |
| [ ] | [ ] | [X] | [ ] | Taking Medication |
| [ ] | [ ] | [X] | [ ] | Using Telephone |
| [X] | [ ] | [ ] | [ ] | Using Transportation |

**ADL**  [ ] No ADL Needs

| F | S | M | I | |
|---|---|---|---|---|
| [ ] | [ ] | [X] | [ ] | Bathing |
| [ ] | [X] | [ ] | [ ] | Behavior |
| [ ] | [ ] | [X] | [ ] | Dressing |
| [ ] | [ ] | [ ] | [X] | Eating |
| [ ] | [ ] | [ ] | [X] | Eliminating |
| [ ] | [X] | [ ] | [ ] | Mobility/Walking |
| [ ] | [ ] | [X] | [ ] | Hygiene/Grooming |
| [ ] | [ ] | [X] | [ ] | Transferring |

**Action Plan**

- [X] Information and Assistance
- [X] Transportation
- [X] Respite
- [X] Support Groups
- [X] Legal Consultation
- [X] Counseling
- [X] Ed/Training
- [X] Supplemental Services
- [X] Case Management

Other (see below)

Referred to: _____

**Follow-up needed:**
_____

## Appendix 3 – <u>Family Caregiver Support Program Intake Form</u>

**FAMILY CAREGIVER INTAKE FORM**                     Date: **03/20/2026**

**Caregiver Name:** Benjamin Barber          DOB: 06/07/1985                    [x] Male  [ ] Female

**Address:  Home:** 10043 SE 32nd ave          **Mailing:** _____

**City/St./ZIP:** Milwaukie, Or 97222              **City/St./ZIP** 97222

**Phone:Home/Cell:** 5038912814          **Work:** 9712700855          **E-mail:** starworks5@gmail.com

**Race**  *Check all that apply*
- [x] White      [ ] Native Hawaiian/Pacific Islander     **Ethnicity**
- [ ] Asian      [ ] American Indian/Alaska Native     **Client is Hispanic or Latino?**
- [ ] Black      [ ] Unknown                     [ ] Yes    [x] No        [ ] Unknown

**Referred by:** Housing Authority of Clackamas County

---

**Relationship to Care Recipient**                     [ ] <<Relationship Not Reported>>

*Caregiver of any age:* [ ] Husband    [ ] Wife    [x] Son    [ ] Son-in-Law    [ ] Daughter

[ ] Daughter-in-Law    [ ] Other Fam. Member    [ ] Non-Relative

*When Caregiver is* [ ] Grandparent    [ ] Other Elderly Relative

*Grandparent Status 55+:  How many children under age 18 does the caregiver care for?* _____

---

**Emergency Contact**

Name:     Benjamin Barber          Home Phone: 9712700855

Address:  10043 SE 32nd ave          Work Phone: _____

City/St.ZIP: Milwaukie, Oregon 97222          Cell Phone: _____

E-Mail:   starworks5@gmail.com

Relationship    [x] Child    [ ] Friend    [ ] Grandchild    [ ] Neighbor    [ ] Parent    [ ] Sibling
[ ] Spouse    [ ] Other Fam. Member    [ ] Not Related

---

**Care Recipient Information:**

Name:     Jane Kay Cortez          DOB:  7/21/1953

Address:  10043 SE 32nd ave          Gender: [ ] Male    [x] Female

City/St./ZIP:  Milwaukie, Oregon, 97222          Phone: 5038912814

Physician: _____          Phone: _____     Ext. _____

Does the care receiver have a dementia diagnosis? [ ] Yes [ ] No

**Health Status/Diagnosis**

<u>Cognitive disorder, BMI of 36.09, SCIATICA, BILATERAL SIDES, Moderate degenerative disk disease</u>
<u>Degenerative changes are present in the lumbar spine, limb length discrepancy osteoarthritis</u>
<u>in the hip joints that he joints, and in the lower lumbar spine, Osteoporosis,</u>
<u>shrunk from 59 to 54 Inches, Inability to walk long distances.</u>

17

## Benefits/Income

What is your average monthly income? **1918**

Poverty Level Guidelines: https://www.healthcare.gov/glossary/federal-poverty-level-FPL/

Is the care recipient a veteran? ☐ Yes ☒ No

Does the care recipient currently receive services or benefits? ☒ Yes ☐ No

Does the care giver currently receive services or benefits? ☐ Yes ☒ No

If yes, what services/benefits? _____

Are services being received by any other agencies such as county, state or other organization? ☐ Yes ☒ No

If yes, what agency? _____

**Living Situations**

Does the caregiver live with the care recipient? Yes ☒ _No ☐

If No, then who does the care recipient live with?

1. Who is the primary caregiver?  **Benjamin Barber**  Relation: ___**Son**___
2. Is there a back-up/secondary caregiver? Who? _____
3. Are there cultural or ethnic preferences? **No**
4. What does the caregiver need help with the most? **cognition and mobility**
5. Quality of relationship? **good**
6. Length of caregiving? **6** Years _____ Months
7. Is the caregiver employed? **yes**
8. Is quality and amount of care satisfactory? **tes**
9. How is the health of the caregiver? **good (strambismus)**
10. Other support received by caregiver or care recipient? _____
11. Impact of caregiving (indicated + or -)  **+** Social **+** Financial **+** Work Strain **+** Health  **+** Family Relationship

18

| Caregiver Support Services | Caregiver Recipient Information |
|---|---|
| Please check all that apply for this caregiver | F=Full Assist, S=Substantial Assist, M=Minimal Assist, I=Independent |

**IADL**  ☐ No IADL Needs

| F | S | M | I | |
|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | Food Preparation |
| ☐ | ☒ | ☐ | ☐ | Heavy Housework |
| ☐ | ☒ | ☐ | ☐ | Housekeeping |
| ☐ | ☒ | ☐ | ☐ | Managing Finances |
| ☐ | ☒ | ☐ | ☐ | Medication Mgmt. |
| ☐ | ☒ | ☐ | ☐ | Shopping |
| ☐ | ☐ | ☒ | ☐ | Taking Medication |
| ☐ | ☐ | ☒ | ☐ | Using Telephone |
| ☒ | ☐ | ☐ | ☐ | Using Transportation |

**ADL**  ☐ No ADL Needs

| F | S | M | I | |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | Bathing |
| ☐ | ☒ | ☐ | ☐ | Behavior |
| ☐ | ☐ | ☒ | ☐ | Dressing |
| ☐ | ☐ | ☐ | ☒ | Eating |
| ☐ | ☐ | ☐ | ☒ | Eliminating |
| ☐ | ☒ | ☐ | ☐ | Mobility/Walking |
| ☐ | ☐ | ☒ | ☐ | Hygiene/Grooming |
| ☐ | ☐ | ☒ | ☐ | Transferring |

Caregiver Support Services:

☐ Caregiver Case Management
☐ Caregiver Counseling
☐ Caregiver Information and Assistance
☐ Caregiver Information Services
☐ Caregiver Respite
☐ Caregiver Supplemental Svcs.
☐ Caregiver Training
☐ Support Groups for Caregivers
   Caregiver Self- Directed Care

☒ Older Relative Case Management
☒ Older Relative Counseling
☒ Older Relative Information and Assistance
☒ Older Relative Information Services
☒ Older Relative Respite
☒ Older Relative Supplemental Svcs.
☒ Older Relative Training
☒ Support Groups for Older Relatives
   Older Relative Self Directed

**Action Plan**
☒ Information and Assistance  ☒ Respite  ☒ Legal Consultation  ☒ Ed/Training  ☒ Case Management
☒ Transportation  ☒ Support Groups  ☒ Counseling  ☒ Supplemental Services
Other (see below)
Referred to:_____

**Follow-up needed:**
_____

19

retained_attachments/M-8_Image_260320_142045.jpeg





retained_attachments/M-8_Image_260320_142448.jpeg



# Exhibit N

## Julio eviction notice

Use:
February 13, 2026 termination notice addressed directly to Julio
Cortez.

## Exhibit N - Julio eviction notice



# Exhibit O

## Reasonable accommodation packet

Use:
March 24, 2026 provider letter and HACC verification form supporting disability status, service-animal need, and a two-bedroom first-floor accommodation request.



NEIGHBORHOOD HEALTH CENTER
10330 SE 32ND AVE
STE 325
MILWAUKIE OR 97222-6656
503-416-1960

3/24/2026

Jane Kay Cortez
10043 Se 32nd Ave
Milwaukie OR 97222

To Whom it May Concern,

Jane is a patient under my care. I am familiar with her medical history and disability-related functional limitations. I am familiar with her impairment and the impact it has on her ability to perform major life activities. As such, she meets the definition of disability under fair housing laws, which is a physical or mental impairment that substantially limits one or more major life activities.

Due to her disability, Jane has certain limitation regarding cognitive impairment. Jane's dog, Sarah, alleviates the symptoms of her disability by enabling Jane to engage in interactions with Sarah which helps Jane to self-regulate which promotes calmness. This enhances her ability to live independently and enjoy full use of her dwelling.

While I am available to answer additional questions, I am limited by HIPAA confidentiality and privacy laws on the scope and level of detail of the information that I am permitted to divulge.

Sincerely,

Samantha Jay Abbott, FNP

YOUR HEALTH    YOUR CLINIC    YOUR NEIGHBORHOOD

## Verification of Disability for Reasonable Accommodation Request

**Instructions:**
- **Page 2 must be completed by an individual identified by the family who is competent to make the determination:** a doctor or other medical professional, a peer support group, a non-medical service agency, or a reliable third party who is in a position to know about the individual's disability may provide verification of a disability for purposes of this reasonable accommodation request.
- Please answer all questions below

### Verification of Need for Reasonable Accommodation

*HACC is required by law to provide reasonable accommodations in rules, policies, practices, or services when such accommodations may be necessary to afford a person with a disability equal opportunity to use and enjoy our housing programs and services. HACC does not provide reasonable accommodations when the request is only a matter of convenience or preference.*

*Applicable federal and state law defines "disability," with respect to the individual, as:*
1. *a physical or mental impairment which substantially limits one or more of such person's major life activities; Major life activities are defined as functions such as caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, and working.*
2. *a record of having such an impairment; or*
3. *being regarded as having such an impairment; but such term does not include current illegal drug users, people whose alcohol use interferes with the rights of others, or people who objectively pose a direct threat or substantial risk of harm to others that cannot be controlled with a reasonable accommodation under the Housing programs.*

**Name of person needing the accommodation** (please print):  JANE COMEZ

**Please describe what kind of accommodation is needed due to the disability:**

TWO BEDROOM APARTMENT, FIRST FLOOR .     CANNOT CLIMB STAIRS, NEEDS 1ST FLOOR UNIT

**Please describe why the accommodation is necessary to assure equal housing access, i.e., how it helps the person participate in Clackamas County Housing Programs and/or use their assisted unit:**

JANE'S SON IS HER MAIN CAREGIVER AND THEY CANNOT REASONABLY SHARE A BEDROOM DUE TO PRIVACY CONCERNS. JANE NEEDS FULLTIME ASSISTANCE FROM BENJAMIN DUE TO HER INTELLECTUAL IMPAIRMENT SHE NEEDS ASSISTANCE WITH ADLS AND IADLS.

**Please verify the above requested accommodation is:**
1. Related to the applicant's/participant's disability as defined above       ☒ Yes ☐ No
2. Necessary to provide the applicant/participant with an equal opportunity to participate in and use our housing program(s), their unit, and/or common areas       ☒ Yes ☐ No

### Certification

**Warning:** *Section 1001 of Title 18 of the US Code makes it a criminal offense to make any willful false statements or misrepresentations to any Department or Agency of the United States as to any matter within its jurisdiction, punishable by fine not to exceed $10,000 and/or imprisonment of not more than 5 years.*

*I certify the information in this Verification of Disability for Reasonable Accommodation Request is true and accurate.*

| | |
|---|---|
| Signature: | Date: 3/24/24 |
| Name Printed: SAMANTHA ABBOTT , FNP | Phone: 503.416.1960 |
| Title/Qualification: FNP | Fax: 503.416.1959 |
| Agency/Office Address: 10330 SE 32ND AVE MILWAUKIE, OR 97222 STE 325 | |

───────────{ 2 }───────────

# AFTER VISIT SUMMARY



**Jane K. Cortez** DoB: 7/21/1953
CEID: OCN-QLGW-8L3Z-ZB8N

📅 3/24/2026 10:20 AM   📍 Neighborhood Health Center
503-416-1960

## What's Next
You currently have no upcoming appointments scheduled.

## Instructions

Please allow 10 business days (2 weeks) for referrals processing. Once your referral has been processed our team will reach out to you by MyChart if this is active and by phone if not active to give you the location and contact information for your referral. I suggest you call this referral location after 2 days if you have not heard from them to schedule.

Today I have referred you for physical therapy to prevent further falls and increase exercise tolerance. They may be able to point you to a place that will provide custom lifts however this is tricky with her insurance.

*Results are released to you and your provider at the same time, and often one at a time if your provider has ordered multiple tests. This means you may see your results in MyChart before they have been reviewed by your provider. Your provider will send you a message with comments about your tests. Please wait to see a message from your provider before calling us or sending us a MyChart message back asking for your results. If we need to discuss your results in person, our office will contact you to schedule an appointment.*

### 💊 Today's medication changes

🔶 CHANGE how you take:
**alendronate (Fosamax)**

**cholecalciferol (Vitamin D3)**

Accurate as of March 24, 2026 11:05 AM.
**Review your updated medication list below.**

---

## Today's Visit

You saw Samantha Abbott on Tuesday March 24, 2026. The following issues were addressed:
- Housing instability
- Mild cognitive impairment
- Osteoporosis
- High blood pressure
- Hyperlipidemia, unspecified hyperlipidemia type
- At risk for falls
- Abnormal walking
- Lower limb length difference
- Decreased exercise tolerance

**Blood Pressure** 130/97

**BMI** 38.29

**Weight** 158 lb 12.8 oz (72 kg)

**Height** 4' 6" (1.372 m)

**Temperature (Oral)** 97.5 °F

**Pulse** 88

**Respiration** 14

**Oxygen Saturation** 95%

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.ochin.org/ MyChartNHC/**, click "Sign Up Now", and enter your personal activation code: **5XZ9F-M6PPK**. Activation code expires 5/8/2026.

---

# Your Medication List as of March 24, 2026 11:05 AM

ⓘ Always use your most recent med list.

**alendronate** 70 mg tablet
Commonly known as: Fosamax
CHANGE  For diagnoses: Osteoporosis
Changed by: Samantha Abbott

Take 1 Tablet by mouth every 7 (seven) days.
What changed: **See the new instructions.**

---

**amLODIPine** 5 mg tablet
Commonly known as: Norvasc
For diagnoses: High blood pressure

Take 1 Tablet by mouth once daily.

---

**atorvastatin** 80 mg tablet
Commonly known as: LIPITOR
For diagnoses: Hyperlipidemia, unspecified
hyperlipidemia type

Take 1 Tablet by mouth nightly at bedtime.

---

**cholecalciferol** 50 mcg (2,000 unit) capsule
Commonly known as: Vitamin D3
CHANGE  For diagnoses: Osteoporosis
Changed by: Samantha Abbott

Take 1 Capsule by mouth once daily.
What changed: **medication strength**

---

**triamcinolone** 0.025 % cream
Commonly known as: Kenalog

Apply topically

## Instructions (continued)



**Pick up these medications at WALGREENS DRUG STORE #09544 - MILWAUKIE, OR**
alendronate • amLODIPine • atorvastatin • cholecalciferol

Address:        10903 SE OAK ST, MILWAUKIE OR 97222-6641
Phone:          971-233-1002



**REFERRAL TO PHYSICAL THERAPY**
Expires: 3/24/2027 (requested)

**Return for annual wellness visit .**

# Exhibit P

## HACC reasonable-accommodation denial letter

Use:
March 26, 2026 denial of the two-bedroom increase while allowing use of the one-bedroom voucher for a two-bedroom ground-floor unit within the affordability range.

 **Health, Housing & Human Services**
CLACKAMAS COUNTY

**Housing Authority of Clackamas County**


EQUAL HOUSING OPPORTUNITY

t0021264-116

March 26, 2026

Jane Cortez
10043 SE 32nd Avenue
Milwaukie, OR 97222

Dear Jane:

This letter is in response to your request for a reasonable accommodation. The request states that you would like the housing authority to increase your voucher from a one-bedroom to a two-bedroom.

Based on the information provided, the Housing Authority of Clackamas County (HACC) is denying your reasonable accommodation request. HACC cannot accommodate sleeping arrangements or privacy needs. It is HACC's policy that units will be occupied by families of the appropriate size. Your one-bedroom voucher is sufficient to meet your household needs based on the Housing and Urban Development's (HUD) suitable dwelling size and HACC's occupancy standards (24 CFR 982.402). The voucher size does not dictate the size of the unit the family must lease, nor does it determine who within a household will share a bedroom/sleeping room (i.e. one members of the household can use the bedroom, and the second member of the household can use the living room for sleep). PLEASE NOTE: as an alternative, you can use your one-bedroom voucher to find a two-bedroom ground floor unit so long as the rent falls within the affordability range outlined in your tenant rent subsidy worksheet provided to you during orientation.

If you disagree with our decision, you may request an informal hearing by contacting me at (503) 650-3436 within 10-days of the date of this letter. Your request may also be made in writing and should include the reason why you do not agree with the decision and what action you think should be taken. You also have the right to be represented at the hearing. Legal Aid Services can be reached at (503) 224-4086.

Sincerely,

Kati Tilton
Operations Manager
Housing Authority of Clackamas County

Copy: file

*Healthy Families. Strong Communities.*

P.O. Box 1510, 13930 S. Gain Street • Oregon City, OR, 97045 • Phone (503) 655-8267 • Fax (503) 655-8676 • TDD (503) 655-8639

www.clackamas.us/housingauthority

NOTICE!                    AVISO!                    ИЗВЕЩЕНИЕ!

**This correspondence contains very important information about your housing! If you need help understanding what this letter says, please contact your Occupancy Specialist.  Not sure who that is?  You can find our general contact information on our website: www.clackamas.us/housingauthority or you can call 503-655-8267.  If you or anyone in your family is a person with disabilities, and you need a reasonable accommodation to access any of our programs, please visit our website: www.clackamas.us/housingauthority/section8.html.**

**Información importante acerca de su subsidio de vivienda. Para asistencia en español, por favor comuníquese con su coordinador de servicios o llame al 503-655-8267. Si usted, o un miembro de su familia, es una persona con discapacidades y necesita de una adaptación razonable para poder acceder a nuestros programas, por favor visite nuestra página web: www.clackamas.us/housingauthority/section8.html.**

**Это приложение содержит очень важную информацию о вашем жилье! Если вам нужна помощь в понимании того, что написано в этом письме, обратитесь к вашему ведущему. Не уверен, кто это? Общую контактную информацию можно найти на нашем веб-сайте: http://www.clackamas.us/housingauthority или по телефону 503-655-8267. Если вы или кто-либо из членов вашей семьи является инвалидом и вам необходима услуга для доступа к какой-либо из наших программ, посетите наш веб-сайт: www.clackamas.us/housingauthority/section8.html.**

# Exhibit Q

## Former-employee review screenshot

Use:
Third-party former-employee review material circulated by plaintiffs
as context for race-discrimination and retaliation complaints; not a
direct company admission.

**Exhibit Q - Former-employee review screenshot**

| | Snapshot | Why Join Us | 43 Reviews | 554 Salaries | Jobs | 31 Q&A | Interviews |
|---|---|---|---|---|---|---|---|

**know anything unless they want to tell regardless if it help support you in your role.**

Property Manager    Portland, OR

**Overall rating**

**2.6 ★**

Based on 43 reviews

5 ▬▬▬▬▬▬▬▬▬▬
4 ▬▬▬▬▬▬▬▬▬
3 ▬▬▬▬▬▬▬
2 ▬▬▬▬▬
1 ▬▬▬▬▬▬▬▬▬

**Detailed ratings**

| Work-life balance | 2.7 ★ |
|---|---|
| Pay and benefits | 3.0 ★ |
| Job security and advancement | 2.4 ★ |
| Management | 2.5 ★ |
| Culture | 2.5 ★ |

**What people are saying**

✓ Time and location flexibility

✓ Ability to learn new things

✓ Ability to meet personal goals

✗ Sense of belonging

✗ Trust in colleagues

✗ General feeling of work happiness

What is the best part of working at the company?
First day I knew it was toxic with the HR lady and another employee talking negatively in front of me about a person who just been let go. Their motto for the teams is "you don't need to" the more you ask the more distant and conformational upper management becomes. Report fair housing violations, safety or missing funds they will retaliate.

What is the most stressful part about working at the company?
Lack of training or support. Upper management unwilling to communicate or open to improvements. Favoritism and toxic behavior.

What is the work environment and culture like at the company?
Nepotism, if you're not in with upper management you won't last long.

What is a typical day like for you at the company?
Go in and start daily tasks. Have a question about a process? You won't find help.

👍 👎                                                              •••

★☆☆☆☆ September 20, 2023

**Don't care about their employees**

Assistant Property Manager    Portland, OR

They just don't care about their employees safety at all. Very clicky and if you are not apart of the woke club they don't want you there. Happy I am not apart of this company anymore.

👍 👎                                                              •••

★★★☆☆ May 12, 2023

**Average Property Management Experience**

Maintenance    Vancouver, WA

There were a lot of things that I enjoyed about working here. Though there were many things that did not excite me.

I was underpaid for years, but I had schedule flexibility that was important so I didn't want to rock the boat.
The culture there became increasingly 'woke' in recent years and that made a lot of us uncomfortable, but that's not the kind of thing you can speak out against without risking your job...
All while other decisions lead to chaos at the property level... bills not paid, etc caused accounts to be blocked, preventing maintenance staff from ordering parts, appliances, etc for tenants... Corporate management was unresponsive and unapologetic for these mistakes.

The corporate office bloated with people with self-important titles and degrees who were more focused on DEI initiatives and coming up with new ways to fix things that weren't broken... justifying their positions I suppose. Meanwhile day to day operations at the property level suffered... it really created an "us v. them" culture.

# Exhibit R

## Gmail preserved sent-mail headers and body snippets

Use:
Preserved Gmail sent-mail records confirming that on February 26, March 2, and March 9, 2026 Benjamin Jay Barber sent complaints to Kati Tilton, Ashley Ferron, and charity@magikcorp.com alleging refusal to process the Blossom application, refusal to house a service animal, and discrimination on the basis of race. The focused Gmail search returned no hits for blossom@quantumres.com in those date windows.

## Exhibit R Curated Contents

Curated source path: /home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets

Included items:

summary.json

seq_10269/headers.txt

seq_10269/body-snippet.txt

seq_10270/headers.txt

seq_10270/body-snippet.txt

seq_10273/headers.txt

seq_10273/body-snippet.txt

seq_10279/headers.txt

seq_10279/body-snippet.txt

seq_10280/headers.txt

seq_10280/body-snippet.txt

## summary.json

```
File: summary.json

[
  {
    "seq": 10269,
    "headers_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10269/headers.txt",
    "body_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10269/body-snippet.txt"
  },
  {
    "seq": 10270,
    "headers_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10270/headers.txt",
    "body_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10270/body-snippet.txt"
  },
  {
    "seq": 10273,
    "headers_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10273/headers.txt",
    "body_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10273/body-snippet.txt"
  },
  {
    "seq": 10279,
    "headers_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10279/headers.txt",
    "body_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10279/body-snippet.txt"
  },
  {
    "seq": 10280,
    "headers_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10280/headers.txt",
    "body_path": "/home/barberb/HACC/workspace/manual-imap-download-
focused-2026-03-31-snippets/seq_10280/body-snippet.txt"
  }
]
```

## seq_10269/headers.txt

File: headers.txt

Date: Thu, 26 Feb 2026 17:48:44 -0800
Message-ID:
<CAMTdTS_FhDVzVctv75ZTfNndnL9QiuZyzEkD9bZ8=OKR7mZk6g@mail.gmail.com>
Subject: Re: Additional Information Needed
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley"
 <AFerron@clackamas.us>, charity@magikcorp.com

### seq_10269/body-snippet.txt

File: body-snippet.txt

--000000000000060de0064bc4704b
Content-Type: multipart/alternative; boundary="000000000000060dde064bc4704a"

--000000000000060dde064bc4704a
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

I have previously indicated to quantum residential and your office my
Intent to sue under the civil rights act, and I have previously indicated
my intention to leave Clackamas county, and blossom has already refused to
process applications submitted to them for 2 months, and has refused to
house a service animal, and has engaged in discrimination on the basis of
race.

I have been trying to move elsewhere but your organizations have not been
providing the opportunity to do so, and has been intentionally delaying the
processes necessary to do so such as demanding financial documents for
companies that have not existed for 10 years eg =E2=80=9Cnerd party=E2=80=
=9D, and demanding
that I share a one bedroom apartment, and providing unsuitable conditions
that present legal conflicts of interest, rather than let us leave the
control of Clackamas county and its proxy organizations

On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber <starworks5@gmail.c=
om>
wrote:

> All of this work is open source and donated to the Linux Foundation, a
> nonprofit organization that produces free and open source software, where=
 I
> am a technical steering committee member.
>
> https://en.wikipedia.org/wiki/Linux_Foundation
>
> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291
>
> On Wed, Feb 25, 2026 at 1:18=E2=80=AFPM benjamin barber <starworks5@gmail=
.com>
> wrote:

**seq_10269/body-snippet.txt**

```
>
>> Jillian Birkbeck is supposed to finish the work started here
>> On Wed, Feb 25, 2026 at 12:53=E2=80=AFPM benjamin barber <starworks5@gma=
 il.com>
>> wrote:
>>
>>>
>>>
>>> On Wed, Feb 25, 2026 at 12:47=E2=80=AFPM benjamin barber <starworks5@gm=
ail.com>
>>> wrote:
>>>
>>>>
>>>>
>>>> On Wed, Feb 25, 2026 at 11:38=E2=80=AFAM benjamin barber <starworks5@g=
mail.com>
>>>> wrote:
>>>>
>>>>>
>>>>> On Wed, Feb 25, 2026 at 11:23=E2=80=AFAM benjamin barber <starworks5@=
gmail.com>
>>>>> wrote:
>>>>>
>>>>>> Apparently you have problems paying attention to dates, and reading
>>>>>> the documents you found.
>>>>>>
>>>>>> Check your vote was for the 2020 election and no longer exists that
>>>>>> was where I worked with steve bannon and jack maxey on finding fake =
voters,
>>>>>> dead voters.
>>>>>>
>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House of
>>>>>> Representatives for district 36 and worked on the Americans elect po=
litical
>>>>>> party
>>>>>>
>>>>>> Justice dao is a dba name alias
>>>>>>
>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>> Birkbeck  to work on personality software and bioengineering softwar=
e (
```

**seq_10269/body-snippet.txt**

```
>>>>>> respectively) so I don=E2=80=99t have to file a w2, and didn=E2=80=
=99t exist long enough to
>>>>>> even file taxes to begin with
>>>>>>
>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>> which was the source of the money.
>>>>>>
>>>>>> I don=E2=80=99t have a personal bank account, after I was debarked f=
rom Chase
>>>>>> after sending to a federal judge handling the Google anti trust case=
 the
>>>>>> records of them continuing to engage in antitrust, then I did a targ=
eted
>>>>>> audit of a dozen banks sending each of them a request to open a bank
>>>>>> account with the intention of creating a business to go after dei pr=
ograms,
>>>>>> to see if they were complying with the debanking regulations put for=
th by
>>>>>> the comptroller of currency.
>>>>>>
>>>>>> I can provide you with a Coinbase account statements but don=E2=80=
=99t have
>>>>>> any of the other forms of assets, and there was 1000 dollars from a
>>>>>> hackathon from a company storacha to the company hallucinate llc in =
a form
>>>>>> 1099
>>>>>>
>>>>>> Which means the only records responsive to that request is the
>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>
>>>>>>
>>>>>> On Wed, Feb 25, 2026 at 9:51=E2=80=AFAM Tilton, Kati <KTilton@clacka=
mas.us>
>>>>>> wrote:
>>>>>>
>>>>>>> Hi Benjamin,
>>>>>>>
>>>>>>>
>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>
>>>>>>>
```

## seq_10269/body-snippet.txt

```
>>>>>>>
>>>>>>> After further review of the documents you have provided, it appears
>>>>>>> that there are additional businesses registered to your home addres=
s. As
>>>>>>> part of the eligibility process, we must verify all income sources =
and
>>>>>>> assets for all household members. To this point, please provide the
>>>>>>> following:
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Verification of income:
>>>>>>>
>>>>>>>     - Proof of tax filings 2025 for the following businesses (1040
>>>>>>>     for any income you earned, Schedules 1, C, K-1 and form 8995):
>>>>>>>
>>>>>>>
>>>>>>>     - Bird Brain, LLC
>>>>>>>        - Check Your Vote
>>>>>>>        - JusticeDAO, LLC
>>>>>>>        - Nerd Party
>>>>>>>        - Typology, LLC
>>>>>>>        - Worldwide Software, LLC
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Verification of assets:
>>>>>>>
>>>>>>>     - Crypto account statements for the last six months
>>>>>>>     - All bank statements for the last 90 days for all household
>>>>>>>     members for personal and business banking. This includes stateme=
nts for
>>>>>>>     domestic and foreign accounts.
>>>>>>>     - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>     communication)
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Verification of assets if applicable:
>>>>>>>
>>>>>>>     - Investment accounts
```

**seq_10269/body-snippet.txt**

```
>>>>>>>     - IRAs
>>>>>>>     - Stocks
>>>>>>>     - Settlements
>>>>>>>     - Stipends
>>>>>>>     - Life Insurance
>>>>>>>     - Retirement Accounts
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>> will mail the attached letter today.
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Thank you,
>>>>>>>
>>>>>>>
>>>>>>> Kati
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> Kati Tilton
>>>>>>>
>>>>>>> 971-201-8582
>>>>>>>
>>>>>>> Operations Manager, Housing Authority of Clackamas County
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> *From:* benjamin barber <starworks5@gmail.com>
>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM
>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>
>>>>>>> *Subject:* Re: Additional Information Needed
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> *Warning: External email. Be cautious opening attachments and links=
.*
>>>>>>> * ------------------------------ *
>>>>>>>
>>>>>>>
```

**seq_10269/body-snippet.txt**

```
>>>>>>> -----------------------------
>>>>>>>
>>>>>>> I decided to resubmit it to the IRS rather than try to deal with
>>>>>>> their broken web portal
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On Mon, Feb 9, 2026 at 11:08=E2=80=AFAM benjamin barber <
>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>
>>>>>>> https://youtu.be/yoZ9_tNFobc
>>>>>>>
>>>>>>> Here is a video showing that I cannot get past the face verificatio=
n
>>>>>>> (probably because of my eyes not tracking, to get into the ID.ME
>>>>>>> portal needed to get into the IRS Website.
>>>>>>>
>>>>>>>


--000000000000060dde064bc4704a
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div><div dir=3D"auto">I have previously indicated to quantum residential a=
nd your office my Intent to sue under the civil rights act, and I have prev=
iously indicated my intention to leave Clackamas county, and blossom has al=
ready refused to process applications submitted to them for 2 months, and h=
as refused to house a=C2=A0service animal, and has engaged in discriminatio=
n on the basis of race.=C2=A0</div><div dir=3D"auto"><br></div><div dir=3D"=
auto">I have been trying to move elsewhere but your organizations have not =
been providing the opportunity to do so, and has been intentionally delayin=
g the processes necessary to do so such as demanding financial documents fo=
r companies that have not existed for 10 years eg =E2=80=9Cnerd party=E2=80=
=9D, and demanding that I share a one bedroom apartment, and providing unsu=
itable conditions that present legal conflicts of interest, rather than let=
 us leave the control of Clackamas county and its proxy organizations</div>=
<div dir=3D"auto"><br></div><div dir=3D"auto"><img src=3D"cid:ii_19c9cbf38d=
a660e25f71" style=3D"max-width: 100%;"></div><div><img src=3D"cid:ii_19c9cb=
fa87e9a3132f92" style=3D"max-width: 100%;"></div><br></div><div><br><div cl=
ass=3D"gmail_quote gmail_quote_container"><div dir=3D"ltr" class=3D"gmail_a=
ttr">On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber &lt;<a href=3D=
```

## seq_10269/body-snippet.txt

```
"mailto:starworks5@gmail.com">starworks5@gmail.com</a>&gt; wrote:<br></div>=
<blockquote class=3D"gmail_quote" style=3D"margin:0 0 0 .8ex;border-left:1p=
x #ccc solid;padding-left:1ex"><div dir=3D"ltr">All of this work is open so=
urce and donated to the Linux Foundation, a nonprofit organization that pro=
duces free and open source software, where I am a technical steering commit=
tee member.<br><br><a href=3D"https://en.wikipedia.org/wiki/Linux_Foundatio=
n" target=3D"_blank">https://en.wikipedia.org/wiki/Linux_Foundation</a><br>=
<br><a href=3D"https://lists.lfedge.org/g/infiniedgeai-TSC/message/291" tar=
get=3D"_blank">https://lists.lfedge.org/g/infiniedgeai-TSC/message/291</a><=
/div><br><div class=3D"gmail_quote"><div dir=3D"ltr" class=3D"gmail_attr">O=
n Wed, Feb 25, 2026 at 1:18=E2=80=AFPM benjamin barber &lt;<a href=3D"mailt=
o:starworks5@gmail.com" target=3D"_blank">starworks5@gmail.com</a>&gt; wrot=
e:<br></div><blockquote class=3D"gmail_quote" style=3D"margin:0px 0px 0px 0=
.8ex;border-left:1px solid rgb(204,204,204);padding-left:1ex"><div dir=3D"a=
uto">Jillian Birkbeck is supposed to finish the work started here<br><div c=
lass=3D"gmail_quote"><div dir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, =
2026 at 12:53=E2=80=AFPM benjamin barber &lt;<a href=3D"mailto:starworks5@g=
mail.com" target=3D"_blank">starworks5@gmail.com</a>&gt; wrote:<br></div><b=
lockquote class=3D"gmail_quote" style=3D"margin:0px 0px 0px 0.8ex;border-le=
ft:1px solid rgb(204,204,204);padding-left:1ex"><div dir=3D"ltr"><br></div>=
<br><div class=3D"gmail_quote"><div dir=3D"ltr" class=3D"gmail_attr">On Wed=
, Feb 25, 2026 at 12:47=E2=80=AFPM benjamin barber &lt;<a href=3D"mailto:st=
arworks5@gmail.com" target=3D"_blank">starworks5@gmail.com</a>&gt; wrote:<b=
r></div><blockquote class=3D"gmail_quote" style=3D"margin:0px 0px 0px 0.8ex=
;border-left:1px solid rgb(204,204,204);padding-left:1ex"><div dir=3D"ltr">=
<br></div><br><div class=3D"gmail_quote"><div dir=3D"ltr" class=3D"gmail_at=
tr">On Wed, Feb 25, 2026 at 11:38=E2=80=AFAM benjamin barber &lt;<a href=3D=
"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@gmail.com</a>&gt=
; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D"margin:0px 0px=
 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding-left:1ex"><div><d=
iv><img src=3D"cid:ii_19c964b6aaa97315c8d1" style=3D"width:462px;max-width:=
100%"></div><div><img src=3D"cid:ii_19c964ce853fb77708e2" style=3D"width:46=
2px;max-width:100%"></div><div><img src=3D"cid:ii_19c964e28685fbd848f3" sty=
le=3D"width:462px;max-width:100%"></div><br><div class=3D"gmail_quote"><div=
 dir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, 2026 at 11:23=E2=80=AFAM =
benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blan=
k">starworks5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_=
quote" style=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,=
204);padding-left:1ex"><div dir=3D"auto">Apparently you have problems payin=
g attention to dates, and reading the documents you found.</div><div dir=3D=
"auto"><br></div><div dir=3D"auto">Check your vote was for the 2020 electio=
```

**seq_10269/body-snippet.txt**

n and no longer exists that was where I worked with steve bannon and jack

### seq_10270/headers.txt

```
File: headers.txt

Date: Thu, 26 Feb 2026 17:51:39 -0800
Message-ID: <CAMTdTS_ROF=SRx-
vYeMuCY_9C6p31Mdnw9AOy_faAz30MeOctw@mail.gmail.com>
Subject: Re: Additional Information Needed
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley"
 <AFerron@clackamas.us>, charity@magikcorp.com
```

**seq_10270/body-snippet.txt**

File: body-snippet.txt

--000000000000724aac064bc47a45
Content-Type: multipart/alternative; boundary="000000000000724aaa064bc47a44"

--000000000000724aaa064bc47a44
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

[image: image.png]

On Thu, Feb 26, 2026 at 5:48=E2=80=AFPM benjamin barber <starworks5@gmail.c=
om>
wrote:

> I have previously indicated to quantum residential and your office my
> Intent to sue under the civil rights act, and I have previously indicated
> my intention to leave Clackamas county, and blossom has already refused t=
o
> process applications submitted to them for 2 months, and has refused to
> house a service animal, and has engaged in discrimination on the basis of
> race.
>
> I have been trying to move elsewhere but your organizations have not been
> providing the opportunity to do so, and has been intentionally delaying t=
he
> processes necessary to do so such as demanding financial documents for
> companies that have not existed for 10 years eg =E2=80=9Cnerd party=E2=80=
=9D, and demanding
> that I share a one bedroom apartment, and providing unsuitable conditions
> that present legal conflicts of interest, rather than let us leave the
> control of Clackamas county and its proxy organizations
>
>
>
> On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber <starworks5@gmail=
.com>
> wrote:
>
>> All of this work is open source and donated to the Linux Foundation, a
>> nonprofit organization that produces free and open source software, wher=

**seq_10270/body-snippet.txt**

```
e I
>> am a technical steering committee member.
>>
>> https://en.wikipedia.org/wiki/Linux_Foundation
>>
>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291
>>
>> On Wed, Feb 25, 2026 at 1:18=E2=80=AFPM benjamin barber <starworks5@gmai=
l.com>
>> wrote:
>>
>>> Jillian Birkbeck is supposed to finish the work started here
>>> On Wed, Feb 25, 2026 at 12:53=E2=80=AFPM benjamin barber <starworks5@gm=
ail.com>
>>> wrote:
>>>
>>>>
>>>>
>>>> On Wed, Feb 25, 2026 at 12:47=E2=80=AFPM benjamin barber <starworks5@g=
mail.com>
>>>> wrote:
>>>>
>>>>>
>>>>>
>>>>> On Wed, Feb 25, 2026 at 11:38=E2=80=AFAM benjamin barber <starworks5@=
gmail.com>
>>>>> wrote:
>>>>>
>>>>>>
>>>>>> On Wed, Feb 25, 2026 at 11:23=E2=80=AFAM benjamin barber <
>>>>>> starworks5@gmail.com> wrote:
>>>>>>
>>>>>>> Apparently you have problems paying attention to dates, and reading
>>>>>>> the documents you found.
>>>>>>>
>>>>>>> Check your vote was for the 2020 election and no longer exists that
>>>>>>> was where I worked with steve bannon and jack maxey on finding fake=
 voters,
>>>>>>> dead voters.
>>>>>>>
>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House o=
```

**seq_10270/body-snippet.txt**

f
>>>>>>> Representatives for district 36 and worked on the Americans elect p=
olitical
>>>>>>> party
>>>>>>>
>>>>>>> Justice dao is a dba name alias
>>>>>>>
>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>>> Birkbeck  to work on personality software and bioengineering softwa=
re (
>>>>>>> respectively) so I don=E2=80=99t have to file a w2, and didn=E2=80=
=99t exist long enough to
>>>>>>> even file taxes to begin with
>>>>>>>
>>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>>> which was the source of the money.
>>>>>>>
>>>>>>> I don=E2=80=99t have a personal bank account, after I was debarked =
from
>>>>>>> Chase after sending to a federal judge handling the Google anti tru=
st case
>>>>>>> the records of them continuing to engage in antitrust, then I did a
>>>>>>> targeted audit of a dozen banks sending each of them a request to o=
pen a
>>>>>>> bank account with the intention of creating a business to go after =
dei
>>>>>>> programs, to see if they were complying with the debanking regulati=
ons put
>>>>>>> forth by the comptroller of currency.
>>>>>>>
>>>>>>> I can provide you with a Coinbase account statements but don=E2=80=
=99t have
>>>>>>> any of the other forms of assets, and there was 1000 dollars from a
>>>>>>> hackathon from a company storacha to the company hallucinate llc in=
 a form
>>>>>>> 1099
>>>>>>>
>>>>>>> Which means the only records responsive to that request is the
>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>>
>>>>>>>

## seq_10270/body-snippet.txt

```
>>>>>>> On Wed, Feb 25, 2026 at 9:51=E2=80=AFAM Tilton, Kati <KTilton@clack=
amas.us>
>>>>>>> wrote:
>>>>>>>
>>>>>>>> Hi Benjamin,
>>>>>>>>
>>>>>>>>
>>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> After further review of the documents you have provided, it appear=
s
>>>>>>>> that there are additional businesses registered to your home addre=
ss. As
>>>>>>>> part of the eligibility process, we must verify all income sources=
 and
>>>>>>>> assets for all household members. To this point, please provide th=
e
>>>>>>>> following:
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Verification of income:
>>>>>>>>
>>>>>>>>    - Proof of tax filings 2025 for the following businesses (1040
>>>>>>>>    for any income you earned, Schedules 1, C, K-1 and form 8995):
>>>>>>>>
>>>>>>>>
>>>>>>>>    - Bird Brain, LLC
>>>>>>>>       - Check Your Vote
>>>>>>>>       - JusticeDAO, LLC
>>>>>>>>       - Nerd Party
>>>>>>>>       - Typology, LLC
>>>>>>>>       - Worldwide Software, LLC
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Verification of assets:
>>>>>>>>
>>>>>>>>    - Crypto account statements for the last six months
```

## seq_10270/body-snippet.txt

```
>>>>>>>>      - All bank statements for the last 90 days for all household
>>>>>>>>      members for personal and business banking. This includes statem=
ents for
>>>>>>>>      domestic and foreign accounts.
>>>>>>>>      - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>>      communication)
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Verification of assets if applicable:
>>>>>>>>
>>>>>>>>      - Investment accounts
>>>>>>>>      - IRAs
>>>>>>>>      - Stocks
>>>>>>>>      - Settlements
>>>>>>>>      - Stipends
>>>>>>>>      - Life Insurance
>>>>>>>>      - Retirement Accounts
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>>> will mail the attached letter today.
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Thank you,
>>>>>>>>
>>>>>>>>
>>>>>>>> Kati
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> Kati Tilton
>>>>>>>>
>>>>>>>> 971-201-8582
>>>>>>>>
>>>>>>>> Operations Manager, Housing Authority of Clackamas County
>>>>>>>>
>>>>>>>>
>>>>>>>>
```

**seq_10270/body-snippet.txt**

```
adding-left:1ex"><div><div dir=3D"auto">I have previously indicated to quan=
tum residential and your office my Intent to sue under the civil rights act=
, and I have previously indicated my intention to leave Clackamas county, a=
nd blossom has already refused to process applications submitted to them fo=
r 2 months, and has refused to house a=C2=A0service animal, and has engaged=
 in discrimination on the basis of race.=C2=A0</div><div dir=3D"auto"><br><=
/div><div dir=3D"auto">I have been trying to move elsewhere but your organi=
zations have not been providing the opportunity to do so, and has been inte=
ntionally delaying the processes necessary to do so such as demanding finan=
cial documents for companies that have not existed for 10 years eg =E2=80=
=9Cnerd party=E2=80=9D, and demanding that I share a one bedroom apartment,=
 and providing unsuitable conditions that present legal conflicts of intere=
st, rather than let us leave the control of Clackamas county and its proxy =
organizations</div><div dir=3D"auto"><br></div><div dir=3D"auto"><img src=
=3D"cid:ii_19c9cbf38da660e25f71" style=3D"max-width: 100%;"></div><div><img=
 src=3D"cid:ii_19c9cbfa87e9a3132f92" style=3D"max-width: 100%;"></div><br><=
/div><div><br><div class=3D"gmail_quote"><div dir=3D"ltr" class=3D"gmail_at=
tr">On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber &lt;<a href=3D"=
mailto:starworks5@gmail.com" target=3D"_blank">starworks5@gmail.com</a>&gt;=
 wrote:<br></div><blockquote class=3D"gmail_quote" style=3D"margin:0px 0px =
0px 0.8ex;border-left:1px solid rgb(204,204,204);padding-left:1ex"><div dir=
=3D"ltr">All of this work is open source and donated to the Linux Foundatio=
n, a nonprofit organization that produces free and open source software, wh=
ere I am a technical steering committee member.<br><br><a href=3D"https://e=
n.wikipedia.org/wiki/Linux_Foundation" target=3D"_blank">https://en.wikiped=
ia.org/wiki/Linux_Foundation</a><br><br><a href=3D"https://lists.lfedge.org=
/g/infiniedgeai-TSC/message/291" target=3D"_blank">https://lists.lfedge.org=
/g/infiniedgeai-TSC/message/291</a></div><br><div class=3D"gmail_quote"><di=
v dir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, 2026 at 1:18=E2=80=AFPM =
benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blan=
k">starworks5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_=
quote" style=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,=
204);padding-left:1ex"><div dir=3D"auto">Jillian Birkbeck is supposed to fi=
nish the work started here<br><div class=3D"gmail_quote"><div dir=3D"ltr" c=
lass=3D"gmail_attr">On Wed, Feb 25, 2026 at 12:53=E2=80=AFPM benjamin barbe=
r &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@=
gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=
=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding=
-left:1ex"><div dir=3D"ltr"><br></div><br><div class=3D"gmail_quote"><div d=
ir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, 2026 at 12:47=E2=80=AFPM be=
njamin barber &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank"=
```

**seq_10270/body-snippet.txt**

```
>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>
>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM
>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>
>>>>>>>> *Subject:* Re: Additional Information Needed
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> *Warning: External email. Be cautious opening attachments and
>>>>>>>> links.*
>>>>>>>> * ---------------------------- *
>>>>>>>>
>>>>>>>>
>>>>>>>> ----------------------------
>>>>>>>>
>>>>>>>> I decided to resubmit it to the IRS rather than try to deal with
>>>>>>>> their broken web portal
>>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> On Mon, Feb 9, 2026 at 11:08=E2=80=AFAM benjamin barber <
>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>
>>>>>>>> https://youtu.be/yoZ9_tNFobc
>>>>>>>>
>>>>>>>> Here is a video showing that I cannot get past the face
>>>>>>>> verification (probably because of my eyes not tracking, to get int=
o the
>>>>>>>> ID.ME portal needed to get into the IRS Website.
>>>>>>>>
>>>>>>>>


--000000000000724aaa064bc47a44
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"ltr"><img src=3D"cid:ii_mm48kuss5" alt=3D"image.png" width=3D"5=
62" height=3D"301"><br></div><br><div class=3D"gmail_quote gmail_quote_cont=
ainer"><div dir=3D"ltr" class=3D"gmail_attr">On Thu, Feb 26, 2026 at 5:48=
=E2=80=AFPM benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com">sta=
rworks5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote"=
 style=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);p=
```

### seq_10270/body-snippet.txt

```
>starworks5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_qu=
ote" style=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,20=
4);padding-left:1ex"><div dir=3D"ltr"><br></div><br><div class=3D"gmail_quo=
te"><div dir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, 2026 at 11:38=E2=
=80=AFAM benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com" target=
=3D"_blank">starworks5@gmail.com</a>&gt; wrote:<br></div><blockquote class=
=3D"gmail_quote" style=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rg=
b(204,204,204);padding-left:1ex"><div><div><img src=3D"cid:ii_19c964b6aaa97=
315c8d1" style=3D"width: 462px; max-width: 100%;"></div
```

## seq_10273/headers.txt

```
File: headers.txt

Date: Mon, 2 Mar 2026 12:29:53 -0800
Message-ID:
<CAMTdTS88pFUGLCdwJqR5WJpKnwra077Fy=kCVPFe9Z+gqwJsiw@mail.gmail.com>
Subject: Re: Additional Information Needed
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley"
 <AFerron@clackamas.us>, charity@magikcorp.com
```

### seq_10273/body-snippet.txt

File: body-snippet.txt

--00000000000026bbdf064c10733d
Content-Type: multipart/alternative; boundary="00000000000026bbde064c10733c"

--00000000000026bbde064c10733c
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

On Thu, Feb 26, 2026 at 5:51=E2=80=AFPM benjamin barber <starworks5@gmail.c=
om>
wrote:

> [image: image.png]
>
> On Thu, Feb 26, 2026 at 5:48=E2=80=AFPM benjamin barber <starworks5@gmail=
.com>
> wrote:
>
>> I have previously indicated to quantum residential and your office my
>> Intent to sue under the civil rights act, and I have previously indicate=
d
>> my intention to leave Clackamas county, and blossom has already refused =
to
>> process applications submitted to them for 2 months, and has refused to
>> house a service animal, and has engaged in discrimination on the basis o=
f
>> race.
>>
>> I have been trying to move elsewhere but your organizations have not bee=
n
>> providing the opportunity to do so, and has been intentionally delaying =
the
>> processes necessary to do so such as demanding financial documents for
>> companies that have not existed for 10 years eg =E2=80=9Cnerd party=E2=
=80=9D, and demanding
>> that I share a one bedroom apartment, and providing unsuitable condition=
s
>> that present legal conflicts of interest, rather than let us leave the
>> control of Clackamas county and its proxy organizations
>>

**seq_10273/body-snippet.txt**

```
>>
>>
>> On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber <starworks5@gmai=
l.com>
>> wrote:
>>
>>> All of this work is open source and donated to the Linux Foundation, a
>>> nonprofit organization that produces free and open source software, whe=
re I
>>> am a technical steering committee member.
>>>
>>> https://en.wikipedia.org/wiki/Linux_Foundation
>>>
>>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291
>>>
>>> On Wed, Feb 25, 2026 at 1:18=E2=80=AFPM benjamin barber <starworks5@gma=
il.com>
>>> wrote:
>>>
>>>> Jillian Birkbeck is supposed to finish the work started here
>>>> On Wed, Feb 25, 2026 at 12:53=E2=80=AFPM benjamin barber <starworks5@g=
mail.com>
>>>> wrote:
>>>>
>>>>>
>>>>>
>>>>> On Wed, Feb 25, 2026 at 12:47=E2=80=AFPM benjamin barber <starworks5@=
gmail.com>
>>>>> wrote:
>>>>>
>>>>>>
>>>>>>
>>>>>> On Wed, Feb 25, 2026 at 11:38=E2=80=AFAM benjamin barber <
>>>>>> starworks5@gmail.com> wrote:
>>>>>>
>>>>>>>
>>>>>>> On Wed, Feb 25, 2026 at 11:23=E2=80=AFAM benjamin barber <
>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>
>>>>>>>> Apparently you have problems paying attention to dates, and readin=
g
```

**seq_10273/body-snippet.txt**

```
>>>>>>>> the documents you found.
>>>>>>>>
>>>>>>>> Check your vote was for the 2020 election and no longer exists tha=
t
>>>>>>>> was where I worked with steve bannon and jack maxey on finding fak=
e voters,
>>>>>>>> dead voters.
>>>>>>>>
>>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House
>>>>>>>> of Representatives for district 36 and worked on the Americans ele=
ct
>>>>>>>> political party
>>>>>>>>
>>>>>>>> Justice dao is a dba name alias
>>>>>>>>
>>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>>>> Birkbeck  to work on personality software and bioengineering softw=
are (
>>>>>>>> respectively) so I don=E2=80=99t have to file a w2, and didn=E2=80=
=99t exist long enough to
>>>>>>>> even file taxes to begin with
>>>>>>>>
>>>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>>>> which was the source of the money.
>>>>>>>>
>>>>>>>> I don=E2=80=99t have a personal bank account, after I was debarked=
 from
>>>>>>>> Chase after sending to a federal judge handling the Google anti tr=
ust case
>>>>>>>> the records of them continuing to engage in antitrust, then I did =
a
>>>>>>>> targeted audit of a dozen banks sending each of them a request to =
open a
>>>>>>>> bank account with the intention of creating a business to go after=
 dei
>>>>>>>> programs, to see if they were complying with the debanking regulat=
ions put
>>>>>>>> forth by the comptroller of currency.
>>>>>>>>
>>>>>>>> I can provide you with a Coinbase account statements but don=E2=80=
=99t have
```

## seq_10273/body-snippet.txt

>>>>>>>> any of the other forms of assets, and there was 1000 dollars from =
a
>>>>>>>> hackathon from a company storacha to the company hallucinate llc i=
n a form
>>>>>>>> 1099
>>>>>>>>
>>>>>>>> Which means the only records responsive to that request is the
>>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Feb 25, 2026 at 9:51=E2=80=AFAM Tilton, Kati <KTilton@clac=
kamas.us>
>>>>>>>> wrote:
>>>>>>>>
>>>>>>>>> Hi Benjamin,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> After further review of the documents you have provided, it
>>>>>>>>> appears that there are additional businesses registered to your h=
ome
>>>>>>>>> address. As part of the eligibility process, we must verify all i=
ncome
>>>>>>>>> sources and assets for all household members. To this point, plea=
se provide
>>>>>>>>> the following:
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Verification of income:
>>>>>>>>>
>>>>>>>>>    - Proof of tax filings 2025 for the following businesses (1040
>>>>>>>>>    for any income you earned, Schedules 1, C, K-1 and form 8995):
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>    - Bird Brain, LLC
>>>>>>>>>       - Check Your Vote
>>>>>>>>>       - JusticeDAO, LLC

## seq_10273/body-snippet.txt

```
>>>>>>>>>        - Nerd Party
>>>>>>>>>        - Typology, LLC
>>>>>>>>>        - Worldwide Software, LLC
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Verification of assets:
>>>>>>>>>
>>>>>>>>>    - Crypto account statements for the last six months
>>>>>>>>>    - All bank statements for the last 90 days for all household
>>>>>>>>>      members for personal and business banking. This includes state=
ments for
>>>>>>>>>      domestic and foreign accounts.
>>>>>>>>>    - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>>>      communication)
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Verification of assets if applicable:
>>>>>>>>>
>>>>>>>>>    - Investment accounts
>>>>>>>>>    - IRAs
>>>>>>>>>    - Stocks
>>>>>>>>>    - Settlements
>>>>>>>>>    - Stipends
>>>>>>>>>    - Life Insurance
>>>>>>>>>    - Retirement Accounts
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>>>> will mail the attached letter today.
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Thank you,
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> Kati
>>>>>>>>>
>>>>>>>>>
```

### seq_10273/body-snippet.txt

>>>>>>>>>
>>>>>>>>> Kati Tilton
>>>>>>>>>
>>>>>>>>> 971-201-8582
>>>>>>>>>
>>>>>>>>> Operations Manager, Housing Authority of Clackamas County
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>
>>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM
>>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>
>>>>>>>>> *Subject:* Re: Additional Information Needed
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> *Warning: External email. Be cautious opening attachments and
>>>>>>>>> links.*
>>>>>>>>> * ------------------------------ *
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> ---------------------------
>>>>>>>>>
>>>>>>>>> I decided to resubmit it to the IRS rather than try to deal with
>>>>>>>>> their broken web portal
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> On Mon, Feb 9, 2026 at 11:08=E2=80=AFAM benjamin barber <
>>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>>
>>>>>>>>> https://youtu.be/yoZ9_tNFobc
>>>>>>>>>
>>>>>>>>> Here is a video showing that I cannot get past the face
>>>>>>>>> verification (probably because of my eyes not tracking, to get in=
to the
>>>>>>>>> ID.ME portal needed to get into the IRS Website.
>>>>>>>>>
>>>>>>>>>

--00000000000026bbde064c10733c

### seq_10273/body-snippet.txt

Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div><div><img src=3D"cid:ii_19cb03e22a97666b7e71" style=3D"max-width: 100%=
;"></div><br></div><div><br><div class=3D"gmail_quote gmail_quote_container=
"><div dir=3D"ltr" class=3D"gmail_attr">On Thu, Feb 26, 2026 at 5:51=E2=80=
=AFPM benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com">starworks=
5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=
=3D"margin:0 0 0 .8ex;border-left:1px #ccc solid;padding-left:1ex"><div dir=
=3D"ltr"><img src=3D"cid:ii_mm48kuss5" alt=3D"image.png" style=3D"width:844=
px;max-width:100%"><br></div><br><div class=3D"gmail_quote"><div dir=3D"ltr=
" class=3D"gmail_attr">On Thu, Feb 26, 2026 at 5:48=E2=80=AFPM benjamin bar=
ber &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks=
5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=
=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding=
-left:1ex"><div><div dir=3D"auto">I have previously indicated to quantum re=
sidential and your office my Intent to sue under the civil rights act, and =
I have previously indicated my intention to leave Clackamas county, and blo=
ssom has already refused to process applications submitted to them for 2 mo=
nths, and has refused to house a=C2=A0service animal, and has engaged in di=
scrimination on the basis of race.=C2=A0</div><div dir=3D"auto"><br></div><=
div dir=3D"auto">I have been trying to move elsewhere but your organization=
s have not been providing the opportunity to do so, and has been intentiona=
lly delaying the processes necessary to do so such as demanding financial d=
ocuments for companies that have not existed for 10 years eg =E2=80=9Cnerd =
party=E2=80=9D, and demanding that I share a one bedroom apartment, and pro=
viding unsuitable conditions that present legal conflicts of interest, rath=
er than let us leave the control of Clackamas county and its proxy organiza=
tions</div><div dir=3D"auto"><br></div><div dir=3D"auto"><img src=3D"cid:ii=
_19c9cbf38da660e25f71" style=3D"width:750px;max-width:100%"></div><div><img=
 src=3D"cid:ii_19c9cbfa87e9a3132f92" style=3D"width:750px;max-width:100%"><=
/div><br></div><div><br><div class=3D"gmail_quote"><div dir=3D"ltr" class=
=3D"gmail_attr">On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber &lt=
;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@gmail=
.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D"mar=
gin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding-left:1=
ex"><div dir=3D"ltr">All of this work is open source and donated to the Lin=
ux Foundation, a nonprofit organization that produces free and open source =
software, where I am a technical steering committee member.<br><br><a href=
=3D"https://en.wikipedia.org/wiki/Linux_Foundation" target=3D"_blank">https=
://en.wikipedia.org/wiki/Linux_Foundation</a><br><br><a href=3D"https://lis=

## seq_10273/body-snippet.txt

ts.lfedge.org/g/infiniedgeai-TSC/message/291" target=3D"_blank">https://lis=
ts.lfedge.org/g/infiniedgeai-TSC/message/291</a></div><br><div class=3D"gma=
il_quote"><div dir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, 2026 at 1:1=
8=E2=80=AFPM benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com" ta=
rget=3D"_blank">starworks5@gmail.com</a>&gt; wrote:<br></div><blockquote cl=
ass=3D"gmail_quote" style=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid=
 rgb(204,204,204);padding-left:1ex"><div dir=3D"auto">Jillian Birkbeck is s=
upposed to finish the work started here<br><div class=3D"gmail_quote"><div =
dir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, 2026 at 12:53=E2=80=AFPM b=
enjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank=
">starworks5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_q=
uote" style=3D"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,2=
04);padding-left:1ex"><div dir=3D"ltr"><br></div><br><div class=3D"gmail_qu=
ote"><div dir=3D"ltr" class=3D"gmail_attr">On Wed, F

## seq_10279/headers.txt

File: headers.txt

Date: Mon, 9 Mar 2026 10:34:52 -0700
Message-ID:
<CAMTdTS_aghRN0G5nwdnU6BxS+Jx9ZU45kOsj0EC4txrk_8oA6A@mail.gmail.com>
Subject: Re: Additional Information Needed
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley"
 <AFerron@clackamas.us>, charity@magikcorp.com

**seq_10279/body-snippet.txt**

File: body-snippet.txt

--00000000000017d171064c9ad244
Content-Type: multipart/alternative; boundary="00000000000017d170064c9ad243"

--00000000000017d170064c9ad243
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

On Mon, Mar 2, 2026 at 12:29=E2=80=AFPM benjamin barber <starworks5@gmail.c=
om>
wrote:

>
>
> On Thu, Feb 26, 2026 at 5:51=E2=80=AFPM benjamin barber <starworks5@gmail=
.com>
> wrote:
>
>> [image: image.png]
>>
>> On Thu, Feb 26, 2026 at 5:48=E2=80=AFPM benjamin barber <starworks5@gmai=
1.com>
>> wrote:
>>
>>> I have previously indicated to quantum residential and your office my
>>> Intent to sue under the civil rights act, and I have previously indicat=
ed
>>> my intention to leave Clackamas county, and blossom has already refused=
 to
>>> process applications submitted to them for 2 months, and has refused to
>>> house a service animal, and has engaged in discrimination on the basis =
of
>>> race.
>>>
>>> I have been trying to move elsewhere but your organizations have not
>>> been providing the opportunity to do so, and has been intentionally
>>> delaying the processes necessary to do so such as demanding financial
>>> documents for companies that have not existed for 10 years eg =E2=80=9C=
nerd party=E2=80=9D,
>>> and demanding that I share a one bedroom apartment, and providing

**seq_10279/body-snippet.txt**

```
>>> unsuitable conditions that present legal conflicts of interest, rather =
than
>>> let us leave the control of Clackamas county and its proxy organization=
s
>>>
>>>
>>>
>>> On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber <starworks5@gma=
il.com>
>>> wrote:
>>>
>>>> All of this work is open source and donated to the Linux Foundation, a
>>>> nonprofit organization that produces free and open source software, wh=
ere I
>>>> am a technical steering committee member.
>>>>
>>>> https://en.wikipedia.org/wiki/Linux_Foundation
>>>>
>>>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291
>>>>
>>>> On Wed, Feb 25, 2026 at 1:18=E2=80=AFPM benjamin barber <starworks5@gm=
ail.com>
>>>> wrote:
>>>>
>>>>> Jillian Birkbeck is supposed to finish the work started here
>>>>> On Wed, Feb 25, 2026 at 12:53=E2=80=AFPM benjamin barber <starworks5@=
gmail.com>
>>>>> wrote:
>>>>>
>>>>>>
>>>>>>
>>>>>> On Wed, Feb 25, 2026 at 12:47=E2=80=AFPM benjamin barber <
>>>>>> starworks5@gmail.com> wrote:
>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On Wed, Feb 25, 2026 at 11:38=E2=80=AFAM benjamin barber <
>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Feb 25, 2026 at 11:23=E2=80=AFAM benjamin barber <
```

**seq_10279/body-snippet.txt**

>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>
>>>>>>>>> Apparently you have problems paying attention to dates, and
>>>>>>>>> reading the documents you found.
>>>>>>>>>
>>>>>>>>> Check your vote was for the 2020 election and no longer exists
>>>>>>>>> that was where I worked with steve bannon and jack maxey on findi=
ng fake
>>>>>>>>> voters, dead voters.
>>>>>>>>>
>>>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state House
>>>>>>>>> of Representatives for district 36 and worked on the Americans el=
ect
>>>>>>>>> political party
>>>>>>>>>
>>>>>>>>> Justice dao is a dba name alias
>>>>>>>>>
>>>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>>>>> Birkbeck  to work on personality software and bioengineering soft=
ware (
>>>>>>>>> respectively) so I don=E2=80=99t have to file a w2, and didn=E2=
=80=99t exist long enough to
>>>>>>>>> even file taxes to begin with
>>>>>>>>>
>>>>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>>>>> which was the source of the money.
>>>>>>>>>
>>>>>>>>> I don=E2=80=99t have a personal bank account, after I was debarke=
d from
>>>>>>>>> Chase after sending to a federal judge handling the Google anti t=
rust case
>>>>>>>>> the records of them continuing to engage in antitrust, then I did=
 a
>>>>>>>>> targeted audit of a dozen banks sending each of them a request to=
 open a
>>>>>>>>> bank account with the intention of creating a business to go afte=
r dei
>>>>>>>>> programs, to see if they were complying with the debanking regula=
tions put
>>>>>>>>> forth by the comptroller of currency.
>>>>>>>>>

### seq_10279/body-snippet.txt

>>>>>>>>> I can provide you with a Coinbase account statements but don=E2=
=80=99t
>>>>>>>>> have any of the other forms of assets, and there was 1000 dollars=
 from a
>>>>>>>>> hackathon from a company storacha to the company hallucinate llc =
in a form
>>>>>>>>> 1099
>>>>>>>>>
>>>>>>>>> Which means the only records responsive to that request is the
>>>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> On Wed, Feb 25, 2026 at 9:51=E2=80=AFAM Tilton, Kati <KTilton@cla=
ckamas.us>
>>>>>>>>> wrote:
>>>>>>>>>
>>>>>>>>>> Hi Benjamin,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> After further review of the documents you have provided, it
>>>>>>>>>> appears that there are additional businesses registered to your =
home
>>>>>>>>>> address. As part of the eligibility process, we must verify all =
income
>>>>>>>>>> sources and assets for all household members. To this point, ple=
ase provide
>>>>>>>>>> the following:
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Verification of income:
>>>>>>>>>>
>>>>>>>>>>    - Proof of tax filings 2025 for the following businesses
>>>>>>>>>>    (1040 for any income you earned, Schedules 1, C, K-1 and form=
 8995):
>>>>>>>>>>
>>>>>>>>>>

**seq_10279/body-snippet.txt**

```
>>>>>>>>>>       - Bird Brain, LLC
>>>>>>>>>>          - Check Your Vote
>>>>>>>>>>          - JusticeDAO, LLC
>>>>>>>>>>          - Nerd Party
>>>>>>>>>>          - Typology, LLC
>>>>>>>>>>          - Worldwide Software, LLC
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Verification of assets:
>>>>>>>>>>
>>>>>>>>>>     - Crypto account statements for the last six months
>>>>>>>>>>     - All bank statements for the last 90 days for all household
>>>>>>>>>>     members for personal and business banking. This includes stat=
ements for
>>>>>>>>>>     domestic and foreign accounts.
>>>>>>>>>>     - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>>>>     communication)
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Verification of assets if applicable:
>>>>>>>>>>
>>>>>>>>>>     - Investment accounts
>>>>>>>>>>     - IRAs
>>>>>>>>>>     - Stocks
>>>>>>>>>>     - Settlements
>>>>>>>>>>     - Stipends
>>>>>>>>>>     - Life Insurance
>>>>>>>>>>     - Retirement Accounts
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>>>>> will mail the attached letter today.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thank you,
>>>>>>>>>>
>>>>>>>>>>
```

**seq_10279/body-snippet.txt**

>>>>>>>>>> Kati

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> Kati Tilton

>>>>>>>>>>

>>>>>>>>>> 971-201-8582

>>>>>>>>>>

>>>>>>>>>> Operations Manager, Housing Authority of Clackamas County

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>

>>>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM

>>>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>

>>>>>>>>>> *Subject:* Re: Additional Information Needed

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> *Warning: External email. Be cautious opening attachments and

>>>>>>>>>> links.*

>>>>>>>>>> * ----------------------------- *

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> -----------------------------

>>>>>>>>>>

>>>>>>>>>> I decided to resubmit it to the IRS rather than try to deal with

>>>>>>>>>> their broken web portal

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>>

>>>>>>>>>> On Mon, Feb 9, 2026 at 11:08=E2=80=AFAM benjamin barber <

>>>>>>>>>> starworks5@gmail.com> wrote:

>>>>>>>>>>

>>>>>>>>>> https://youtu.be/yoZ9_tNFobc

>>>>>>>>>>

>>>>>>>>>> Here is a video showing that I cannot get past the face

>>>>>>>>>> verification (probably because of my eyes not tracking, to get i=
nto the

>>>>>>>>>> ID.ME portal needed to get into the IRS Website.

>>>>>>>>>>

**seq_10279/body-snippet.txt**

>>>>>>>>>>

--00000000000017d170064c9ad243
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div><div><img src=3D"cid:ii_19cd3aa6917937efdf31" style=3D"max-width: 100%=
;"></div><br></div><div><br><div class=3D"gmail_quote gmail_quote_container=
"><div dir=3D"ltr" class=3D"gmail_attr">On Mon, Mar 2, 2026 at 12:29=E2=80=
=AFPM benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com">starworks=
5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=
=3D"margin:0 0 0 .8ex;border-left:1px #ccc solid;padding-left:1ex"><div><di=
v><img src=3D"cid:ii_19cb03e22a97666b7e71" style=3D"width:750px;max-width:1=
00%"></div><br></div><div><br><div class=3D"gmail_quote"><div dir=3D"ltr" c=
lass=3D"gmail_attr">On Thu, Feb 26, 2026 at 5:51=E2=80=AFPM benjamin barber=
 &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@g=
mail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D=
"margin:0 0 0 .8ex;border-left:1px #ccc solid;padding-left:1ex"><div dir=3D=
"ltr"><img src=3D"cid:ii_mm48kuss5" alt=3D"image.png" style=3D"width:844px;=
max-width:100%"><br></div><br><div class=3D"gmail_quote"><div dir=3D"ltr" c=
lass=3D"gmail_attr">On Thu, Feb 26, 2026 at 5:48=E2=80=AFPM benjamin barber=
 &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@g=
mail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D=
"margin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding-le=
ft:1ex"><div><div dir=3D"auto">I have previously indicated to quantum resid=
ential and your office my Intent to sue under the civil rights act, and I h=
ave previously indicated my intention to leave Clackamas county, and blosso=
m has already refused to process applications submitted to them for 2 month=
s, and has refused to house a=C2=A0service animal, and has engaged in discr=
imination on the basis of race.=C2=A0</div><div dir=3D"auto"><br></div><div=
 dir=3D"auto">I have been trying to move elsewhere but your organizations h=
ave not been providing the opportunity to do so, and has been intentionally=
 delaying the processes necessary to do so such as demanding financial docu=
ments for companies that have not existed for 10 years eg =E2=80=9Cnerd par=
ty=E2=80=9D, and demanding that I share a one bedroom apartment, and provid=
ing unsuitable conditions that present legal conflicts of interest, rather =
than let us leave the control of Clackamas county and its proxy organizatio=
ns</div><div dir=3D"auto"><br></div><div dir=3D"auto"><img src=3D"cid:ii_19=
c9cbf38da660e25f71" style=3D"width:750px;max-width:100%"></div><div><img sr=
c=3D"cid:ii_19c9cbfa87e9a3132f92" style=3D"width:750px;max-width:100%"></di=
v><br></div><div><br><div class=3D"gmail_quote"><div dir=3D"ltr" class=3D"g=

### seq_10279/body-snippet.txt

```
mail_attr">On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber &lt;<a h=
ref=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@gmail.com<=
/a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D"margin:0=
px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding-left:1ex"><=
div dir=3D"ltr">All of this work is open source and donated to the Linux Fo=
undation, a nonprofit organization that produces free and open source softw=
are, where I am a technical steering committee member.<br><br><a href=3D"ht=
tps://en.wikipedia.org/wiki/Linux_Foundation" target=3D"_blank">https://en.=
wikipedia.org/wiki/Linux_Foundation</a><br><br><a href=3D"https://lists.lfe=
dge.org/g/infiniedgeai-TSC/message/291" target=3D"_blank">https://lists.lfe=
dge.org/g/infiniedgeai-TSC/message/291</a></div><br><div class=3D"gmail_quo=
te"><div dir=3D"ltr" class=3D"gmail_attr">On Wed, Feb 25, 2026 at 1:18=E2=
=80=AFPM benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com" t
```

## seq_10280/headers.txt

File: headers.txt

Date: Mon, 9 Mar 2026 11:06:56 -0700
Message-ID:
<CAMTdTS_JCWuHb=Rhvn4n4QxKbq8YUe8iTX9Sn4u07j5_kbCEBA@mail.gmail.com>
Subject: Re: Additional Information Needed
From: benjamin barber <starworks5@gmail.com>
To: "Tilton, Kati" <ktilton@clackamas.us>, "Ferron, Ashley"
 <AFerron@clackamas.us>, charity@magikcorp.com

### seq_10280/body-snippet.txt

File: body-snippet.txt

--000000000000b6133b064c9b44a3
Content-Type: multipart/alternative; boundary="000000000000b6133a064c9b44a2"

--000000000000b6133a064c9b44a2
Content-Type: text/plain; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

Remaining issues, 3rd floor and stairs does not accommodate a mobility
scooter and mobility impaired person, 1 bedroom is not large enough, no 2
bedrooms available, as of yet the unit is not ready, and still no Tenant
protection voucher. They said they have breed restrictions, but did not
list the breeds specifically, or have objective criteria other than not
noisy or dangerous

On Mon, Mar 9, 2026 at 10:34=E2=80=AFAM benjamin barber <starworks5@gmail.c=
om>
wrote:

>
>
> On Mon, Mar 2, 2026 at 12:29=E2=80=AFPM benjamin barber <starworks5@gmail=
.com>
> wrote:
>
>>
>>
>> On Thu, Feb 26, 2026 at 5:51=E2=80=AFPM benjamin barber <starworks5@gmai=
l.com>
>> wrote:
>>
>>> [image: image.png]
>>>
>>> On Thu, Feb 26, 2026 at 5:48=E2=80=AFPM benjamin barber <starworks5@gma=
il.com>
>>> wrote:
>>>
>>>> I have previously indicated to quantum residential and your office my
>>>> Intent to sue under the civil rights act, and I have previously indica=
ted

### seq_10280/body-snippet.txt

```
>>>> my intention to leave Clackamas county, and blossom has already refuse=
d to
>>>> process applications submitted to them for 2 months, and has refused t=
o
>>>> house a service animal, and has engaged in discrimination on the basis=
 of
>>>> race.
>>>>
>>>> I have been trying to move elsewhere but your organizations have not
>>>> been providing the opportunity to do so, and has been intentionally
>>>> delaying the processes necessary to do so such as demanding financial
>>>> documents for companies that have not existed for 10 years eg =E2=80=
=9Cnerd party=E2=80=9D,
>>>> and demanding that I share a one bedroom apartment, and providing
>>>> unsuitable conditions that present legal conflicts of interest, rather=
 than
>>>> let us leave the control of Clackamas county and its proxy organizatio=
ns
>>>>
>>>>
>>>>
>>>> On Wed, Feb 25, 2026 at 1:37=E2=80=AFPM benjamin barber <starworks5@gm=
ail.com>
>>>> wrote:
>>>>
>>>>> All of this work is open source and donated to the Linux Foundation, =
a
>>>>> nonprofit organization that produces free and open source software, w=
here I
>>>>> am a technical steering committee member.
>>>>>
>>>>> https://en.wikipedia.org/wiki/Linux_Foundation
>>>>>
>>>>> https://lists.lfedge.org/g/infiniedgeai-TSC/message/291
>>>>>
>>>>> On Wed, Feb 25, 2026 at 1:18=E2=80=AFPM benjamin barber <starworks5@g=
mail.com>
>>>>> wrote:
>>>>>
>>>>>> Jillian Birkbeck is supposed to finish the work started here
>>>>>> On Wed, Feb 25, 2026 at 12:53=E2=80=AFPM benjamin barber <
```

**seq_10280/body-snippet.txt**

>>>>>> starworks5@gmail.com> wrote:
>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On Wed, Feb 25, 2026 at 12:47=E2=80=AFPM benjamin barber <
>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>
>>>>>>>>
>>>>>>>>
>>>>>>>> On Wed, Feb 25, 2026 at 11:38=E2=80=AFAM benjamin barber <
>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>
>>>>>>>>>
>>>>>>>>> On Wed, Feb 25, 2026 at 11:23=E2=80=AFAM benjamin barber <
>>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>>
>>>>>>>>> Apparently you have problems paying attention to dates, and
>>>>>>>>> reading the documents you found.
>>>>>>>>>
>>>>>>>>> Check your vote was for the 2020 election and no longer exists
>>>>>>>>> that was where I worked with steve bannon and jack maxey on find=
ing fake
>>>>>>>>> voters, dead voters.
>>>>>>>>>
>>>>>>>>> Nerd party is from 10 years ago when i ran for Oregon state Hous=
e
>>>>>>>>> of Representatives for district 36 and worked on the Americans e=
lect
>>>>>>>>> political party
>>>>>>>>>
>>>>>>>>> Justice dao is a dba name alias
>>>>>>>>>
>>>>>>>>> Birdbrain llc and typology llc was formed to pay a woman Jillian
>>>>>>>>> Birkbeck  to work on personality software and bioengineering sof=
tware (
>>>>>>>>> respectively) so I don=E2=80=99t have to file a w2, and didn=E2=
=80=99t exist long enough to
>>>>>>>>> even file taxes to begin with
>>>>>>>>>
>>>>>>>>> I already provided you the 2025 form 1120 for worldwide software
>>>>>>>>> which was the source of the money.

### seq_10280/body-snippet.txt

>>>>>>>>>>
>>>>>>>>>> I don=E2=80=99t have a personal bank account, after I was debark=
ed from
>>>>>>>>>> Chase after sending to a federal judge handling the Google anti =
trust case
>>>>>>>>>> the records of them continuing to engage in antitrust, then I di=
d a
>>>>>>>>>> targeted audit of a dozen banks sending each of them a request t=
o open a
>>>>>>>>>> bank account with the intention of creating a business to go aft=
er dei
>>>>>>>>>> programs, to see if they were complying with the debanking regul=
ations put
>>>>>>>>>> forth by the comptroller of currency.
>>>>>>>>>>
>>>>>>>>>> I can provide you with a Coinbase account statements but don=E2=
=80=99t
>>>>>>>>>> have any of the other forms of assets, and there was 1000 dollar=
s from a
>>>>>>>>>> hackathon from a company storacha to the company hallucinate llc=
 in a form
>>>>>>>>>> 1099
>>>>>>>>>>
>>>>>>>>>> Which means the only records responsive to that request is the
>>>>>>>>>> Coinbase records and the stomacha 1099 to hallucinate llc
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> On Wed, Feb 25, 2026 at 9:51=E2=80=AFAM Tilton, Kati <
>>>>>>>>>> KTilton@clackamas.us> wrote:
>>>>>>>>>>
>>>>>>>>>> Hi Benjamin,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thank you for providing this information. It is very helpful.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> After further review of the documents you have provided, it
>>>>>>>>>> appears that there are additional businesses registered to your=
 home
>>>>>>>>>> address. As part of the eligibility process, we must verify all=

**seq_10280/body-snippet.txt**

```
 income
>>>>>>>>>>> sources and assets for all household members. To this point, pl=
ease provide
>>>>>>>>>>> the following:
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Verification of income:
>>>>>>>>>>>
>>>>>>>>>>>     - Proof of tax filings 2025 for the following businesses
>>>>>>>>>>>     (1040 for any income you earned, Schedules 1, C, K-1 and for=
m 8995):
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>     - Bird Brain, LLC
>>>>>>>>>>>       - Check Your Vote
>>>>>>>>>>>       - JusticeDAO, LLC
>>>>>>>>>>>       - Nerd Party
>>>>>>>>>>>       - Typology, LLC
>>>>>>>>>>>       - Worldwide Software, LLC
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Verification of assets:
>>>>>>>>>>>
>>>>>>>>>>>     - Crypto account statements for the last six months
>>>>>>>>>>>     - All bank statements for the last 90 days for all household
>>>>>>>>>>>     members for personal and business banking. This includes sta=
tements for
>>>>>>>>>>>     domestic and foreign accounts.
>>>>>>>>>>>     - 2025 Winnings (you noted Hackathon winnings in your
>>>>>>>>>>>     communication)
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> Verification of assets if applicable:
>>>>>>>>>>>
>>>>>>>>>>>     - Investment accounts
>>>>>>>>>>>     - IRAs
>>>>>>>>>>>     - Stocks
>>>>>>>>>>>     - Settlements
```

**seq_10280/body-snippet.txt**

```
>>>>>>>>>>      - Stipends
>>>>>>>>>>      - Life Insurance
>>>>>>>>>>      - Retirement Accounts
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Please return these documents by Wednesday, March 4th, 2026. We
>>>>>>>>>> will mail the attached letter today.
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Thank you,
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Kati
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Kati Tilton
>>>>>>>>>>
>>>>>>>>>> 971-201-8582
>>>>>>>>>>
>>>>>>>>>> Operations Manager, Housing Authority of Clackamas County
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> *From:* benjamin barber <starworks5@gmail.com>
>>>>>>>>>> *Sent:* Thursday, February 19, 2026 9:33 PM
>>>>>>>>>> *To:* Tilton, Kati <KTilton@clackamas.us>
>>>>>>>>>> *Subject:* Re: Additional Information Needed
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> *Warning: External email. Be cautious opening attachments and
>>>>>>>>>> links.*
>>>>>>>>>> * ---------------------------- *
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> ------------------------------
>>>>>>>>>>
>>>>>>>>>> I decided to resubmit it to the IRS rather than try to deal wit=
```

**seq_10280/body-snippet.txt**

```
h
>>>>>>>>>>> their broken web portal
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>>
>>>>>>>>>>> On Mon, Feb 9, 2026 at 11:08=E2=80=AFAM benjamin barber <
>>>>>>>>>>> starworks5@gmail.com> wrote:
>>>>>>>>>>>
>>>>>>>>>>> https://youtu.be/yoZ9_tNFobc
>>>>>>>>>>>
>>>>>>>>>>> Here is a video showing that I cannot get past the face
>>>>>>>>>>> verification (probably because of my eyes not tracking, to get =
into the
>>>>>>>>>>> ID.ME portal needed to get into the IRS Website.
>>>>>>>>>>>
>>>>>>>>>>>


--000000000000b6133a064c9b44a2
Content-Type: text/html; charset="UTF-8"
Content-Transfer-Encoding: quoted-printable

<div dir=3D"auto">Remaining issues, 3rd floor and stairs does not accommoda=
te a mobility scooter and mobility impaired person, 1 bedroom is not large =
enough, no 2 bedrooms available, as of yet the unit is not ready, and still=
 no=C2=A0<span style=3D"font-family:-apple-system,sans-serif">Tenant protec=
tion voucher. They said they have breed restrictions, but did not list the =
breeds specifically, or have objective criteria other than not noisy or dan=
gerous</span></div><div><br><div class=3D"gmail_quote gmail_quote_container=
"><div dir=3D"ltr" class=3D"gmail_attr">On Mon, Mar 9, 2026 at 10:34=E2=80=
=AFAM benjamin barber &lt;<a href=3D"mailto:starworks5@gmail.com">starworks=
5@gmail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=
=3D"margin:0 0 0 .8ex;border-left:1px #ccc solid;padding-left:1ex"><div><di=
v><img src=3D"cid:ii_19cd3aa6917937efdf31" style=3D"width:750px;max-width:1=
00%"></div><br></div><div><br><div class=3D"gmail_quote"><div dir=3D"ltr" c=
lass=3D"gmail_attr">On Mon, Mar 2, 2026 at 12:29=E2=80=AFPM benjamin barber=
 &lt;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@g=
mail.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D=
"margin:0 0 0 .8ex;border-left:1px #ccc solid;padding-left:1ex"><div><div><=
img src=3D"cid:ii_19cb03e22a97666b7e71" style=3D"width:750px;max-width:100%=
"></div><br></div><div><br><div class=3D"gmail_quote"><div dir=3D"ltr" clas=
s=3D"gmail_attr">On Thu, Feb 26, 2026 at 5:51=E2=80=AFPM benjamin barber &l=
```

**seq_10280/body-snippet.txt**

t;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@gmai=
l.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D"ma=
rgin:0 0 0 .8ex;border-left:1px #ccc solid;padding-left:1ex"><div dir=3D"lt=
r"><img src=3D"cid:ii_mm48kuss5" alt=3D"image.png" style=3D"width:844px;max=
-width:100%"><br></div><br><div class=3D"gmail_quote"><div dir=3D"ltr" clas=
s=3D"gmail_attr">On Thu, Feb 26, 2026 at 5:48=E2=80=AFPM benjamin barber &l=
t;<a href=3D"mailto:starworks5@gmail.com" target=3D"_blank">starworks5@gmai=
l.com</a>&gt; wrote:<br></div><blockquote class=3D"gmail_quote" style=3D"ma=
rgin:0px 0px 0px 0.8ex;border-left:1px solid rgb(204,204,204);padding-left:=
1ex"><div><div dir=3D"auto">I have previously indicated to quantum resident=
ial and your office my Intent to sue under the civil rights act, and I have=
 previously indicated my intention to leave Clackamas county, and blossom h=
as already refused to process applications submitted to them for 2 months, =
and has refused to house a=C2=A0service animal, and has engaged in discrimi=
nation on the basis of race.=C2=A0</div><div dir=3D"auto"><br></div><div di=
r=3D"auto">I have been trying to move elsewhere but your organizations have=
 not been providing the opportunity to do so, and has been intentionally de=
laying the processes necessary to do so such as demanding financial documen=
ts for companies that have not existed for 10 years eg =E2=80=9Cner

# Exhibit S

## SHS race-conscious outcome goal screenshot

Use:
Preserved screenshot of published SHS language stating that housing and services should be provided to Black, Indigenous, and people of color at higher rates than their representation among those experiencing homelessness.

**Exhibit S - SHS race-conscious outcome goal screenshot**

**Outcomes:**

HCDD aims to make homelessness rare, short, and not reoccurring for all who live in Clackamas County. Programs must work in coordination to ensure housing options are safe, stable, and provide housing choice to meet the needs of each individual. The work of ending racial disparities in housing and ending homelessness is one and the same.

In addition to ending homelessness, Metro-wide outcome goals of the SHS program include:

- Advance housing equity by providing access to services and housing to Black, Indigenous and people of color at higher rates than their representation among those experiencing homelessness.
- House individuals and families, and support housing retention, at greater rates than those newly experiencing homelessness, to reduce the overall population of people experiencing homelessness.
- Reduce the average length of time anyone in Clackamas County experiences homelessness until people are offered housing options immediately upon becoming homeless.
- Strengthen housing retention so that, once stably housed, returns to the experience of homelessness are extremely rare.